UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL, ET AL | : | CIVIL ACTION NO. 2:92CV00738(JBA) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| WEICKER, ET AL | : | JUNE 21, 2004 |
| *Defendant* | : | |

### NOTIFICATION OF FINAL DETERMINATION BY THE BUREAU OF INDIAN AFFAIRS DENYING FEDERAL ACKNOWLEDGMENT TO THE PLAINTIFF

On June 14, 2004, the United States Department of Interior Bureau of Indian Affairs ("BIA") issued its Final Determination declining to acknowledge the plaintiff, the Golden Hill Paugussett group ("GHP"), as an Indian tribe. This determination was based on the BIA's conclusion that the plaintiff failed to satisfy four of the seven mandatory criteria for tribal acknowledgment required by law 25 C.F.R. Part 83.

In particular, the BIA found that the plaintiff failed to demonstrate that: (1) it had been identified "as an American Indian entity on a substantially continuous basis since 1900" (§ 83.7(a)); (2) a "predominant portion of the plaintiff consists of a distinct community and has existed as a community from historical times until the present" (§ 83.7 (b)); (3) it "has maintained political influence or authority over its members as an autonomous entity from historical times until the present" (§ 83.7(c)); and (4) the plaintiff's members descend from a historical tribe or from historical tribes that combined and functioned as a single autonomous entity (§ 83.7(e)).

Under the acknowledgment regulations, the final determination will become final and effective ninety (90) days from publication in the Federal Register unless a request for reconsideration is filed. 25 C. F. R. § 83.11. A copy of the BIA's Notice of Final

Determination and Summary is enclosed. A copy of the complete, approximately 150 page decision, is available and can be provided to the Court upon request.

        THE DEFENDANT
        THE STATE OF CONNECTICUT

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
      Richard Blumenthal
      Attorney General
      Federal Bar No. ct05924
      55 Elm Street
      P.O. Box 120
      Hartford, CT  06141-0120
      Tel: (860) 808-5020
      Fax: (860) 808-5347
      susan.cobb@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 21st day of June, 2004 to:

| | |
|---|---|
| Bernard Wishnia<br>Roseland Professional Building<br>204 Eagle Rock Avenue<br>Roseland, NJ  07068 | Michael D. O'Connell<br>O'Connell, Flaherty & Attmore<br>280 Trumbull Street<br>Hartford, CT  06103-3598 |
| William A. Wechsler<br>Bailey & Wechsler<br>10 North Main Street, Ste. 321<br>West Hartford, CT  06107 | Richard L. Albrecht<br>Cohen & Wolf, P.C.<br>1115 Broad St., PO Box 1821<br>Bridgeport, CT  06604 |
| Alexander H. Schwartz<br>3695 Post Road, PO Box 701<br>Southport, CT  06490 | Henry C. Winiarski, Jr.<br>941 Wethersfield Avenue<br>Hartford, CT  06114-3137 |
| David G. Chabot<br>Gerald L. Garlick<br>Linda Clifford Hadley<br>Krasow, Garlick & Hadley<br>One State Street<br>Hartford, CT  06103 | John J. Kelly, Jr.<br>Cantor, Floman, Gross, Kelly, Amendola & Sacramone<br>378 Boston Post Road<br>PO Box 966<br>Orange, CT  06477 |
| Noel E. Hanf<br>Wiggin & Dana<br>One Century Tower<br>265 Church St., PO Box 1832<br>New Haven, CT  06508-1832 | Richard S. Lipman<br>Union Camp Corp.<br>Legal Dept.<br>1600 Valley Road<br>Wayne, NJ  07470 |
| Thomas Gugliotti<br>Updike, Kelly & Spellacy, P.C.<br>One State St., PO Box 231277<br>Hartford, CT  06123-1277 | Austin K. Wolf<br>Cohen & Wolf, P.C.<br>1115 Broad St., PO Box 1821<br>Bridgeport, CT  06604 |

Geoffrey A. Hecht
Caplan Hecht Scanlon & Mendel
20 Trumbull St., PO Box 9505
New Haven, CT  06534

Janet L. Janczewski
The Southern Connecticut Gas Co.
885 Main Street
Bridgeport, CT  06604

Robert L. Berchem
Richard J. Buturla
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT  06460

Andrew M. Eschen
U.S. Department of Justice
Ben Franklin Station, PO Box 663
Washington, DC  20044-6208

Judith A. Mauzaka
Gerald T. Weiner
Weinstein, Weiner, Ignal, Vogel, & Shapiro
350 Fairfield Ave., PO Box 9177
Bridgeport, CT  06601

Stuart A. Margolis
1332 Temple Street
New Haven, CT  06510

Howard R. Wolfe
Goldman Gruder & Woods
125 Mason Street
Greenwich, CT  06830

John Pirina, Jr.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT  06106

John B. Hughes
U.S. Attorney's Office of the Attorney General
157 Church Street, 23rd Floor, PO Box 1824
New Haven, CT  06510

James A. Trowbridge
Quinnipiac College
Law School Clinic
275 Mount Carmel Ave.
Hamden, CT  06518-1946

Kimball Haines Hunt
Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT  06120-4626

Mark T. Anastasi
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT  06604-4328

Thomas E. Behuniak
44 Greenwood Circle
Seymore, CT  06483

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New haven, CT  06510

| | |
|---|---|
| Kenneth M. Rozich<br>Law Firm of Edward D. Jacobs<br>PO Box 1952<br>New Haven, CT  06509 | Paul Ruszczyk<br>Highland Professional Center<br>408 Highland Avenue<br>Cheshire, CT  06410 |
| Anthony M. Feeherry<br>Goodwin, Procter & Hoar<br>Exchange Place, 2nd Floor<br>Boston, MA  02109-2881 | |

 

                                                    _____
                                                    Daniel Schaefer
                                                    Attorney General