UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JUN 22 1 47 PM 2004
U.S. DISTRICT COURT
NEW HAVEN, CONN.

GOLDEN HILL, ET AL : CIVIL ACTION NO. 2:92CV00738(JBA)
*Plaintiff* :
:
v. :
:
WEICKER, ET AL : JUNE 21, 2004
*Defendant* :

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant, the Governor of the State of Connecticut, in the above-captioned case.

Dated at Hartford, Connecticut, this 21st day of June, 2004.

           THE DEFENDANT
           THE STATE OF CONNECTICUT

           RICHARD BLUMENTHAL
           ATTORNEY GENERAL

BY: _____
           Susan Quinn Cobb
           Attorney General
           Federal Bar No. ct03850
           55 Elm Street
           P.O. Box 120
           Hartford, CT  06141-0120
           Tel: (860) 808-5020
           Fax: (860) 808-5347
           susan.cobb@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 21st day of June, 2004 to:

Bernard Wishnia
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ 07068

William A. Wechsler
Bailey & Wechsler
10 North Main Street, Ste. 321
West Hartford, CT 06107

Alexander H. Schwartz
3695 Post Road, PO Box 701
Southport, CT 06490

David G. Chabot
Gerald L. Garlick
Linda Clifford Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Noel E. Hanf
Wiggin & Dana
One Century Tower
265 Church St., PO Box 1832
New Haven, CT 06508-1832

Thomas Gugliotti
Updike, Kelly & Spellacy, P.C.
One State St., PO Box 231277
Hartford, CT 06123-1277

Michael D. O'Connell
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103-3598

Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad St., PO Box 1821
Bridgeport, CT 06604

Henry C. Winiarski, Jr.
941 Wethersfield Avenue
Hartford, CT 06114-3137

John J. Kelly, Jr.
Cantor, Floman, Gross, Kelly, Amendola & Sacramone
378 Boston Post Road
PO Box 966
Orange, CT 06477

Richard S. Lipman
Union Camp Corp.
Legal Dept.
1600 Valley Road
Wayne, NJ 07470

Austin K. Wolf
Cohen & Wolf, P.C.
1115 Broad St., PO Box 1821
Bridgeport, CT 06604

Geoffrey A. Hecht
Caplan Hecht Scanlon & Mendel
20 Trumbull St., PO Box 9505
New Haven, CT 06534

Janet L. Janczewski
The Southern Connecticut Gas Co.
885 Main Street
Bridgeport, CT 06604

Robert L. Berchem
Richard J. Buturla
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Andrew M. Eschen
U.S. Department of Justice
Ben Franklin Station, PO Box 663
Washington, DC 20044-6208

Judith A. Mauzaka
Gerald T. Weiner
Weinstein, Weiner, Ignal, Vogel, & Shapiro
350 Fairfield Ave., PO Box 9177
Bridgeport, CT 06601

Stuart A. Margolis
1332 Temple Street
New Haven, CT 06510

Howard R. Wolfe
Goldman Gruder & Woods
125 Mason Street
Greenwich, CT 06830

John Pirina, Jr.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

John B. Hughes
U.S. Attorney's Office of the Attorney General
157 Church Street, 23rd Floor, PO Box 1824
New Haven, CT 06510

James A. Trowbridge
Quinnipiac College
Law School Clinic
275 Mount Carmel Ave.
Hamden, CT 06518-1946

Kimball Haines Hunt
Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT 06120-4626

Mark T. Anastasi
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Thomas E. Behuniak
44 Greenwood Circle
Seymore, CT 06483

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New haven, CT 06510

3

Kenneth M. Rozich
Law Firm of Edward D. Jacobs
PO Box 1952
New Haven, CT  06509

Anthony M. Feeherry
Goodwin, Procter & Hoar
Exchange Place, 2nd Floor
Boston, MA  02109-2881

Paul Ruszczyk
Highland Professional Center
408 Highland Avenue
Cheshire, CT  06410

*[signature]*
Susan Quinn Cobb
Attorney General

4