```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


GOLDEN HILL, ET AL                :

v.                                :    NO. 2:92cv738 (JBA)

WEICKER, ET AL                    :
```

### O R D E R

The parties are requested to submit their status reports on or before 10/1/04, format attached.

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: June 29, 2004**

---

**TO:    COUNSEL OF RECORD:**

---

THE PARTIES SHALL INDIVIDUALLY SUBMIT TO THE CHAMBERS OF THE HONORABLE JANET BOND ARTERTON [with certification copies sent to all counsel of record] AN ORIGINAL STATUS REPORT on or before 10/1/04, STATING THE FOLLOWING:

(a) THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;
(b) INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT'S SPECIAL MASTERS PROGRAM;
(c) WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND
(d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK