UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL, ET AL | : | CIVIL ACTION NO. 2:92CV00738(JBA) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| WEICKER, ET AL | : | September 28, 2004 |
| *Defendant* | : | |

## STATUS REPORT

This status report is submitted pursuant to this Court's order dated June 29, 2004.

**A. Status of the Case**

The plaintiff filed this action against innocent property owners to obtain land it claimed was part of its aboriginal territory, and other relief, pursuant to the Federal Trade and Intercourse Act, now codified as 25 U. S. C. § 177. The United States Court of Appeals for the Second Circuit directed that the proceedings be stayed pending resolution of the plaintiff's petition for tribal acknowledgment by the Department of the Interior, Bureau of Indian Affairs ("BIA") pursuant to the doctrine of primary jurisdiction. *See Golden Hill Paugussett Tribe v. Weicker*, 39 F. 3d 51, 58-61 (2d Cir. 1994).

On June 14, 2004, the BIA issued its Final Determination on the plaintiff's petition for tribal acknowledgment, declining to acknowledge the plaintiff as an Indian tribe. This determination was based on the BIA's conclusion that the plaintiff failed to satisfy four of the seven mandatory regulatory criteria for tribal acknowledgment required by 25 C.F.R. Part 83. Notice of this determination was published in the Federal Register on June 21, 2004. 69 Fed. Reg. 34,388-34,393 (2004).

Under the tribal acknowledgment regulations, a Final Determination becomes final ninety (90) days from the date it is published in the Federal Register unless a request for reconsideration is filed with the Interior Board of Indian Appeals (the "IBIA") within that time period. 25 C. F. R. § 83.11(a) (2). If a request for reconsideration is filed, the IBIA may (1) affirm the Final Determination; (2) vacate it and remand it to the Assistant Secretary for Indian Affairs, ("ASIA") of the BIA for further work and reconsideration; or (3) refer the reconsideration request to the Secretary of the Interior. *See* 25 C. F. R. § 83.11 (e). While the request for reconsideration is pending, the Final Determination is not effective.

With respect to the plaintiff, the ninety day period to file a request for reconsideration expired on September 20, 2004. On September 16, 2004, the plaintiff filed a request for reconsideration to the Board.[1] Accordingly, the BIA's Final Determination will not be final and effective until the administrative appeal proceedings are complete. *See* 25 C. F. R. § 83.11(e) and (h).

It is respectfully submitted that in accordance with the principle of primary jurisdiction, deferral by the Court until completion of the administrative appeal proceedings is warranted so that the administrative action can finish running its course, especially since the plaintiff has previously invoked the BIA's authority, and appealed the agency's decision to the IBIA. *See Golden Hill Paugussett,* 39 F. 3d at 60. This would be consistent with the purpose of the stay of proceedings in order to permit a determination of tribal status by the authorized administrative agency.

---

[1] The plaintiff failed to serve us a copy of its request on the State or any other interested parties, contrary to the regulatory requirements. *See* 43 C. F. R. §§ 4.310 (b), 4.333 (a), 25 C. F. R. § 83.11 (e) (1).

2

**B. Settlement.**

The State has no interest in discussing settlement, and intends to vigorously defend the plaintiff's request for reconsideration to the IBIA.

**C. and D. Trial Before a Magistrate Judge and Estimated Length of Trial.**

In view of the status of this case, paragraphs (c) and (d) of the status report format required by the Court are inapplicable and that it would be premature to address them.

The State will keep the Court informed of significant developments in this matter.

Respectfully submitted,

THE DEFENDANT GOVERNOR OF
THE STATE OF CONNECTICUT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard Blumenthal
Attorney General
Federal Bar No. ct05924
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
susan.cobb@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 28th day of September, 2004 to:

Bernard Wishnia
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ  07068

Michael D. O'Connell
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT  06103-3598

William A. Wechsler
Bailey & Wechsler
10 North Main Street, Ste. 321
West Hartford, CT  06107

Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad St., PO Box 1821
Bridgeport, CT  06604

Alexander H. Schwartz
3695 Post Road, PO Box 701
Southport, CT  06490

Henry C. Winiarski, Jr.
941 Wethersfield Avenue
Hartford, CT  06114-3137

David G. Chabot
Gerald L. Garlick
Linda Clifford Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT  06103

John J. Kelly, Jr.
Cantor, Floman, Gross, Kelly, Amendola &
Sacramone
378 Boston Post Road
PO Box 966
Orange, CT  06477

Noel E. Hanf
Wiggin & Dana
One Century Tower
265 Church St., PO Box 1832
New Haven, CT  06508-1832

Richard S. Lipman
Union Camp Corp.
Legal Dept.
1600 Valley Road
Wayne, NJ  07470

Thomas Gugliotti
Updike, Kelly & Spellacy, P.C.
One State St., PO Box 231277
Hartford, CT  06123-1277

Austin K. Wolf
Cohen & Wolf, P.C.
1115 Broad St., PO Box 1821
Bridgeport, CT  06604

| | |
|---|---|
| Geoffrey A. Hecht<br>Caplan Hecht Scanlon & Mendel<br>20 Trumbull St., PO Box 9505<br>New Haven, CT  06534 | John Pirina, Jr.<br>Law Offices of Arnaldo J. Sierra<br>215 Washington Street<br>Hartford, CT  06106 |
| Janet L. Janczewski<br>The Southern Connecticut Gas Co.<br>885 Main Street<br>Bridgeport, CT  06604 | John B. Hughes<br>U.S. Attorney's Office of the Attorney General<br>157 Church Street, 23rd Floor, PO Box 1824<br>New Haven, CT  06510 |
| Robert L. Berchem<br>Richard J. Buturla<br>Berchem, Moses & Devlin, P.C.<br>75 Broad Street<br>Milford, CT  06460 | James A. Trowbridge<br>Quinnipiac College<br>Law School Clinic<br>275 Mount Carmel Ave.<br>Hamden, CT  06518-1946 |
| Andrew M. Eschen<br>U.S. Department of Justice<br>Ben Franklin Station, PO Box 663<br>Washington, DC  20044-6208 | Kimball Haines Hunt<br>Hunt, Leibert, Chester & Jacobson, P.C.<br>50 Weston Street<br>Hartford, CT  06120-4626 |
| Judith A. Mauzaka<br>Gerald T. Weiner<br>Weinstein, Weiner, Ignal, Vogel, & Shapiro<br>350 Fairfield Ave., PO Box 9177<br>Bridgeport, CT  06601 | Mark T. Anastasi<br>City of Bridgeport<br>Office of the City Attorney<br>999 Broad Street, 2nd Floor<br>Bridgeport, CT  06604-4328 |
| Stuart A. Margolis<br>1332 Temple Street<br>New Haven, CT  06510 | Thomas E. Behuniak<br>44 Greenwood Circle<br>Seymore, CT  06483 |
| Howard R. Wolfe<br>Goldman Gruder & Woods<br>125 Mason Street<br>Greenwich, CT  06830 | Michael Stanton Hillis<br>Dombroski, Knapsack & Hillis<br>129 Whitney Avenue<br>New haven, CT  06510 |

5

| | |
|---|---|
| Kenneth M. Rozich<br>Law Firm of Edward D. Jacobs<br>PO Box 1952<br>New Haven, CT  06509 | Paul Ruszczyk<br>Highland Professional Center<br>408 Highland Avenue<br>Cheshire, CT  06410 |
| Anthony M. Feeherry<br>Goodwin, Procter & Hoar<br>Exchange Place, 2nd Floor<br>Boston, MA  02109-2881 | |

_____
Susan Quinn Cobb
Attorney General