UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS, ET AL, | : | CIVIL NO. 2:92CV00738(JBA) (LEAD CASE) |
| PLAINTIFF, | : | |
| V. | : | |
| LOWELL P. WEICKER, JR. GOVERNOR OF CONNECTICUT, ET AL, | : | |
| DEFENDANTS. | : | |

FILED
Oct 4  12 59 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**STATUS REPORT**

Pursuant to the Order entered on June 29, 2004 the United States hereby submits the following status report in the format requested.

(a) Status of Case

This action involves thousands of land claims filed by the Golden Hill in the early 1990's. Motions to dismiss were filed and ruled upon by the court but on appeal the judgment was vacated and the action was remanded to the District Court where a stay was entered for purposes of allowing the federal recognition process to proceed before the Bureau of Indian Affairs. The case was remanded on November 28, 1994 and has been proceeding through the federal recognition process for the past ten years. The case was essentially stayed throughout that period of time.

There are no outstanding motions at present but the continued administrative review by the Bureau of Indian Affairs (BIA) will

preclude compliance by the parties with the standing pre-trial scheduling order.

Subsequent to the Final Determination issued by the BIA on June 14, 2004 the Golden Hill filed, on September 16, 2004, a timely request for reconsideration to the Interior Board of Indian Appeals, (IBIA) pursuant to 25 C.F.R. § 83.11. That appeal is currently pending.

(b)   The United States has no interest in a referral for settlement purposes to a United States Magistrate Judge or the District's Special Masters Program at this time since the tribal recognition process should be concluded through appropriate administrative review.

(c)   The United States will not consent to a trial before a Magistrate Judge.

(d)   There is no accurate way to predict an estimated length of trial on the underlying land claim issues. Once the IBIA decides this matter there may well be another round of review of that decision in the United States District Court under the Administrative Procedure Act. Such review could be sought by either the plaintiff or any of the other interested parties depending on the outcome of the IBIA decision.

The United States respectfully suggests that another status report be filed in six months to update the court on the status of the administrative proceedings.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ John B. Hughes*

JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
FED. BAR NO. ct05289
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
john.hughes@usdoj.gov

CERTIFICATION

This is to certify that a copy of the within and foregoing Status Report was mailed, postage prepaid, this **30** day of September to:

See attached list.

*/s/ John B. Hughes*

JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
157 Church Street
New Haven, CT 06508

**CERTIFICATION**

Richard L. Albrecht
Austin K. Wolf
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Mark T. Anastasi
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604

Thomas E. Behuniak
44 Greenwood Circle
Seymore, CT 06f483

Robert L. Berchem
Richard J. Buturla
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Richard Blumenthal
Attorney General's Office
Administration Dept.
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

David G. Chabot
Gerald L. Garlick
Linda Clifford Hadley
Krasow, Garlic & Hadley
One State Street
Hartford, CT 06103

Susan Quinn Cobb
Daniel R. Schaefer
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06101-0120

Patricia Weiss
U.S. Department of Justice
P.O. Box 663
Ben Franklin Station
Washington, D.C.  20044-6208

Anthony M. Feeherry
Andrea L. Studley
Allan van Gestel
Goodwin, Procter & Hoar
Exchange Place
Second Floor
Boston, MA 02109-2881

Thomas A. Gugliotti
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Noel E. Hanf
Wiggin & Dana
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Geoffrey A. Hecht
Caplan Hecht Scanlon & Mendel
20 Trumbull Street
P.O. Box 9505
New Haven, CT 06534

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Kimball Haines Hunt
Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT 06120-4626

Janet L. Janczewski
The Southern Connecticut Gas Co.
885 Main Street
Bridgeport, Ct 06604

John J. Kelly Jr.
Cantor, Floman, Gross, Kelly
    Amendola & Sacramone
378 Boston Post Road
P.O. Drawer 966
Orange, CT 06477

Richard S. Lipman
Union Camp Corp.
Legal Dept.
1600 Valley Road
Wayne, NJ 07470

Stuart A. Margolis
132 Temple Street
New Haven, CT 06510

Judith A. Mausaka
Gerald T. Weiner
Weinstein, Weiner, Ignal,
    Vogel & Shapiro
350 Fairfield Avenue
P.O. Box 9177
Bridgeport, CT 06601

Michael D. O'Connell
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103-3598

John Pirina, Jr.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

Keneth M. Rozich
Law Firm of Edward D. Jacobs
P.O. Box 1952
New Haven, CT 06509

Paul Ruszczyk
Highland Professional Center
408 Highland Avenue
Cheshire, CT 06410

Alexander H. Schwartz
3695 Post Road
P.O. Box 701
Southport, CT 06490

David Michael Tilles
Law Offices of Scott B. Clendaniel
300 Windsor Street
P.O. Box 2138
Hartford, CT 06145-2138

James A. Trowbridge
Quinnipiac College
Law School Clinic
275 Mount Carmel Avenue
Hamden, CT 06518

William A. Wechsler
Bailey & Wechsler
583 Old Slocum Road
Hebron, CT 06248

Henry C. Winiarski, Jr.
941 Wethersfield Avenue
Hartford, CT 06114-3137

Bernard Wishnia
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ 07068

Howard R. Wolfe
Goldman Gruder & Woods
125 Mason Street
Greenwich, CT 06830

Jason Roberts
Solicitors Office
Division of Indian Affairs
U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240