


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GOLDEN HILL, ET AL          :

V.                          :    NO. 2:92CV738 (JBA)

WEICKER, ET AL              :    OCTOBER 1, 2004

## STATUS REPORT SUBMITTED BY THE PLAINTIFFS

**A.    Status of the Case**

As previously noted, this is an action by the plaintiffs, seeking to recover aboriginal territory, and other relief, pursuant to the Federal Trade and Intercourse Act, 25 U.S.C. §177. This matter has a long and complicated history and is the subject of an earlier decision by the Second Circuit Court of Appeals. See *Golden Hill Paugussett Tribe v. Weicker*, 39 F.3d 51 (2d Cir. 1994). Specifically, in October 1994, the Second Circuit reversed the order of the District Court dismissing the case and ordered that the matter be reinstated to the docket, but stayed "... pending the BIA's consideration of Golden Hill's claim for tribal recognition, the duration and termination of the stay to be determined in accordance with this opinion." Ibid at 61.

On June 14, 2004, the Bureau of Indian Affairs ("BIA") issued a Final Determination, declining to acknowledge the plaintiff as an Indian tribe. The plaintiff vehemently disagrees with the decision of the BIA and, on September 6, 2004, filed a request for reconsideration with the Interior Board of Indian Appeals ("IBIA"), pursuant to 25 C.F.R. §83-11(a)(2).

In the meantime, the stay, initially ordered by the Second Circuit, remains in effect.

**B.     Settlement Prospects**

The plaintiff is and always has been interested in and amenable to discussions relating to an amicable resolution of the issues raised in this action. Historically, the State of Connecticut, acting through the Attorney General, has dismissed any suggestion of amicable resolution.

**C.     Trial before a Magistrate Judge**

At this juncture, the plaintiffs are not willing to consent to a trial before a Magistrate Judge.

**D.     Estimated length of Trial**

Given the status of this action, it is currently impossible to determine the likely length of an ultimate trial of the issues in this case.

THE PLAINTIFFS

By: _____
Michael D. O'Connell, CT05299
O'CONNELL, FLAHERTY
& ATTMORE, L.L.C.
280 Trumbull Street
23rd Floor
Hartford, CT 06103-3598
Fed. Bar No. CT05299

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal rules of Civil Procedure on this 1st day of October, 2004 to:

Bernard Wishnia
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ 07068

William A. Wechsler
Bailey & Wechsler
583 Old Slocum Road
Hebron, CT 06248

Alexander H. Schwartz
3695 Post Road
P.O. Box 701
Southport, CT 06490

David G. Chabot
Gerald L. Garlick
Linda Clifford Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Noel E. Hanf
Wiggin & Dana
One Century Tower
265 Church St., P.O. Box 1832
New Haven, CT 06508-1832

Thomas Gugliotti
Updike, Kelly & Spellacy, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277

Susan Quinn Cobb
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141

Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad Street, P.O. Box 1821
Bridgeport CT 06604

Henry C. Winiarski, Jr.
941 Wethersfield Avenue
Hartford, CT 06114-3137

John J. Kelly, Jr.
Cantor, Floman, Gross, Kelly
  Amendola & Sacramone
378 Boston Post Road
P.O. Box 966
Orange, CT 06477

Richard S. Lipman
Union Camp Corp.
Legal Department
1600 Valley Road
Wayne, NJ 07470

Austin K. Wolf
Cohen & Wolf, P.C.
115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Geoffrey A. Hecht
Caplan, Hecht, Scanlon & Mendel
20 Trumbull Street, P.O. Box 9505
New Haven, CT 06534

Janet L. Janczewiski
The Southern Connecticut Gas Co.
885 Main Street
Bridgeport, CT 06604

Robert L. Berchem
Richard J. Buturla
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Andrew M. Eschen
U.S. Department of Justice
Ben Franklin Station, PO Box 663
Washington, DC 20044-6208

Judith A. Mauzaka
Gerald T. Weiner
Weinstein, Weiner, Ignal, Vogel & Shapiro
350 Fairfield Avenue, P.O. Box 9177
Bridgeport, CT 06601

Stuart A. Margolis
132 Temple Street
New Haven, CT 06510

Howard R. Wolfe
Goldman, Gruder & Woods
125 Mason Street
Greenwich, CT 06830

John Pirina, Jr.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

John B. Hughes
U.S. Atty's Office of the Atty. General
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

James A. Trowbridge
Quinnipiac College
Law School Clinic
275 Mount Carmel Avenue
Hamden, CT 06518-1946

Kimball Haines Hunt
Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT 06120-4626

Mark T. Anastasi
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Thomas E. Behuniak
44 Greenwood Circle
Seymore, CT 06483

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Kenneth M. Rozich
Law Firm of Edward D. Jacobs
P.O. Box 1952
New Haven, CT 06509

| | |
|---|---|
| Anthony M. Feeherry<br>Goodwin, Proctor & Hoar<br>Exchange Place, 2nd Floor<br>Boston, MA 02109-2881 | Paul Ruszczyk<br>Highland Professional Center<br>408 Highland Avenue<br>Cheshire, CT 06410 |

_/s/ Michael D. O'Connell_
Michael D. O'Connell

J:\NE\GHT\BJA SUPP Petition\Status Report.doc
AE 10-01-04