```
FILED
Oct 12  11 10 AM '04
U.S. DISTRICT COURT
NEW HAVEN, C
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS, ET AL | : | CASE NO: 2:92 CV 00738 (JBA) |
| PLAINTIFF | : | |
| V. | : | |
| LOWELL P. WEICKER, JR., ET AL | : | |
| DEFENDANTS | : | SEPTEMBER 30, 2004 |

### STATUS REPORT (DEFENDANTS, JOYCE KNOLL AND GREGORY KNOLL)

Defendants Joyce Knoll and Gregory Knoll hereby join in the status report dated September 28,, 2004 and filed by the Defendant, State of Connecticut.

DEFENDANTS, JOYCE KNOLL and
GREGORY KNOLL

By _____
Gerald L. Garlick, Esq. of
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT 06103
Telephone: (860) 549-7100
Facsimile: (860) 728-1651
Email: ggarlick@krasowgarlick.com
Fed Bar Number: ct05627

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on this 30th day of September, 2004:

Bernard Wishnia
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ 07068

William A. Wechsler
Bailey & Wechsler
10 North Main Street, Ste 321
West Hartford, CT 06107

Alexander H. Schwartz
3695 Post Road, P.O. Box 701
Southport, CT 06490

Richard Blumenthal, Attorney General
Susan Quinn Cobb, Assistant Attorney General
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120

Noel E. Hanf
Wiggins & Dana
One Century Tower
265 Church St, P.O. Box 1832
New Haven, CT 06508-1832

Thomas Gugliotti
Updike, Kelly & Spellacy, P.C.
One State St, P.O. Box 231277
Hartford, CT 06123-1277

Michael D. O'Connell
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103-3598

Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad St, P.O. Box 1821
Bridgeport, CT 06604

Henry C. Winiarski, Jr
941 Wethersfield Ave
Hartford, CT 06114-3137

John J. Kelly, Jr
Cantor, Floman, Gross, Kelly,
Amendola & Sacramone
378 Boston Post Rd, P.O. Box 966
Orange, CT 06477

Richard S. Lipman
Union Camp Corp
Legal Dept
1600 Valley Rd
Wayne, NJ 07470

Austin K. Wolf
Cohen & Wolf, P.C.
1115 Broad St, P.O. Box 1821
Bridgeport, CT 06604

Geoffrey A. Hecht
Caplan Hecht Scanlon & Mendel
20 Trumbull St, P.O. Box 9505
New Haven, CT 06534

Janet L. Janczewski
The Southern Connecticut Gas Co
885 Main St
Bridgeport, CT 06604

Robert L. Berchem
Richard J. Buturla
Berchem, Moses & Devlin, P.C.
75 Broad St
Milford, CT 06460

Andrew M. Eschen
U.S. Department of Justice
Ben Franklin Station, P.O. Box 663
Washington, DC 20044-6208

Judith A. Mauzaka
Gerald T. Weiner
Weinstein, Weiner, Ignal, Vogel & Shapiro
350 Fairfield Ave P.O. Box 9177
Bridgeport, CT 06601

Stuart A. Margolis
1332 Temple St
New Haven, CT 06510

Howard R. Wolfe
Goldman Gruder & Woods
125 Mason St
Greenwich, CT 06830

John Pirina, Jr.
Law Offices of Arnoldo J. Sierra
215 Washington St
Hartford, CT 06106

John B. Hughes
U.S. Attorney's Office of the
Attorney General
157 Church St, 23rd Fl. PO Box 1824
New Haven, CT 06510

James A. Trowbridge
Quinnipiac College
Law School Clinic
275 Mount Carmel Ave
Hamden, CT 06518-1946

Kimball Haines Hunt
Hunt, Leibert, Chester & Jacobson
50 Weston St
Hartford, CT 06120-4626

Mark T. Anastasi
City of Bridgeport
Office of the City Attorney
999 Broad St, 2nd Fl
Bridgeport, CT 06604-4328

Thomas E. Behuniak
44 Greenwood Cir
Seymore, CT 06483

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Ave
New Haven, CT 06510

Kenneth M. Rozich
Law Firm of Edward D. Jacobs
P.O. Box 1952
New Haven, CT 06509

Anthony M. Feeherry
Goodwin, Procter & Hoar
Exchange Place, 2nd Floor
Boston, MA 02109-2881

Paul Ruszczyk
Highland Professional Center
408 Highland Ave
Cheshire, CT 06410


_____
Gerald L. Garlick

000528/00130/22362.1