**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**GOLDEN HILL, ET AL**            :

**v.**                             :   **NO. 2:92cv738 (JBA)**

**WEICKER, ET AL**                 :

## O R D E R

The parties are requested to submit their status reports on or before 4/1/05, format attached.

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: October  , 2004**

------------------------------------------------------------------

**TO:     COUNSEL OF RECORD:**


------------------------------------------------------------------

THE PARTIES SHALL INDIVIDUALLY SUBMIT TO THE CHAMBERS OF THE HONORABLE JANET BOND ARTERTON [with certification copies sent to all counsel of record] AN ORIGINAL STATUS REPORT on or before 4/1/05, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;
    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT'S SPECIAL MASTERS PROGRAM;
    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND
    (d) THE ESTIMATED LENGTH OF TRIAL.

    NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK