UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL, ET AL. | : | CIVIL ACTION NO. |
|     Plaintiffs | : | 2:92CV00738 (JBA) |
| | : | |
| v. | : | |
| | : | |
| WEICKER, ET AL. | : | |
|     Defendants | : | OCTOBER 21, 2004 |

MOTION TO WITHDRAW APPEARANCE
OF RICHARD S. LIPMAN

The undersigned respectfully represents and requests as follows:

1.    He has an appearance in this case on behalf of the defendant, Anthony Julian Railroad Construction Co.

2.    Upon information and belief and upon being informed by the clerk of this Court, Richard S. Lipman, Esq. also appears of-record to have appeared on behalf of Anthony Julian Railroad Construction Co.

3.    Further upon information and belief Attorney Lipman appeared for the Anthony Julian Railroad Construction Co. at the time when the undersigned and Attorney Lipman were in practice together at the same law firm.

377482

-2-

4. Since that time, and upon information and belief, Attorney Lipman has left the practice of law in the State of Connecticut.

5. The undersigned has always been and continues to be the primary counsel for the Anthony Julian Railroad Construction Co. in this case.

6. The undersigned has been further information by the Clerk of this Court that notices and pleadings sent to Attorney Lipman at his last known address have for a long time been returned as undeliverable, with no forwarding order or address.

WHEREFORE, upon information and belief, and as the primary counsel to Anthony Julian Railroad Construction Co. in this matter, the undersigned hereby moves for the withdrawal or striking of the appearance of Richard S. Lipman in this matter.

Dated at Hartford, Connecticut this ____ day of October, 2004.

          THE DEFENDANT
          ANTHONY JULIAN RAILROAD
          CONSTRUCTION CO.


          By_____
            THOMAS A. GUGLIOTTI, ESQ.
            UPDIKE, KELLY & SPELLACY, P.C.
            One State Street
            P.O. Box 231277
            Hartford, CT  06123-1277
            Federal Bar No. ct05288
            tgugliotti@uks.com
            (860 548-2600

377482

-3-

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Withdraw Appearance of Richard S. Lipman has been mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this ____ day of October, 2004 to:

| | |
|---|---|
| Bernard Wishnia<br>Roseland Professional Building<br>204 Eagle Rock Avenue<br>Roseland, NJ  07068 | Michael D. O'Connell<br>O'Connell Flaherty & Attmore<br>280 Trumbull Street<br>Hartford, CT  06103-3598 |
| William A. Wechsler<br>Bailey & Wechsler<br>10 North Main Street<br>Suite 321<br>West Hartford, CT  06107 | Richard L. Albrecht<br>Cohen & Wolfe, P.C.<br>1115 Broad Street<br>P.O. Box 1821<br>Bridgeport, CT  06604 |
| Alexander H. Schwartz<br>3695 Post Road<br>P.O. Box 701<br>Southport, CT  06490 | Henry C. Winiarski, Jr.<br>941 Wethersfield Avenue<br>Hartford, CT  06114-3137 |
| David G. Chabot<br>Gerald L. Garlick<br>Linda Clifford Hadley<br>Krasow, Garlick & Hadley<br>One State Street<br>Hartford, CT  06103 | John J. Kelly, Jr.<br>Cantor, Floman, Gross, Kelly, Amendola & Sacramone<br>378 Boston Post Road<br>P.O. Box 966<br>Orange, CT  06477 |

377482

| | |
|---|---|
| Noel E. Hanf<br>Wiggin & Dana<br>One Century Tower<br>265 Church Street<br>P.O. Box 1832<br>New Haven, CT  06508-1832 | Richard S. Lipman<br>Union Camp Corporation<br>Legal Department<br>1600 Valley Road<br>Wayne, NJ  07470 |
| Austin K. Wolf<br>Cohen & Wolf, P.C.<br>1115 Broad Street<br>P.O. Box 1821<br>Bridgeport, CT  06604 | Geoffrey A. Hecht<br>Caplan Hecht Scanlon & Mendel<br>20 Trumbull Street<br>P.O. Box 9505<br>New Haven, CT  06534 |
| John Pirina, Jr.<br>Law Offices of Arnaldo J. Sierra<br>215 Washington Street<br>Hartford, CT  06106 | Janet L. Janczewski<br>The Southern Connecticut Gas Co.<br>885 Main Street<br>Bridgeport, CT  06604 |
| John B. Hughes<br>U.S. Attorney's Office<br>157 Church Street<br>23rd Floor<br>P.O. Box 1824<br>New Haven, CT  06510 | Robert L. Berchem<br>Richard J. Buturla<br>Berchem, Moses & Devlin, P.C.<br>75 Broad Street<br>Milford, CT  06460 |
| James A. Trowbridge<br>Quinnipiac College<br>Law School Clinic<br>275 Mount Carmel Avenue<br>Hamden, CT  06518-1946 | Andrew M. Eschen<br>U.S. Department of Justice<br>Ben Franklin Station<br>P.O. Box 663<br>Washington, DC  20044-6208 |
| Kimball Haines Hunt<br>Hunt, Leibert, Chester & Jacobson, P.C.<br>50 Weston Street<br>Hartford, CT  06120-4626 | Howard R. Wolfe<br>Goldman Gruder & Woods<br>125 Mason Street<br>Greenwich, CT  06830 |

377482

-5-

| | |
|---|---|
| Judith A. Mauzaka<br>Gerald T. Weiner<br>Weinstein, Weiner, Ignal, Vogel & Shapiro<br>350 Fairfield Avenue<br>P.O. Box 9177<br>Bridgeport, CT  06601 | Mark T. Anastasi<br>City of Bridgeport<br>Office of the City Attorney<br>999 Broad Street<br>2nd Floor<br>Bridgeport, CT  06604-4328 |
| Stuart A. Margolis<br>1332 Temple Street<br>New Haven, CT  06510 | Thomas E. Behuniak<br>44 Greenwood Circle<br>Seymore, CT  06483 |
| Michael Station Hillis<br>Dombroski, Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, CT  06510 | Kenneth M. Rozich<br>Law Firm of Edward D. Jacobs<br>P.O. Box 1952<br>New Haven, CT  06509 |
| Paul Ruszczyk<br>Highland Professional Center<br>408 Highland Avenue<br>Cheshire, CT  06410 | Anthony M. Feeherry<br>Goodwin, Procter & Hoar<br>Exchange Place, 2nd Floor<br>Boston, MA  02109-2881 |
| Susan Quinn Cobb, Esq.<br>Attorney General<br>55 Elm Street<br>P.O. Box 120<br>Hartford, CT  06141-0120 | |

_____
THOMAS A. GUGLIOTTI, ESQ.

377482