UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*

2004 DEC 15 P 1: 55

U.S. DISTRICT COURT
NEW HAVEN, CT

GOLDEN HILL, ET AL                  :

v.                                  :    NO. 2:92cv738 (JBA)

WEICKER, ET AL                      :

## ENDORSEMENT ORDER [DOC. #289]

Motion to Withdraw Appearance [doc. #289] is GRANTED.    The

Court notes the appearance on the record of Attorney Gugliotti.


IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: **December 14, 2004**