**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**GOLDEN HILL, ET AL**              :

**v.**                               :   NO. 2:92cv738 (JBA)

**WEICKER, ET AL**                   :

## ORDER OF DISMISSAL

This case is being administratively closed because pending administrative proceedings have no definitive future date for completion. Any party has the right to have this matter restored to the active docket, if exercised by motion filed no later than sixty (60) days following final action by the Interior Board of Indian Appeals.

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: December     , 2004**