UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT<br>TRIBE OF INDIANS, *et al* | : | CIVIL ACTION |
| | : | |
| | : | NO. 2:92CV00738 (JBA) |
| V. | : | |
| | : | |
| LOWELL P. WEICKER, JR., GOVERNOR<br>OF CONNECTICUT, *et al* | : | |
| | : | MAY 17, 2005 |

### MOTION TO RESTORE TO ACTIVE DOCKET

The plaintiffs in the above-entitled action hereby move to have this matter, and its companion matters (*Golden Hill, et al v. Nyzio, et al*, Docket No. 3:93CV26 (JBA) and *Golden Hill, et al Bachyrycz, et al*, Docket No. 3:93CV694 (JBA)) restored to the active docket, pursuant to the Court's Order of Dismissal dated December 23, 2004. This motion has been made within sixty days following action by the United States Department of Interior, on the plaintiffs' petition for acknowledgement.

THE PLAINTIFF
GOLDEN HILL PAUGUSSETT TRIBE
OF INDIANS, et al

By:_____
Michael D. O'Connell
**O'CONNELL, FLAHERTY
& ATTMORE, L.L.C.**
280 Trumbull Street
Hartford, CT 06103-3598
Fed. Bar No. ct05299
Tel: (860) 548.1300

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal rules of Civil Procedure on this _17 Th_ day of May, 2005 to:

Bernard Wishnia
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ 07068

William A. Wechsler
Bailey & Wechsler
583 Old Slocum Road
Hebron, CT 06248

Alexander H. Schwartz
3695 Post Road
P.O. Box 701
Southport, CT 06490

David G. Chabot
Gerald L. Garlick
Linda Clifford Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Noel E. Hanf
Wiggin & Dana
One Century Tower
265 Church St., P.O. Box 1832
New Haven, CT 06508-1832

Thomas Gugliotti
Updike, Kelly & Spellacy, P.C.
One State Street, P.O. Box 231277
Hartford, CT 06123-1277

Susan Quinn Cobb
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141

Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad Street, P.O. Box 1821
Bridgeport, CT 06604

Henry C. Winiarski, Jr.
941 Wethersfield Avenue
Hartford, CT 06114-3137

John J. Kelly, Jr.
Cantor, Floman, Gross, Kelly
  Amendola & Sacramone
378 Boston Post Road
P.O. Box 966
Orange, CT 06477

Austin K. Wolf
Cohen & Wolf, P.C.
115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Geoffrey A. Hecht
Caplan, Hecht, Scanlon & Mendel
20 Trumbull Street, P.O. Box 9505
New Haven, CT 06534

Janet L. Janczewiski
The Southern Connecticut Gas Co.
885 Main Street
Bridgeport, CT 06604

Robert L Berchem
Richard J. Burturla
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Andrew M. Eschen
U.S. Department of Justice
Ben Franklin Station
P.O. Box 663
Washington, DC 2004-6208

Judith A. Mauzaka
Gerald T. Weiner
Weinstein, Weiner, Ignal, Vogel
 & Shapiro
350 Fairfield Ave, P.O. Box 9177
Bridgeport, CT 06601

Stuart A. Margolis
132 Temple Street
New Haven, CT 06510

Howard R. Wolfe
Goldman, Gruder & Woods
125 Mason Street
Greenwich, CT 06830

John Pirina, Jr.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

John B. Hughes
U.S. Atty's Office of the Atty. General
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

James A. Trowbridge
Quinnipiac College
Law School Clinic
275 Mount Carmel Avenue
Hamden, CT 06518-1946

Thomas E. Behuniak
44 Greenwood Circle
Seymour, CT 06483

Kimball Haines Hunt
Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT 06120-4626

Mark T. Anastasi
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Kenneth M. Rozich
Law Firm of Edward D. Jacobs
P.O. Box 1952
New Haven, CT 06509

Anthony M. Feeherry
Goodwin, Proctor & Hoar
Exchange Place, 2nd Floor
Boston, MA 02109-2881

Paul Ruszczyk
Highland Professional Center
408 Highland Avenue
Cheshire, CT 06410

Kenneth Lenz
982 Rainbow Trail
Orange, CT 06477

_____
Michael D. O'Connell
Commissioner of the Superior Court

W:\NEdwards\GHT\Golden Hill\pleadings-fed\Mot2 Restore2 Active Docket.doc
AE 05-16-05