# EXHIBIT 1



THE SECRETARY OF THE INTERIOR

WASHINGTON

MAR 1 8 2005

Mr. Aurelius H. Piper
1440 Whalley Avenue, Suite 236
New Haven, Connecticut 06515

Dear Mr. Piper:

I am writing in response to your Request for Reconsideration that you filed with the Interior Board of Indian Appeals ("IBIA") on September 16, 2004. The IBIA referred your request to me for consideration on October 18, 2004, under 25 C.F.R. § 83.11(f)(1). After considering your Request for Reconsideration, the comments of the State of Connecticut and the Office of Federal Acknowledgment, your comments on their submissions, as well as the advice of my staff, I have decided not to refer any of the grounds alleged in your Request for Reconsideration to the Assistant Secretary for further review.

The Assistant Secretary's decision denying the Golden Hill Paugussett Federal acknowledgment becomes final agency action as of the date of this letter. 25 C.F.R. § 83.11(h)(2).

Sincerely,

Gale A. Norton