## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN HILL PAUGUSSETT<br>TRIBE OF INDIANS, *et al* | : CIVIL ACTION<br>:<br>: NO. 2:92CV00738 (JBA) |
| V. | : |
| LOWELL P. WEICKER, JR., GOVERNOR<br>OF CONNECTICUT, *et al* | :<br>: JUNE 15, 2005 |

### PLAINTIFF'S REPLY TO STATE'S OBJECTION

The plaintiff in the above-entitled action hereby replies to the Objection filed by the State of Connecticut, dated June 7, 2005, to the Plaintiff's Motion to Restore to the Active Docket, dated May 18, 2005. The plaintiff responds with two observations, for the benefit of the court, as follows:

1. The plaintiff recognizes that it may have the right under the Administrative Procedures Act, 5 U.S.C. §§701-706, to seek a review of the determinations by the Bureau of Indian Affairs, affecting the plaintiff. However, no final decision has been made by the plaintiff as to whether or not to seek such review. In the meantime, given the express language of the court's order, administratively dismissing these actions, the plaintiff believed that it had no choice but to file its motion to restore the cases to the active docket.

2. Contrary to the assertion by the State that the motion to restore was untimely, (see State's Objection to Plaintiff's Motion to Restore to Active Docket, footnote 2), the plaintiff's motion to restore was timely. In the first instance, the

State makes at least a passing suggestion that the court's original Order of Administrative Dismissal, dated December 23, 2004, provided that a motion to restore had to be filed within 60 days after the original BIA decision, which was dated October 18, 2004. This is an obvious misreading, and mischaracterization, of the court's order, since that 60-day period had already passed before the court entered its dismissal order. The State also suggests that the motion to restore was untimely because it was not within 60 days of the decision by the Secretary of Interior, allegedly dated March 18, 2005. However, even though that decision facially bore a date of March 18, 2005, it was not released until March 30, 2005. Attached, as Exhibit A to this pleading, is a copy of the decision letter and the facsimile transmittal sheet by which the plaintiff first received notice of the Secretary's decision. That transmittal sheet and the accompanying letter were dispatched and received on March 30, 2005. The motion to restore was filed within 60 days of that date.

The plaintiff believes that this information may be of assistance to the court in determining whether to restore these cases to the active docket.

RESPECTFULLY SUBMITTED

THE PLAINTIFF
GOLDEN HILL PAUGUSSETT TRIBE
OF INDIANS

By: _____
Michael D. O'Connell
O'CONNELL, FLAHERTY
& ATTMORE, L.L.C.
280 Trumbull Street
Hartford, CT 06103-3598
Fed. Bar No. ct05299
Tel: (860) 548.1300

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal rules of Civil Procedure on this 15th day of June, 2005 to:

Bernard Wishnia
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ 07068

William A. Wechsler
Bailey & Wechsler
583 Old Slocum Road
Hebron, CT 06248

Alexander H. Schwartz
3695 Post Road
P.O. Box 701
Southport, CT 06490

David G. Chabot
Gerald L. Garlick
Linda Clifford Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Noel E. Hanf
Wiggin & Dana
One Century Tower
265 Church St., P.O. Box 1832
New Haven, CT 06508-1832

Thomas Gugliotti
Updike, Kelly & Spellacy, P.C.
One State Street, P.O. Box 231277
Hartford, CT 06123-1277

Susan Quinn Cobb
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141

Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad Street, P.O. Box 1821
Bridgeport, CT 06604

Henry C. Winiarski, Jr.
941 Wethersfield Avenue
Hartford, CT 06114-3137

John J. Kelly, Jr.
Cantor, Floman, Gross, Kelly
  Amendola & Sacramone
378 Boston Post Road
P.O. Box 966
Orange, CT 06477

Austin K. Wolf
Cohen & Wolf, P.C.
115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Geoffrey A. Hecht
Caplan, Hecht, Scanlon & Mendel
20 Trumbull Street, P.O. Box 9505
New Haven, CT 06534

| | |
|---|---|
| Janet L. Janczewiski<br>The Southern Connecticut Gas Co.<br>885 Main Street<br>Bridgeport, CT 06604 | John B. Hughes<br>U.S. Atty's Office of the Atty. General<br>157 Church Street, 23rd Floor<br>P.O. Box 1824<br>New Haven, CT 06510 |
| Robert L Berchem<br>Richard J. Burturla<br>Berchem, Moses & Devlin, P.C.<br>75 Broad Street<br>Milford, CT 06460 | James A. Trowbridge<br>Quinnipiac College<br>Law School Clinic<br>275 Mount Carmel Avenue<br>Hamden, CT 06518-1946 |
| Andrew M. Eschen<br>U.S. Department of Justice<br>Ben Franklin Station<br>P.O. Box 663<br>Washington, DC 2004-6208 | Thomas E. Behuniak<br>44 Greenwood Circle<br>Seymour, CT 06483 |
| Judith A. Mauzaka<br>Gerald T. Weiner<br>Weinstein, Weiner, Ignal, Vogel<br>  & Shapiro<br>350 Fairfield Ave, P.O. Box 9177<br>Bridgeport, CT 06601 | Kimball Haines Hunt<br>Hunt, Leibert, Chester & Jacobson, P.C.<br>50 Weston Street<br>Hartford, CT 06120-4626 |
| Stuart A. Margolis<br>132 Temple Street<br>New Haven, CT 06510 | Mark T. Anastasi<br>City of Bridgeport<br>Office of the City Attorney<br>999 Broad Street, 2nd Floor<br>Bridgeport, CT 06604-4328 |
| Howard R. Wolfe<br>Goldman, Gruder & Woods<br>125 Mason Street<br>Greenwich, CT 06830 | Michael Stanton Hillis<br>Dombroski, Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, CT 06510 |
| John Pirina, Jr.<br>Law Offices of Arnaldo J. Sierra<br>215 Washington Street<br>Hartford, CT 06106 | Kenneth M. Rozich<br>Law Firm of Edward D. Jacobs<br>P.O. Box 1952<br>New Haven, CT 06509 |
| | Anthony M. Feeherry<br>Goodwin, Proctor & Hoar<br>Exchange Place, 2nd Floor<br>Boston, MA 02109-2881 |

| | |
|---|---|
| Paul Ruszczyk<br>Highland Professional Center<br>408 Highland Avenue<br>Cheshire, CT 06410 | Kenneth Lenz<br>982 Rainbow Trail<br>Orange, CT 06477 |

_____
Michael D. O'Connell
Commissioner of the Superior Court

W:\NEdwards\GHT\Golden Hill\pleadings-fed\Reply to State's Objection 6-15-05.doc
AE 06-15-05