**EXHIBIT A**

United States Department of the Interior
Office of the Solicitor
Washington, DC 20240
DIVISION OF INDIAN AFFAIRS
TRANSMITTAL SHEET

DATE: 3/30/05

TO: Golden Hill Paugussett

AGENCY: _____

Fax transmittal Phone Number: (973) 228-6022

Confirmation Phone Number: _____

TOTAL PAGE(s) INCLUDING COVER SHEET: 2

FROM: Jonie Smith

AGENCY:
Department of the Interior
Office of the Solicitor
Division of Indian Affairs
Mail Stop 6456-MIB
Washington, D.C. 20240

Fax: (1)    (202) 208-3490
Fax: (2)    (202) 219-1791
Office #    (202) 208-3401

REMARKS:
_____
_____
_____

CONFIDENTIALITY NOTICE: This communication is intended for the sole use of the person to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure. Any dissemination, distribution or copying of this communication by anyone other than the intended recipient or the person responsible for its delivery is strictly prohibited. If you have received this communication in error, please phone this office immediately at (202) 208-3401 or either destroy the communication.



THE SECRETARY OF THE INTERIOR
WASHINGTON

MAR 1 8 2005

Mr. Aurelius H. Piper
1440 Whalley Avenue, Suite 236
New Haven, Connecticut 06515

Dear Mr. Piper:

I am writing in response to your Request for Reconsideration that you filed with the Interior Board of Indian Appeals ("IBIA") on September 16, 2004. The IBIA referred your request to me for consideration on October 18, 2004, under 25 C.F.R. § 83.11(f)(1). After considering your Request for Reconsideration, the comments of the State of Connecticut and the Office of Federal Acknowledgment, your comments on their submissions, as well as the advice of my staff, I have decided not to refer any of the grounds alleged in your Request for Reconsideration to the Assistant Secretary for further review.

The Assistant Secretary's decision denying the Golden Hill Paugussett Federal acknowledgment becomes final agency action as of the date of this letter. 25 C.F.R. § 83.11(h)(2).

Sincerely,

Gale A. Norton