**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**GOLDEN HILL**                          :

**v.**                                   :   **NO. 2:92cv738 (JBA)**

**WEICKER, ET AL**                       :

### ENDORSEMENT ORDER [DOC. #292]

    Motion to Restore to Active Docket [doc. #292] is GRANTED, over objection. The parties are requested to file their status reports by 7/15/05 [format attached] reflecting the existence, if any, of any further administrative proceedings and identification of further proceedings needed in this case.

                                          IT IS SO ORDERED.

                                          Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:** <u>July 07, 2005</u>

RE:     **CASE NO. 2:92cv738 (JBA)**
-----------------------------------------------------------------
TO:     **COUNSEL OF RECORD:**
-----------------------------------------------------------------

On or before **7/15/05,**

THE PARTIES SHALL INDIVIDUALLY SUBMIT THEIR STATUS REPORT TO aimee_tooker@ctd.uscourts.gov] [certified to all counsel of record], STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                                IT IS SO ORDERED.

                                JANET BOND ARTERTON, U.S.D.J.