UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT <br> TRIBE OF INDIANS, *et al.* <br> Plaintiffs, <br> <br> v. <br> <br> LOWELL P. WEICKER, JR., <br> GOVERNOR OF CONNECTICUT, *et al.* <br> Defendants, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | NO.:  2:92 cv 00738 (JBA) <br>         LEAD CASE NUMBER <br> <br> <br> <br> <br> <br> <br> July 13, 2005 |

## Status Report

Defendants Joseph E. Shapiro and Marjorie Shapiro hereby join in and adopt by reference, the status report filed by Defendant State of Connecticut, and dated July 12, 2005.

                          Defendants JOSEPH E. SHAPIRO
                             and MARJORIE SHAPIRO


By_____
    Howard R. Wolfe, Esq.
    Goldman Gruder & Woods, LLC
    125 Mason Street
    Greenwich, CT  06830
    Tel.:(203) 983-6363
    Fax:(203) 983-6262
    Email:  hwolfe@goldmangruderwoods.com
    Federal Bar #ct08090
    Their Attorney

## Certification

I hereby certify that a copy of the foregoing was mailed, via first class United States Mail, postage prepaid, on July 13, 2005, to:

| | |
|---|---|
| Mark Anastasi, Esq.<br>Office of the City Attorney<br>999 Broad Street, 2nd Floor<br>Bridgeport, CT  06604-4328 | Bernard Wishnia, Esq.<br>Roseland Professional Building<br>204 Eagle Rock Avenue<br>Roseland, NJ  07068 |
| Gerald Weiner, Esq.<br>Weinstein, Weiner, Ignal, Vogel & Shapiro<br>350 Fairfield Road<br>P.O. Box 9177<br>Bridgeport, CT  06601 | Richard Blumenthal, Esq.<br>Susan Quinn Cobb, Esq.<br>Attorney General's Office<br>P.O. Box 120<br>Hartford, CT  06141-0120 |
| Michael D. O'Connell, Esq.<br>O'Connell, Flaherty & Attmore<br>280 Trumbull Street<br>Hartford, CT  06103-3598 | William A. Wechsler, Esq.<br>Bailey & Wechsler<br>10 N. Main Street, Suite 321<br>West Hartford, CT  06107 |
| John J. Kelly, Jr., Esq.<br>Cantor, Floman, Gross, Kelly,<br>Amendola & Sacramone<br>378 Boston Post Road<br>P.O. Box 966<br>Orange, CT  06477 | Gerald L. Garlick, Esq.<br>Linda Clifford Hadley, Esq.<br>Krasow, Garlick & Hadley<br>One State Street<br>Hartford, CT  06103 |
| Thomas Behuniak, Esq.<br>44 Greenwood Circle<br>Seymour, CT  06483 | Henry C. Winiarski, Jr., Esq.<br>941 Wethersfield Avenue<br>Hartford, CT  06114-3137 |
| Anthony M. Feeherry, Esq.<br>Goodwin, Proctor & Hoar<br>Exchange Place, 2nd Floor<br>Boston, MA  02109-2881 | Michael S. Hillis, Esq.<br>Dombroski Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, CT  06510 |

Robert L. Berchum, Esq.
Berchum, Moses & Devlin, P.C.
75 Broad Street
Milford, CT   06460

Paul Ruszczyk, Esq.
Highland Professional Building
408 Highland Avenue
Cheshire, CT   06410

Andrew M. Eschen, Esq.
U.S. Department of Justice
Ben Franklin Station
P.O. Box 663
Washington, DC   20044-0663

John Pirina, Esq.
Law Offices of Arnaldo J. Sierra
215 Washington, Street
Hartford, CT   06106

Richard L. Albrecht, Esq.
Austin K. Wolf, Esq.
Cohen & Wolf
1115 Broad St., P.O. Box 1821
Bridgeport, CT   06604

Geoffrey A. Hecht, Esq.
Caplan Hecht Scanlon & Mendel
20 Trumbull Street, P.O. Box 9505
New Haven, CT   06534

Noel E. Hanf, Esq.
Wiggin & Dana
One Century Tower
265 Church St., P.O. Box 1832
New Haven, CT   06508-1832

Richard S. Lipman
Union Camp Corp., Legal Dept.
1600 Valley Road
Wayne, NJ   07470

Stuart A. Margolis, Esq.
Berdon, Young & Margolis, P.C.
132 Temple Street
New Haven, CT   06510-2671

James Trowbridge, Esq.
Quinnipiac College
Law School Clinic
275 Mount Carmel Avenue
Hamden, CT   06518-1946

Janet Janczewski, Esq.
Southern Connecticut Gas Company
855 Main Street
Bridgeport, CT   06604-4918

John B. Hughes, Esq.
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT   06510

Alexander H. Schwartz, Esq.
3695 Post Road, P.O. Box 701
Southport, CT   06490

Thomas Gugliotti, Esq.
Updike, Kelly & Spellacy
One State Street
P.O. Box 231277
Hartford, CT   06123-1277

| | |
|---|---|
| Kenneth M. Rozich, Esq. | Kimball Haines Hunt, Esq. |
| Law Firm of Edward D. Jacobs | Hunt Leibert Chester & Jacobson |
| P.O. Box 1952 | 50 Weston Street |
| New Haven, CT  06509 | Hartford, CT  06120-4626 |

_____

Howard R. Wolfe