# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Golden Hill Paugussett Tribe
of Indians, Et Al.,

       Plaintiffs,

vs.

M. Jodi Rell, Governor of the State
of Connecticut, Et Al.

       Defendants.

APPEARANCE

CASE NUMBER: 2:92CV00738 (JBA)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: The United Illuminating Company

July 15, 2005
Date

ct10859
Connecticut Federal Bar Number

203-498-4400
Telephone Number

203-782-2889
Fax Number

jbabbin@wiggin.com
E-mail address

/s/ Jeffrey R. Babbin
Signature

Jeffrey R. Babbin
Print Clearly or Type Name

Wiggin and Dana LLP
Address
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attached

/s/ Jeffrey R. Babbin
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## **CERTIFICATION**

I hereby certify that on this 15th day of July, 2005, a copy of the foregoing was sent by first-class mail, postage prepaid, to the following:

| | |
|---|---|
| Michael D. O'Connell, Esq.<br>O'Connell, Flaherty & Attmore<br>280 Trumbull Street<br>Hartford, CT 06103-3598 | Bernard Wishnia, Esq.<br>204 Eagle Rock Avenue<br>Roseland, NJ 07068 |
| William A. Wechsler, Esq.<br>Bailey & Wechsler<br>583 Old Slocum Road<br>Hebron, CT 06248 | Daniel R. Schaefer, Esq.<br>Susan Quinn Cobb, Esq.<br>Richard Blumenthal, Esq.<br>P.O. Box 120<br>Hartford, CT 06141-0120 |
| Mark T. Anastasi, Esq.<br>Office of the City Attorney<br>City of Bridgeport<br>999 Broad Street, 2nd floor<br>Bridgeport, CT 06604-4328 | Anthony M. Feeherry, Esq.<br>Goodwin, Proctor & Hoar<br>Exchange Place<br>Boston, MA 02109-2881 |
| Henry C. Winiarski, Jr., Esq.<br>941 Wethersfield Avenue<br>Hartford, CT 06114-3137 | Alexander H. Schwartz, Esq.<br>3695 Post Road<br>P.O. Box 701<br>Southport, CT 06490 |
| Richard L. Albrecht, Esq.<br>Austin K. Wolf, Esq.<br>Cohen & Wolf, P.C.<br>1115 Broad Street<br>P.O. Box 1821<br>Bridgeport, CT 06604 | Thomas A. Gugliotti, Esq.<br>Updike, Kelly & Spellacy, P.C.<br>One State Street<br>P.O. Box 231277<br>Hartford, CT 06123-1277 |
| Geoffrey A. Hecht, Esq.<br>Caplan, Hecht, Scanlon & Mendel<br>20 Trumbull Street<br>P.O. Box 9505<br>New Haven, CT 06534 | John Pirina, Jr., Esq.<br>Law Offices of Arnaldo J. Sierra<br>215 Washington Street<br>Hartford, CT 06106 |
| Janet L. Janczewski, Esq.<br>Southern Connecticut Gas Co.<br>855 Main Street<br>Bridgeport, CT 06604 | John J. Kelly, Jr.<br>Cantor, Floman, et al.<br>378 Boston Post Road<br>P.O. Drawer 966<br>Orange, CT 06477 |

3

| | |
|---|---|
| Richard J. Buturla, Esq.<br>Robert L. Berchem, Esq.<br>Berchem, Moses & Devlin, P.C.<br>75 Broad Street<br>Milford, CT 06460 | Andrew M. Eschen, Esq.<br>U.S. Department of Justice<br>Environment & Natural Resource<br>P.O. Box 663<br>Washington, DC 20044-6208 |
| Kimball H. Hunt, Esq.<br>Hunt, Leibert, Chester & Jacobson, P.C.<br>50 Weston Street<br>Hartford, CT 06120-4626 | Gerald T. Weiner, Esq.<br>Judith A. Mauzaka, Esq.<br>Weinstein, Weiner, et al.<br>350 Fairfield Avenue<br>P.O. Box 9177<br>Bridgeport, CT 06601 |
| Paul Ruszczyk, Esq.<br>408 Highland Avenue<br>Cheshire, CT 06410 | Stuart A. Margolis, Esq.<br>132 Temple Street<br>New Haven, CT 06510 |
| Michael S. Hillis, Esq.<br>Dombroski, Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, CT 06510 | Gerald L. Garlick, Esq.<br>Linda C. Hadley, Esq.<br>Krasow, Garlick & Hadley<br>One State Street<br>Hartford, CT 06103 |
| Kenneth M. Rozich, Esq.<br>Law Firm of Edward D. Jacobs<br>P.O. Box 1952<br>New Haven, CT 06509 | Howard R. Wolfe, Esq.<br>Goldman, Gruder & Woods<br>125 Mason Street<br>Greenwich, CT 06830 |
| Thomas E. Behuniak, Esq.<br>44 Greenwood Circle<br>Seymour, CT 06483 | James A. Trowbridge, Esq.<br>Quinnipiac University<br>Law School Clinic<br>275 Mount Carmel Avenue<br>Hamden, CT 06518-1946 |
| John B. Hughes, Esq.<br>U.S. Attorney's Office<br>157 Church Street, 23rd floor<br>P.O. Box 1824<br>New Haven, CT 06510 | |

_____
Jeffrey R. Babbin

\14746\33\543212.1

4