UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS, ET AL, | : CIVIL NO. 2:92CV00738(JBA)<br>:      (LEAD CASE)<br>: |
| PLAINTIFF, | :<br>: |
| V. | :<br>: |
| LOWELL P. WEICKER, JR.<br>GOVERNOR OF CONNECTICUT, ET AL, | :<br>:<br>: |
| DEFENDANTS. | :<br>: |

**STATUS REPORT OF UNITED STATES**

Pursuant to the Order entered on July 7, 2005 the United States hereby submits the following status report in the format requested.

(a) **Status of Case**

The United States agrees with the summary of the status of the case and of the related administrative proceedings before the Department of the Interior, Bureau of Indian Affairs ("BIA") submitted by the State of Connecticut in its Status Report, dated July 12, 2005. As indicated therein no further administrative proceedings are available and any challenge to the final agency decision made by Department of the Interior must be filed in a separate action seeking judicial review under the Administrative Procedure Act, 5 U.S.C. §701-706.

The United States should note, however, that its initial appearance in this case was as a party defendant due to property owned by the United States Postal Service and used as a United

States Postal facility at 120 Middle Street in Bridgeport, Connecticut. This was one of the many properties included in the land claims filed by the plaintiff. The United States filed a motion to dismiss on various grounds in January 1993, which was granted by the court on July 21, 1993 and vacated on appeal in October 1994. A stay has been in effect since that time while the administrative proceedings before the Bureau of Indian Affairs were concluded. Over the past ten years when the court periodically requested status reports the United States, acting by and through the United States Attorney's Office, submitted such reports on behalf of the BIA rather than as a party defendant. Now that the case has been restored to the active docket it is the intention of the United States to again seek a dismissal of the case for the reasons set forth in its motion to dismiss previously filed in January 1993. For reasons of sovereign immunity, statute of limitations, failure to state a claim and lack of subject matter jurisdiction the United States is not subject to the land claims of the plaintiff.

    (b) **Referral for Settlement**

Since the United States believe that is should no longer be a party to this case and intends to file a motion to dismiss on that basis it has no interest in discussing settlement at this time.

    (c) **Trial Before Magistrate Judge**

The United States will not consent to a trial before a Magistrate Judge.

(d) **Estimated Length of Trial**

For the reasons indicated above the United States does not believe that it should be involved in any evidentiary trial as a defendant. In the event that trial does become necessary and the United States remains in the case as a defendant it estimates that a trial in this matter would take several months in order to adjudicate all of the plaintiff's claims and the numerous defendants' defenses.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        JOHN B. HUGHES
        ASSISTANT U.S. ATTORNEY
        FED. BAR NO. ct05289
        P.O. BOX 1824
        NEW HAVEN, CT  06508
        (203)821-3700
        john.hughes@usdoj.gov

<u>             CERTIFICATION</u>

    This is to certify that a copy of the within and foregoing Status Report was mailed, postage prepaid, this      day of September to:

See attached list.

 

```
                                   _____
                                   JOHN B. HUGHES
                                   ASSISTANT U.S. ATTORNEY
                                   157 Church Street
                                   New Haven, CT 06508
```

Judith Mauzaka & Gerald Wieiner
Weinstein, Weiner, Ignal, Vogel
350 Fairfield Ave., Po Box 9177
Bridgeport, CT 06601

Noel Hanf, Esq.
Wiggin & Dana
P.O. Box 1832
New Haven, CT 06508-1832

James Trowbridge, Esq.
Quinnipiac College
275 Mount Carmel Ave.
Hamden, CT 06518

Richard Albrecht
Cohen & Wolf, PC
1115 Broad Street, Po Box 1821
Bridgeport, CT 06604

John J. Kelly, Esq.
Cantor, Floman, Gross, Kelly
378 Boston Post Road, Po Box 966
Orange, CT 06477

Janet Janczewski, Esq.
Southern Connecticut Gas Co.
855 Main Street
Bridgeport, CT 06605

Henry Winiarski, Esq.
941 Wethersfield Ave.
Hartford, CT 06114

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Alexander H. Schwartz
3695 Post Road, Po Box 701
Southport, CT 06490

Richard Blumenthal
Attorney General
55 Elm Street, Po Box 120
Hartford, CT 06141

Bernard Wishnia, Esq.
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, N.J. 07068

Kenneth Rozich
Law Firm of Edward D. Jacobs
Po Box 1952
New Haven, CT 06509

William Wechsler
Bailey & Wechsler
10 North Main Street, Suite 321
West Hartford, CT 06107

Caroline Blanco, Esq.
USDOJ - Env. & Nat. Resource
Ben Franklin Station P.O. Box 663
Washington, DC 20044-0663

Thomas Gugliotti
Updike, Kelley & Spellacy PC
One State Street, Po Box 1832
New Haven, CT 06508

Robert Berchem, Richard Buturla
Berchem, Moses & Devlin
75 Broad Street
Milford, CT 06460

Kimball Haine Hunt, Esq.
Hunt, Leibert, Chester & Jacobson
50 Weston Street
Hartford, CT 06604

Stuart A. Margolis
1332 Temple Street
New Haven, CT 06510

Paul Ruszczyk
Highland Professional Center
408 Highland Avenue
Cheshire, CT 06410

Mark C. Anastasi, Esq.
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604

Col Thomas Behuniak, Esq.
44 Greenwood Circle
Seymour, CT 06483

John Pirina, Esq.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

David Chabot, Gerald Garlick & Linda Clifford Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Geoffrey A. Hecht, Esq.
Caplan, Hecht, Scanlon & Mendel
20 Trumbull Street, Po Box 9505
New Haven, CT 06534

Michael O'Connell
O'Connell Flaherty & Attmore LLC
280 Trumbull Street
Hartford, CT 06103

Austin Wolfe
1115 Broad St., P.O. Box 1821
Bridgeport, CT 06604

Richard S. Lipman
Union Camp Corporation
1600 Valley Road
Wayne, NJ 07470

Howard R. Wolfe
Goldman, Gruder & Woods
125 Manson St., P.O. Box 1668
Greenwich Ct. 06830