UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS, ET AL., | CIVIL ACTION NO. 2:92CV00738 (JBA) |
| Plaintiffs, | |
| vs. | |
| M. JODI RELL, GOVERNOR OF THE STATE OF CONNECTICUT, ET AL., | |
| Defendants. | JULY 15, 2005 |

**STATUS REPORT OF DEFENDANT,
THE UNITED ILLUMINATING COMPANY**

Defendant, The United Illuminating Company ("UI"), submits this status report pursuant to the Court's order of July 7, 2005.

**A.   Status of the Case**

UI agrees with and adopts the description of the status of the case submitted by the State of Connecticut in its status report dated July 12, 2005. UI adds, however, that if plaintiff seeks judicial review of the agency final decision on tribal acknowledgment, then further proceedings in this case should be stayed until the completion of judicial review. The agency final decision will be an important component of a dispositive summary judgment or other legal motion on the questions of jurisdiction and standing, and judicial efficiency dictates that the Court should temporarily stay its hand until any judicial review of the agency decision is completed. It is not presently known what plaintiff's intent is regarding seeking judicial review.

B.  **Referral for Settlement**

UI does not believe that a referral of the matter for settlement discussions would be useful at this time.

C.  **Trial Before a Magistrate Judge**

UI does not consent to a trial before a magistrate judge.

D.  **Estimated Length of Trial**

UI agrees with and adopts the State of Connecticut's statements and views regarding trial, as set forth in the State's status report dated July 12, 2005.

Respectfully submitted,

DEFENDANT
THE UNITED ILLUMINATING COMPANY

By: /s/ Jeffrey R. Babbin
Jeffrey R. Babbin (ct10859)
  jbabbin@wiggin.com
Noel E. Hanf (ct10588)
  nhanf@wiggin.com
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 (fax)
Its Attorneys

**CERTIFICATION**

I hereby certify that on this 15th day of July, 2005, a copy of the foregoing was sent by first-class mail, postage prepaid, to the following:

| | |
|---|---|
| Michael D. O'Connell, Esq.<br>O'Connell, Flaherty & Attmore<br>280 Trumbull Street<br>Hartford, CT 06103-3598 | Bernard Wishnia, Esq.<br>204 Eagle Rock Avenue<br>Roseland, NJ 07068 |
| William A. Wechsler, Esq.<br>Bailey & Wechsler<br>583 Old Slocum Road<br>Hebron, CT 06248 | Daniel R. Schaefer, Esq.<br>Susan Quinn Cobb, Esq.<br>Richard Blumenthal, Esq.<br>P.O. Box 120<br>Hartford, CT 06141-0120 |
| Mark T. Anastasi, Esq.<br>Office of the City Attorney<br>City of Bridgeport<br>999 Broad Street, 2nd floor<br>Bridgeport, CT 06604-4328 | Anthony M. Feeherry, Esq.<br>Goodwin, Proctor & Hoar<br>Exchange Place<br>Boston, MA 02109-2881 |
| Henry C. Winiarski, Jr., Esq.<br>941 Wethersfield Avenue<br>Hartford, CT 06114-3137 | Alexander H. Schwartz, Esq.<br>3695 Post Road<br>P.O. Box 701<br>Southport, CT 06490 |
| Richard L. Albrecht, Esq.<br>Austin K. Wolf, Esq.<br>Cohen & Wolf, P.C.<br>1115 Broad Street<br>P.O. Box 1821<br>Bridgeport, CT 06604 | Thomas A. Gugliotti, Esq.<br>Updike, Kelly & Spellacy, P.C.<br>One State Street<br>P.O. Box 231277<br>Hartford, CT 06123-1277 |
| Geoffrey A. Hecht, Esq.<br>Caplan, Hecht, Scanlon & Mendel<br>20 Trumbull Street<br>P.O. Box 9505<br>New Haven, CT 06534 | John Pirina, Jr., Esq.<br>Law Offices of Arnaldo J. Sierra<br>215 Washington Street<br>Hartford, CT 06106 |
| Janet L. Janczewski, Esq.<br>Southern Connecticut Gas Co.<br>855 Main Street<br>Bridgeport, CT 06604 | John J. Kelly, Jr.<br>Cantor, Floman, et al.<br>378 Boston Post Road<br>P.O. Drawer 966<br>Orange, CT 06477 |

| | |
|---|---|
| Richard J. Buturla, Esq.<br>Robert L. Berchem, Esq.<br>Berchem, Moses & Devlin, P.C.<br>75 Broad Street<br>Milford, CT 06460 | Andrew M. Eschen, Esq.<br>U.S. Department of Justice<br>Environment & Natural Resource<br>P.O. Box 663<br>Washington, DC 20044-6208 |
| Kimball H. Hunt, Esq.<br>Hunt, Leibert, Chester & Jacobson, P.C.<br>50 Weston Street<br>Hartford, CT 06120-4626 | Gerald T. Weiner, Esq.<br>Judith A. Mauzaka, Esq.<br>Weinstein, Weiner, et al.<br>350 Fairfield Avenue<br>P.O. Box 9177<br>Bridgeport, CT 06601 |
| Paul Ruszczyk, Esq.<br>408 Highland Avenue<br>Cheshire, CT 06410 | Stuart A. Margolis, Esq.<br>132 Temple Street<br>New Haven, CT 06510 |
| Michael S. Hillis, Esq.<br>Dombroski, Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, CT 06510 | Gerald L. Garlick, Esq.<br>Linda C. Hadley, Esq.<br>Krasow, Garlick & Hadley<br>One State Street<br>Hartford, CT 06103 |
| Kenneth M. Rozich, Esq.<br>Law Firm of Edward D. Jacobs<br>P.O. Box 1952<br>New Haven, CT 06509 | Howard R. Wolfe, Esq.<br>Goldman, Gruder & Woods<br>125 Mason Street<br>Greenwich, CT 06830 |
| Thomas E. Behuniak, Esq.<br>44 Greenwood Circle<br>Seymour, CT 06483 | James A. Trowbridge, Esq.<br>Quinnipiac University<br>Law School Clinic<br>275 Mount Carmel Avenue<br>Hamden, CT 06518-1946 |
| John B. Hughes, Esq.<br>U.S. Attorney's Office<br>157 Church Street, 23rd floor<br>P.O. Box 1824<br>New Haven, CT 06510 | |

/s/ Jeffrey R. Babbin
Jeffrey R. Babbin

\14746\33\543212.1

4