**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

GOLDEN HILL PAUGUSSETT TRIBE    :    CASE NO.:  2:92cv 00738 (JBA)
OF INDIANS, ET AL

                        Plaintiff    :

                  V.    :

LOWELL P. WEICKER, JR., ET AL    :

               Defendants    :    July 20, 2005

## STATUS REPORT (DEFENDANT, D'ADDARIO INDUSTRIES)

Defendant D'Addario Industries hereby adopts by reference and joins in the

status report dated July 12, 2005 and filed by the Defendant, State of Connecticut.

THE DEFENDANT
D'ADDARIO INDUSTRIES

By:  _____//s//_____
            Richard J. Buturla, Esq.
            Juris No.: ct05967
            BERCHEM, MOSES & DEVLIN, P.C.
            75 Broad Street
            Milford, CT  06460
            Tel:  (203) 783-1200
            Fax:  (203) 878-4912
            rbuturla@bmdlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on July 20, 2005, a copy of the foregoing Status Report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's System.

Bernard Wishnia, Esq.
Roseland Professional
204 Eagle Rock Avenue
Roseland, NJ  07068

Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT  06103

William A. Wechsler, Esq.
Bailey & Wechsler
10 North Main Street, Ste 321
West Hartford, CT  06107

Richard L. Albrecht, Esq.
Cohen & Wolf, PC
1115 Broad Street, P.O. Box 1821
Bridgeport, CT  06604

Alexander H. Schwartz, Esq.
3695 Post Road, P.O. Box 701
Southport, CT  06490

Henry C. Winiarski, Jr., Esq.
941 Wethersfield Avenue
Hartford, CT  06114-3137

Richard Bluementhal, Attorney General
Susan Quinn Cobb, Ass't Attorney General
Daniel R. Schaefer, Esq.
55 Elm Street
P.O.Box 120
Hartford, CT  06141

John J. Kelly, Jr., Esq.
Cantor, Floman, Gross, Kelly,
Amendola & Sacramone
378 Boston Post Road, P.O. Box 955
Orange, CT  06477

Noel E. Hanf, Esq.
Jeffrey R. Babbin, Esq.
Wiggins & Dana
One Century Tower
265 Church St., P.O. Box 1832
New Haven, CT  06508-1832

Richard S. Lipman, Esq.
Union Camp Corp
Legal Department
1600 Valley Road
Wayne, NJ  07470

Thomas Gugliotti, Esq.
Updike, Kelly & Spellacy, PC
One State Street, P.O. Box 231277
Hartford, CT  06123-1277

Richard L. Albrecht, Esq.
Austin K. Wolf, Esq.
Cohen & Wolf, PC
1115 Broad Street, P.O. Box 1821
Bridgeport, CT  06604

Geoffrey A. Hecht, Esq.
Caplan, Hecht, Scanlon & Mendel
20 Trumbull St., P.O. Box 9505
New Haven, CT  06534

Janet L. Janczewski, Esq.
The Southern Connecticut Gas Co.
885 Main Street
Bridgeport, CT  06604

Andrew M. Eschen, Esq.
U.S. Department of Justice
Ben Franklin Station, P.O. Box 663
Washington, DC  20044-6208

Judith A. Mauzaka, Esq.
Gerald T. Weiner, Esq.
Weinstein, Weiner, Ignal, Vogel & Shapiro
350 Fairfield Avenue, P.O. Box 9177
Bridgeport, CT  06601

Stuart A. Margolis, Esq.
1332 Temple Street
New Haven, CT  06510

Howard R. Wolfe, Esq.
Goldman, Gruder & Woods
125 Mason Street
Greenwich, CT  06830

Michael Stanton Hillis, Esq.
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT  06510

John Pirina, Jr., Esq.
Law Offices of Arnoldo J. Sierra
215 Washington Street
Hartford, CT  06106

John P. Hughes, Esq.
U.S. Attorney's Office of the
Attorney General
157 Church Street, 23rd fl., PO Box 1824
New Haven, CT  06510

James A. Trowbridge, Esq.
Quinnipiac College Law School Clinic
275 Mount Carmel Avenue
Hamden, CT  06518-1946

Kimball Haines Hunt, Esq.
Hunt, Leibert, Chester & Jacobson
50 Weston Street
Hartford, CT  06120-4626

Mark T. Anastasi, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT  06604

Thomas E. Behuniak, Esq.
44 Greenwood Circle
Seymour, CT  06483

Paul Ruszcuzyk, Esq.
Highland Professional Center
408 Highland Avenue
Cheshire, CT  06410

Anthony M. Feeherry, Esq.
Andrea L. Studley, Esq.
Allan van Gestel, Esq.
Goodwin, Proctor & Hoar
Exchange Place, 2nd Floor
Boston, MA  02109-2881

Kenneth M. Rozich
Law Firm of Edward D. Jacobs
P.O. Box 1952
New Haven, CT  06509

David G. Chabot, Esq.
Gerald L. Gerlich, Esq.
Linda Clifford Hadley, Esq.
Krasow, Garlick & Hadley
One State Street
Hartford, CT  06103

David Michael Tilles, Esq.
Law offices of Scott B. Clandaniel
300 Windsor Street
Hartford, CT  06145

_____//s//_____
Richard J. Buturla, Esq.
Commissioner of the Superior Court