UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS, ET AL | : | CASE NO: 2:92 CV 00738 (JBA) |
| PLAINTIFF | : | |
| V. | : | |
| LOWELL P. WEICKER, JR., ET AL | : | |
| DEFENDANTS | : | JULY 19, 2005 |

**STATUS REPORT (DEFENDANTS, JOYCE KNOLL AND GREGORY KNOLL)**

Defendants Joyce Knoll and Gregory Knoll hereby adopt by reference and join in the status report dated July 12, 2005 and filed by the Defendant, State of Connecticut.

                                              DEFENDANTS, JOYCE KNOLL and
                                              GREGORY KNOLL

                              By_____
                                       Gerald L. Garlick, Esq. of
                                       Krasow, Garlick & Hadley, LLC
                                       One State Street
                                       Hartford, CT 06103
                                       Telephone: (860) 549-7100
                                       Facsimile: (860) 728-1651
                                       Email: ggarlick@krasowgarlick.com
                                       Fed Bar Number: ct05627

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on this 19th day of July, 2005 to the following counsel of record:

Bernard Wishnia, Esq.
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ 07068

William A. Wechsler, Esq.
Bailey & Wechsler
10 North Main Street, Ste 321
West Hartford, CT 06107

Alexander H. Schwartz, Esq.
3695 Post Road, P.O. Box 701
Southport, CT 06490

Richard Blumenthal, Attorney General
Susan Quinn Cobb, Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141

Noel E. Hanf, Esq.
Jeffrey R. Babbin, Esq.
Wiggins & Dana
One Century Tower
265 Church St, P.O. Box 1832
New Haven, CT 06508-1832

Thomas Gugliotti, Esq.
Updike, Kelly & Spellacy, P.C.
One State St, P.O. Box 231277
Hartford, CT 06123-1277

Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103-3598

Richard L. Albrecht, Esq.
Cohen & Wolf, P.C.
1115 Broad St, P.O. Box 1821
Bridgeport, CT 06604

Henry C. Winiarski, Jr., Esq.
941 Wethersfield Ave
Hartford, CT 06114-3137

John J. Kelly, Jr., Esq.
Cantor, Floman, Gross, Kelly, Amendola & Sacramone
378 Boston Post Road, P.O. Box 966
Orange, CT 06477

Richard S. Lipman, Esq.
Union Camp Corp
Legal Dept
1600 Valley Rd
Wayne, NJ 07470

Austin K. Wolf, Esq.
Cohen & Wolf, P.C.
1115 Broad St, P.O. Box 1821
Bridgeport, CT 06604

2

Geoffrey A. Hecht, Esq.
Caplan Hecht Scanlon & Mendel
20 Trumbull St, P.O. Box 9505
New Haven, CT 06534

Janet L. Janczewski, Esq.
The Southern Connecticut Gas Co.
885 Main St
Bridgeport, CT 06604

Robert L. Berchem, Esq.
Richard J. Buturla
Berchem, Moses & Devlin, P.C.
75 Broad St
Milford, CT 06460

Andrew M. Eschen, Esq.
U.S. Department of Justice
Ben Franklin Station, P.O. Box 663
Washington, DC 20044-6208

Judith A. Mauzaka, Esq.
Gerlad T. Weiner, Esq.
Weinstein, Weiner, Ignal Vogel & Shapiro
350 Fairfield Ave   P.O. Box 9177
Bridgeport, CT 06601

Stuart A. Margolis, Esq.
1332 Temple Street
New Haven, CT 06510

Howard R. Wolfe, Esq.
Goldman Gruder & Woods
125 Mason St
Greenwich, CT 06830

John Pirina, Jr., Esq.
Law Offices of Arnoldo J. Sierra
215 Washington St
Hartford, CT 06106

John B. Hughes, Esq.
U.S. Attorney's Office of the
Attorney General
157 Church St, 23rd Fl. PO Box 1824
New Haven, CT 06510

James A. Trowbridge, Esq.
Quinnipiac College
Law School Clinic
275 Mount Carmel Ave
Hamden, CT 06518-1946

Kimball Haines Hunt, Esq.
Hunt, Leibert, Chester & Jacobson
50 Weston St
Hartford, CT 06120-4626

Mark T. Anastasi, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad St, 2nd Fl
Bridgeport, CT 06604-4328

Thomas E. Behuniak, Esq.
44 Greenwood Circle
Seymour, CT 06483

Michael Stanton Hillis, Esq.
Dombroski, Knapsack & Hillis
129 Whitney Ave
New Haven, CT 06510

Anthony M. Feeherry, Esq.
Goodwin, Procter & Hoar
Exchange Place, 2nd Floor
Boston, MA 02109-2881

Paul Ruszcuzyk, Esq.
Highland Professional Center
408 Highland Ave
Cheshire, CT 06410

_____
Gerald L. Garlick

000528/00130/22362.1