UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE : | |
| OF INDIANS, ET AL., : | |
| *Plaintiffs*, : | |
| : | |
| v. : | Civil No. 2:92CV0738(JBA) |
| : | |
| : | |
| LOWELL P. WEICKER, JR., GOVERNOR : | |
| OF THE STATE OF CONNECTICUT, ET AL., : | |
| *Defendants..* : | May 25, 2006 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the defendant, Governor of the State of Connecticut, in the above-captioned matter. This appearance is in addition to those appearances already on file.

_/s/_____
Mark F. Kohler(#ct 02272)
Assistant Attorney General
Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
(860)808-5270
(860)808-5385(fax)
mark.kohler@po.state.ct.us

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on this 25th day of March, 2005, by first class mail to all counsel and pro se parties as follows:

| | |
|---|---|
| Bernard Wishnia | Michael D. O'Connell |
| Roseland Professional Building | O'Connell, Flaherty & Attmore |
| 204 Eagle Rock Avenue | 280 Trumbull Street |
| Roseland, NJ  07068 | Hartford, CT  06103-3598 |
| | |
| William A. Wechsler | Richard L. Albrecht |
| Bailey & Wechsler | Cohen & Wolf, P.C. |
| 10 North Main Street, Ste. 321 | 1115 Broad St., PO Box 1821 |
| West Hartford, CT  06107 | Bridgeport, CT  06604 |
| | |
| Alexander H. Schwartz | Henry C. Winiarski, Jr. |
| 3695 Post Road, PO Box 701 | 941 Wethersfield Avenue |
| Southport, CT  06490 | Hartford, CT  06114-3137 |
| | |
| David G. Chabot | John J. Kelly, Jr. |
| Gerald L. Garlick | Cantor, Floman, Gross, Kelly, Amendola & |
| Linda Clifford Hadley | Sacramone |
| Krasow, Garlick & Hadley | 378 Boston Post Road |
| One State Street | PO Box 966 |
| Hartford, CT  06103 | Orange, CT  06477 |
| | |
| Jeffrey R. Babbin | Austin K. Wolf |
| Noel E. Hanf | Cohen & Wolf, P.C. |
| Wiggin & Dana | 1115 Broad St., PO Box 1821 |
| One Century Tower | Bridgeport, CT  06604 |
| 265 Church St., PO Box 1832 | |
| New Haven, CT  06508-1832 | |
| | |
| Thomas Gugliotti | Anthony M. Feeherry |
| Updike, Kelly & Spellacy, P.C. | Allan van Gestel |
| One State St., PO Box 231277 | Andrea L. Studley |
| Hartford, CT  06123-1277 | Goodwin, Procter & Hoar |
| | Exchange Place, 2nd Floor |
| | Boston, MA  02109-2881 |

Geoffrey A. Hecht
Caplan Hecht Scanlon & Mendel
20 Trumbull St., PO Box 9505
New Haven, CT  06534

Janet L. Janczewski
The Southern Connecticut Gas Co.
885 Main Street
Bridgeport, CT  06604

Robert L. Berchem
Richard J. Buturla
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT  06460

Andrew M. Eschen
U.S. Department of Justice
Ben Franklin Station, PO Box 663
Washington, DC  20044-6208

Judith A. Mauzaka
Gerald T. Weiner
Weinstein, Weiner, Ignal, Vogel, & Shapiro
350 Fairfield Ave., PO Box 9177
Bridgeport, CT  06601

Stuart A. Margolis
1332 Temple Street
New Haven, CT  06510

Howard R. Wolfe
Goldman Gruder & Woods
125 Mason Street
Greenwich, CT  06830

John Pirina, Jr.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT  06106

John B. Hughes
U.S. Attorney's Office of the Attorney General  157 Church Street, 23rd Floor, PO Box 1824
New Haven, CT  06510

James A. Trowbridge
Quinnipiac College
Law School Clinic
275 Mount Carmel Ave.
Hamden, CT  06518-1946

Kimball Haines Hunt
Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT  06120-4626

Mark T. Anastasi
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT  06604-4328

Thomas E. Behuniak
44 Greenwood Circle
Seymore, CT  06483

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT  06510

| | |
|---|---|
| Kenneth M. Rozich | Paul Ruszczyk |
| Law Firm of Edward D. Jacobs | Highland Professional Center |
| PO Box 1952 | 408 Highland Avenue |
| New Haven, CT  06509 | Cheshire, CT  06410 |

\_\_\_/s/_____
Mark F. Kohler
Assistant Attorney General