UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GOLDEN HILL, ET AL** | : |
| **v.** | :    NO. 2:92cv738 (JBA) |
| **WEICKER, ET AL** | : |

SCHEDULING ORDER

Pursuant to the colloquy with counsel in open Court May 25, 2006, the following schedule is Ordered:

1. Motion to Amend complaint will be filed by 6/9/06; any opposition will be filed by 6/19/06 and any reply will be filed by 6/26/06,

2. Defendants' motions for judgment will be filed 21 calendar days following the Court's ruling on the motion to amend complaint; opposition will be filed 21 calendar days thereafter and any reply will be filed in 10 calendar days.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:    May 26, 2006**