UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

GOLDEN HILL PAUGUSSETT TRIBE
    OF INDIANS, et al

    Plaintiffs,

                              CASE NO. 2:92-cv-00738 (JBA)

vs.

LOWELL P. WEICKER, JR., et al

    Defendants                          JUNE 8, 2006

---

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a), the Plaintiffs, Golden Hill Paugussett Tribe of Indians, Ethel Sherman Piper Baldwin Peters, Aurelius H. Piper, Jr. and Moonface Bear, respectfully move for leave to amend the complaint, as set forth in the Amendments attached hereto. The amendments take into account the developing case law over the past twelve years. All parties have allowed the present matter to remain dormant since 1994 while the administrative proceedings in the Bureau of Indian Affairs progressed. As such, there is no prejudice to any party as a result of the filing of the Amendments.

In addition, the amendments seek to remove Ethel Sherman Piper Baldwin Peters, Auerlius H. Piper, Jr. and Moonface Bear as plaintiffs in the present action. The remaining

plaintiff, Golden Hill Paugussett Tribe of Indians, can adequately represent the interests of its members and assert the claims in the present matter.  In addition, Moonface Bear is now deceased.

    WHEREFORE, the Plaintiffs, Golden Hill Paugussett Tribe of Indians, Ethel Sherman Piper Baldwin Peters, Aurelius H. Piper, Jr. and Moonface Bear, pray that this motion be granted.

THE PLAINTIFFS,

By: _____
Michael D. O'Connell
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT  06103
Federal Bar. No. CT05299
(860) 548-1300
(860) 548-0023  (facsimile)
mailto:moconnell@ofalaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal rules of Civil Procedure on this 7th day of June, 2006 to:

Bernard Wishnia
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ 07068

William A. Wechsler
Bailey & Wechsler
583 Old Slocum Road
Hebron, CT 06248

Alexander H. Schwartz
3695 Post Road
P.O. Box 701
Southport, CT 06490

David G. Chabot
Gerald L. Garlick
Linda Clifford Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Noel E. Hanf
Wiggin & Dana
One Century Tower
265 Church St., P.O. Box 1832
New Haven, CT 06508-1832

Thomas Gugliotti
Updike, Kelly & Spellacy, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277

Susan Quinn Cobb
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141

Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad Street, P.O. Box 1821
Bridgeport CT 06604

Henry C. Winiarski, Jr.
941 Wethersfield Avenue
Hartford, CT 06114-3137

John J. Kelly, Jr.
Cantor, Floman, Gross, Kelly
 Amendola & Sacramone
378 Boston Post Road
P.O. Box 966
Orange, CT 06477

Kenneth Lenz
982 Rainbow Trail
Orange, CT 06477

Austin K. Wolf
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Geoffrey A. Hecht
Caplan, Hecht, Scanlon & Mendel
20 Trumbull Street, P.O. Box 9505
New Haven, CT 06534

Janet L. Janczewiski
The Southern Connecticut Gas Co.
885 Main Street
Bridgeport, CT 06604

Robert L. Berchem
Richard J. Buturla
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Andrew M. Eschen
U.S. Department of Justice
Ben Franklin Station, PO Box 663
Washington, DC 20044-6208

Judith A. Mauzaka
Gerald T. Weiner
Weinstein, Weiner, Ignal, Vogel & Shapiro
350 Fairfield Avenue, P.O. Box 9177
Bridgeport, CT 06601

Stuart A. Margolis
132 Temple Street
New Haven, CT 06510

Howard R. Wolfe
Goldman, Gruder & Woods
125 Mason Street
Greenwich, CT 06830

John Pirina, Jr.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

John B. Hughes
U.S. Atty's Office of the Atty. General
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

James A. Trowbridge
Quinnipiac College
Law School Clinic
275 Mount Carmel Avenue
Hamden, CT 06518-1946

Kimball Haines Hunt
Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT 06120-4626

Mark T. Anastasi
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Thomas E. Behuniak
44 Greenwood Circle
Seymour, CT 06483

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Kenneth M. Rozich
Law Firm of Edward D. Jacobs
P.O. Box 1952
New Haven, CT 06509

Anthony M. Feeherry
Goodwin, Proctor & Hoar
Exchange Place, 2nd Floor
Boston, MA 02109-2881

Paul Ruszczyk
Highland Professional Center
408 Highland Avenue
Cheshire, CT 06410

Jeffrey R. Babbin
Wiggin & Dana
One Century Tower
265 Church St., P.O. Box 1832
New Haven, CT 06508-1832

Mark F. Kohler
Assistant Attorney General
Office of the Attorney General
55 Elm Street, P.O. Box 0120
Hartford, CT 06141-0120

_____
Michael D. O'Connell
Commissioner of the Superior Court

W:\NEdwards\GHT\BIA SUPP Petition\UPDATED CERTIFICATION.doc

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

GOLDEN HILL PAUGUSSETT TRIBE
    OF INDIANS

    Plaintiff

vs.                                                    CASE NO. 2:92-cv-00738 (JBA)

LOWELL P. WEICKER, JR., et al

    Defendants                               JUNE 8, 2006

---

### AMENDMENTS TO AMENDED COMPLAINT

The Plaintiff, Golden Hill Paugussett Tribe of Indians, amends the Amended Complaint dated November 4, 1992 by adding the following paragraphs and claims for relief:

162. As a result of the Defendants' unlawful possession, the Plaintiff has been denied the use and enjoyment of any rental income and profits rightfully due to it from said land for the entire period of its dispossession.

163. As a further result of the Defendants' unlawful possession, the Plaintiff has been denied the use and enjoyment of the fair market value of the land for the entire period of its dispossession.

    WHEREFORE, the Plaintiff respectfully requests:

1. That the Court decree, declare, and adjudge that the plaintiff is the owner of and has the legal and equitable title and right of possession to such land, and restore plaintiff to immediate possession;

2. An accounting of all tax funds paid by possessors of the said land;

3. Money damages representing the fair market value of the said land for the entire period of its dispossession;

4. Money damages representing the fair rental value and profits of the said land for the entire period of its dispossession;

5. Trespass damages in the amount of the fair rental value of the land for the entire period of its dispossession;

6. Attorney's fees and costs of this action; and

7. Such other and further equitable relief as the court may deem appropriate.

THE PLAINTIFF,

By: _____
Michael D. O'Connell
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103
Federal Bar. No. CT05299
(860) 548-1300
(860) 548-0023 (facsimile)
mailto:moconnell@ofalaw.com