UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS, ET AL. | : |
| *Plantiffs,* | : CIVIL ACTION NO. 2-92-CV-738 (JBA) |
| | : |
| VS. | : |
| | : |
| LOWELL P. WEICKER, JR., ET AL., | : |
| *Defendants.* | : June 19, 2006 |

## OBJECTION TO MOTION FOR LEAVE TO AMEND COMPLAINT

The Southern Connecticut Gas Company, a defendant in the above-referenced matter, supports and hereby incorporates by reference, the objections filed by the defendant, United Illuminating Company, to plaintiff's Motion for Leave to Amend Complaint.

DEFENDANT, THE SOUTHERN
CONNECTICUT GAS COMPANY

By_____
Janet L. Janczewski (CT 01733)
Senior Corporate Counsel
The Southern Connecticut Gas Company
855 Main Street
Bridgeport, CT 06604
Telephone: (203) 382-8195
Fax: (203) 382-8123
E-mail: jjanczewski@energyeast-negas.com

# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, a copy of the foregoing Objection to Motion for Leave to Amend Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to al parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

Richard L. Albrecht, Esq.
Cohen & Wolf, P.C.
1115 Broad Street, P.O. Box 1821
Bridgeport, CT 06604

Jeffrey R. Babbin, Esq.
Wiggin & Dana
One Century Tower
265 Church Street, P.O. Box 1832
New Haven, CT 06508-1832

Robert L. Berchem, Esq.
Richard J. Buturla, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Susan Quinn Cobb, Esq.
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141

Anthony M. Feeherry, Esq.
Goodwin, Proctor & Hoar
Exchange Place, 2nd Floor
Boston, MA 02109-2881

Noel E. Hanf, Esq.
Wiggin & Dana
One Century Tower, P.O. Box 1832
New Haven, CT 06508-1832

Mark C. Anastasi, Esq.
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Thomas E. Behuniak, Esq.
44 Greenwood Circle
Seymour, CT 06483

David G. Chabot, Esq.
Gerald L. Garlick, Esq.
Linda Clifford Hadley, Esq.
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Andrew M. Eschen, Esq.
U.S. Department of Justice
Ben Franklin Station, P.O. Box 663
Washington, DC 20044-6208

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street, P.O. Box 231277
Hartford, CT 06123-1277

Geoffrey A. Hecht, Esq.
Caplan, Hecht, Scanlon & Mendel
20 Trumbull Street, P.O. Box 9505
New Haven, CT 06534

| | |
|---|---|
| Michael Stanton Hillis, Esq.<br>Dombroski Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, CT 06510 | John B. Hughes, Esq.<br>U.S. Attorney's Office of the Attorney General<br>157 Church Street, 23rd Floor<br>P.O. Box 1824<br>New Haven, CT 06510 |
| Kimball Haines Hunt, Esq.<br>Hunt, Leibert, Chester & Jacobson<br>50 Weston Street<br>Hartford, CT 06120-4626 | John J. Kelly, Jr.<br>Cantor, Floman, Gross, Kelly, et al.<br>378 Boston Post Road, P.O. Box 966<br>Orange, CT 06477 |
| Mary F. Kohler, Esq.<br>Assistant Attorney General<br>Office of the Attorney General<br>55 Elm Street, P.O. Box 0120<br>Hartford, CT 06141-0120 | Kenneth Lenz<br>982 Rainbow Trail<br>Orange, CT 06477 |
| Stuart A. Margolis, Esq.<br>132 Temple Street<br>New Haven, CT 06510-2671 | Judith A. Mauzaka, Esq.<br>Gerald T. Weiner, Esq.<br>Weinstein, Weiner, Ignal, et al.<br>350 Fairfield Avenue, P.O. Box 9177<br>Bridgeport, CT 06604 |
| Michael D. O'Connell, Esq.<br>O'Connell, Flaherty & Attmore<br>280 Trumbull Street<br>Hartford, CT 06103-3598 | John Pirina, Jr., Esq.<br>Law Offices of Arnaldo J. Sierra<br>215 Washington Street<br>Hartford, CT 06106 |
| Kenneth M. Rozich<br>Law Firm of Edward D. Jacobs<br>P.O. Box 1952<br>New Haven, CT 06509 | Paul Ruszczyk, Esq.<br>418 Highland Avenue<br>Cheshire, CT 06410 |
| Alexander H. Schwartz, Esq.<br>3695 Post Road<br>P.O. Box 701<br>Southport, CT 06490 | James A. Trowbridge, Esq.<br>Quinnipiac College<br>Law School Clinic<br>275 Mount Carmel Avenue<br>Hamden, CT 06518-1946 |
| William A. Wechsler, Esq.<br>Bailey & Wechsler<br>583 Old Slocum Road<br>Hebron, CT 06248 | Henry C. Winiarski, Jr., Esq.<br>941 Wethersfield Aveue<br>Hartford, CT 06106 |

Bernard Wishnia, Esq.  
Roseland Professional Building  
204 Eagle Rock Avenue  
Roseland, NJ 07068  

Howard R. Wolfe, Esq.  
Goldeman, Gruder & Woods  
125 Mason Street  
Greenwich, CT 06830  

Austin K. Wolfe, Esq.  
Cohen & Wolfe, P.C.  
1115 Broad Street, P.O. Box 1821  
Bridgeport, CT 06604  

_____  
Janet L. Janczewski (CT01733)  
Senior Corporate Counsel  
The Southern Connecticut Gas Company  
855 Main Street  
Bridgeport, CT 06604  
Telephone: (203) 382-8195  
Fax: (203) 382-8123  
E-mail: jjanczewski@energyeast-negas.com  

GlatzelH\WPDATA\Pleadings\SCG\Golden Hill v. Weicker Objection 6 2006.doc

4