## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT<br>TRIBE OF INDIANS, *et al.*<br>    Plaintiffs,<br><br>    v.<br><br>M. JODI RELL, GOVERNOR<br>OF THE STATE OF CONNECTICUT, *et al.*<br>    Defendants, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | NO.:  2:92 CV 00738 (JBA)<br>        LEAD CASE NUMBER<br><br><br><br><br><br>JUNE 19, 2006 |

**Opposition Of Defendants
Joseph E. Shapiro and Marjorie Shapiro
To Plaintiff's Motion To Amend Complaint**

Defendants Joseph E. Shapiro and Marjorie Shapiro (the "Shapiros") hereby join in and adopt by reference, the opposition brief of United Illuminating Company ("UI"), filed and dated June 19, 2006.

Although Plaintiff filed a separate Motion For Leave to Amend Complaint in each of the three consolidated actions, the proposed amendments to the allegations of the complaints and to the prayers for relief are the same in each of Plaintiff's three motions to amend the complaints. Similarly, even though UI is only a defendant in the lead *Weicker* case, as noted by UI, the arguments raised by UI apply with equal force to the *Bachyrycz* case (in which the Shapiros are named as defendants), as well as to the Nyzio case.

                              Defendants JOSEPH E. SHAPIRO
                              and MARJORIE SHAPIRO


                              By_____Howard R. Wolfe /s/_____
                                Howard R. Wolfe, Esq.  (Fed. Bar #ct08090)
                                Goldman Gruder & Woods, LLC
                                125 Mason Street
                                Greenwich, CT  06830
                                Tel.:(203) 983-6363
                                Fax:(203) 983-6262
                                Email:  hwolfe@goldmangruderwoods.com

**Certification**

      I hereby certify that on June 19, 2006, the foregoing was electronically filed, with notice of this filing served by e-mail to all parties by operation of the Court's electronic filing system or by first class United States Mail, postage prepaid, to anyone unable to accept electronic filing. The service list is as follows:

| | |
|---|---|
| Mark Anastasi, Esq.<br>Office of the City Attorney<br>999 Broad Street, 2nd Floor<br>Bridgeport, CT  06604-4328 | Bernard Wishnia, Esq.<br>Roseland Professional Building<br>204 Eagle Rock Avenue<br>Roseland, NJ  07068 |
| Gerald Weiner, Esq.<br>Weinstein, Weiner, Ignal, Vogel & Shapiro<br>350 Fairfield Avenue<br>P.O. Box 9177<br>Bridgeport, CT  06601 | Richard Blumenthal, Esq.<br>Susan Quinn Cobb, Esq.<br>Mark F. Kohler, Esq.<br>P.O. Box 120<br>Hartford, CT  06141-0120 |
| Michael D. O'Connell, Esq.<br>O'Connell, Flaherty & Attmore<br>280 Trumbull Street<br>Hartford, CT  06103-3598 | William A. Wechsler, Esq.<br>Bailey & Wechsler<br>583 Old Slocum Road<br>Hebron, CT  06248 |
| John J. Kelly, Jr., Esq.<br>Cantor, Floman, Gross, Kelly,<br>Amendola & Sacramone<br>378 Boston Post Road<br>P.O. Box 966<br>Orange, CT  06477 | Gerald L. Garlick, Esq.<br>Linda Clifford Hadley, Esq.<br>Krasow, Garlick & Hadley<br>One State Street<br>Hartford, CT  06103 |
| Thomas Behuniak, Esq.<br>44 Greenwood Circle<br>Seymour, CT  06483 | Henry C. Winiarski, Jr., Esq.<br>941 Wethersfield Avenue<br>Hartford, CT  06114-3137 |
| Anthony M. Feeherry, Esq.<br>Goodwin, Proctor & Hoar<br>Exchange Place, 2nd Floor<br>Boston, MA  02109-2881 | Michael S. Hillis, Esq.<br>Dombroski Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, CT  06510 |
| Robert L. Berchum, Esq.<br>Berchum, Moses & Devlin, P.C.<br>75 Broad Street<br>Milford, CT  06460 | Kimball Haines Hunt, Esq.<br>Hunt Leibert Chester & Jacobson<br>50 Weston Street<br>Hartford, CT  06120-4626 |

| | |
|---|---|
| Paul Ruszczyk, Esq.<br>Highland Professional Building<br>408 Highland Avenue<br>Cheshire, CT  06410 | Stuart A. Margolis, Esq.<br>Berdon, Young & Margolis, P.C.<br>132 Temple Street<br>New Haven, CT  06510-2671 |
| Andrew M. Eschen, Esq.<br>U.S. Department of Justice<br>Environment & Natural Resource<br>P.O. Box 663<br>Washington, DC  20044-6208 | James Trowbridge, Esq.<br>Quinnipiac University<br>Law School Clinic<br>275 Mount Carmel Avenue<br>Hamden, CT  06518-1946 |
| John Pirina, Esq.<br>Law Offices of Arnaldo J. Sierra<br>215 Washington, Street<br>Hartford, CT  06106 | Janet Janczewski, Esq.<br>Southern Connecticut Gas Company<br>855 Main Street<br>Bridgeport, CT  06604-4918 |
| Richard L. Albrecht, Esq.<br>Austin K. Wolf, Esq.<br>Cohen & Wolf<br>1115 Broad St., P.O. Box 1821<br>Bridgeport, CT  06604 | John B. Hughes, Esq.<br>U.S. Attorney's Office<br>157 Church Street, 23rd Floor<br>P.O. Box 1824<br>New Haven, CT  06508-1824 |
| Geoffrey A. Hecht, Esq.<br>Caplan Hecht & Mendel<br>20 Trumbull Street, P.O. Box 9505<br>New Haven, CT  06534 | Alexander H. Schwartz, Esq.<br>3695 Post Road<br>P.O. Box 701<br>Southport, CT  06490 |
| Jeffrey Babbin, Esq.<br>Wiggin & Dana<br>One Century Tower<br>265 Church St., P.O. Box 1832<br>New Haven, CT  06508-1832 | Thomas Gugliotti, Esq.<br>Updike, Kelly & Spellacy<br>One State Street<br>P.O. Box 231277<br>Hartford, CT  06123-1277 |
| Kenneth M. Rozich, Esq.<br>Law Firm of Edward D. Jacobs<br>P.O. Box 1952<br>New Haven, CT  06509 | |

                Howard R. Wolfe /s/
                Howard R. Wolfe