UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

GOLDEN HILL PAUGUSSETT TRIBE  : CASE NO: 2:92 CV 00738 (JBA)
OF INDIANS, ET AL

        PLAINTIFF   :

    V.   :

LOWELL P. WEICKER, JR., ET AL   :

        DEFENDANTS   : JUNE 20, 2006

## OPPOSITION OF DEFENDANTS JOYCE KNOLL AND GREGORY KNOLL TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

Defendants Joyce Knoll and Gregory Knoll hereby adopt by reference and join in the Opposition to Plaintiff's Motion to Amend Complaint dated June 19, 2006 and filed by Defendant United Illuminating Company.

2

        DEFENDANTS, JOYCE KNOLL and
        GREGORY KNOLL


 By /s/  Gerald L. Garlick_____
        Gerald L. Garlick, Esq. of
        Krasow, Garlick & Hadley, LLC
        One State Street
        Hartford, CT 06103
        Telephone:  (860) 549-7100
        Facsimile: (860) 728-1651
        Email: ggarlick@krasowgarlick.com
        Fed Bar Number: ct05627

**CERTIFICATION OF SERVICE**

       I hereby certify that on June 20, 2006, a copy of the foregoing Opposition of Defendants Joyce Knoll and Gregory Knoll to Plaintiff's Motion to Amend Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                  <u>Gerald L. Garlick, Esq.</u>
                                                  Gerald L. Garlick, Esq. of
                                                  Krasow, Garlick & Hadley, LLC
                                                  One State Street
                                                  Hartford, CT 06103
                                                  Telephone: (860) 549-7100
                                                  Facsimile: (860) 728-1651
                                                  Email: ggarlick@krasowgarlick.com
                                                  Fed Bar Number: ct05627

000528/00130/27701.1