UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN HILL PAUGUSSETT<br>TRIBE OF INDIANS, ET AL.<br>    *Plantiffs,* | :<br>:<br>:   CIVIL ACTION NO. 2-92-CV-738 (JBA)<br>:   (LEAD/CONSOLIDATED CASE NO.)<br>:<br>: |
| vs. | :<br>: |
| LOWELL P. WEICKER, JR., ET AL.,<br>    *Defendants,* | :   JUNE 21, 2006<br>: |

**OPPOSITION TO PLAINTIFFS'**
**MOTION TO AMEND COMPLAINT**

  The Defendants ANTHONY JULIAN RAILROAD CONSTRUCTION CO., LAFAYETTE BANK & TRUST, BEATRICE JUANG-JUNG LUH AND YUKSHI LUH, hereby join in, adopt and incorporate by reference as if fully set forth the objection and opposition brief filed by the United Illuminating Company ("UI") filed and dated June 21, 2006. It is the intention of the Defendants herein that said opposition should apply to each of the three within cases.

#438325

Dated at Hartford, Connecticut this 21st day of June, 2006.

                         Respectfully submitted,

                         DEFENDANTS,
                         ANTHONY JULIAN RAILROAD
                         CONSTUCTION COMPANY,
                         LAFAYETTE BANK & TRUST,
                         BEATRICE JUANG-JUNG LUH,
                         And YUKSHI LUH

                         By_____
                         THOMAS A. GUGLIOTTI, ESQ.
                         **Updike, Kelly & Spellacy, P.C.**
                         One State Street, P.O. Box 231277
                         Hartford, CT 06123-1277
                         Federal Bar No. ct05288
                         Telephone: (860) 548-2661
                         Facsimile: (860) 548-2680
                         Email: tgugliotti@uks.com

## CERTIFICATE OF SERVICE

I hereby certify that, a copy of the foregoing Objection to Motion for Leave to Amend Complaint was served by U.S. Mail, postage prepaid, on this 21st day June, 2006, to the following counsel of record and pro se parties:

Richard L. Albrecht, Esq.
Cohen & Wolf, P.C.
1115 Broad Street, P.O. Box 1821
Bridgeport, CT 06604

Mark C. Anastasi, Esq.
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Jeffrey R. Babbin, Esq.
Wiggin & Dana
One Century Tower
265 Church Street, P.O. Box 1832
New Haven, CT 06508-1832

Thomas E. Behuniak, Esq.
44 Greenwood Circle
Seymour, CT 06483

Robert L. Berchem, Esq.
Richard J. Buturla, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

David G. Chabot, Esq.
Gerald L. Garlick, Esq.
Linda Clifford Hadley, Esq.
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Susan Quinn Cobb, Esq.
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141

Andrew M. Eschen, Esq.
U.S. Department of Justice
Ben Franklin Station, P.O. Box 663
Washington, DC 20044-6208

Anthony M. Feeherry, Esq.
Goodwin, Proctor & Hoar
Exchange Place, 2nd Floor
Boston, MA 02109-2881

Noel E. Hanf, Esq.
Wiggin & Dana
One Century Tower, P.O. Box 1822
New Haven, CT 06508-1832

#438325

Geoffrey A. Hecht, Esq.
Caplan, Hecht, Scanlon & Mendel
20 Trumbull Street, P.O. Box 9505
New Haven, CT 06534

Janet Janczewski
Southern Connecticut Gas Company
885 Main Street, P.O. Box 1540
Bridgeport, CT 06604

Anthony Cerritelli
Cerritelli's Chevron
9 Cold Spring Circle
Shelton, CT 06484

Michael Stanton Hillis, Esq.
Dombroski Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

John B. Hughes, Esq.
U.S. Attorney's Office of the Attorney General
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Kimball Haines Hunt, Esq.
Hunt, Leibert, Chester & Jacobson
50 Weston Street
Hartford, CT 06120-4626

John J. Kelly, Jr.
Cantor, Floman, Gross, Kelly, et al
378 Boston Post Road, P.O. Box 966
Orange, CT 06477

Kenneth Lenz
982 Rainbow Trail
Orange, CT 06477

Mary F. Kohler, Esq.
Assistant Attorney General
Office of the Attorney General
55 Elm Street, P.O. Box 0120
Hartford, CT 06141-0120

Judith A. Mauzaka, Esq.
Gerald T. Weiner, Esq.
Weinstein, Weiner, Ignal, et al.
350 Fairfield Avenue, P.O. Box 9177
Bridgeport, CT 06604

Stuart A. Margolis, Esq.
132 Temple Street
New Haven, CT 06510

John Pirina, Jr., Esq.
Law Offices of Arnald J. Sierra
215 Washington Street
Hartford, CT 06106

Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103-3598

Paul Ruszczyk, Esq.
418 Highland Avenue
Cheshire, CT 06410

#438325

| | |
|---|---|
| Alexander H. Schwartz, Esq.<br>3695 Post Road<br>P.O. Box 701<br>Southport, CT 06490 | Henry C. Winiarski, Jr., Esq.<br>941 Wethersfield Avenue<br>Hartford, CT 06106 |
| William A. Wechsler, Esq.<br>Bailey & Wechsler<br>583 Old Slocum Road<br>Hebron, CT 06248 | Bernard Wishnia, Esq.<br>Roseland Professional Building<br>204 Eagle Rock Avenue<br>Roseland, NJ 07068 |
| Charlotte Nyzio<br>420 Shelton Road<br>Trumbull, CT 06611 | Howard R. Wolfe, Esq.<br>Goldeman, Gruder & Woods<br>125 Mason Street<br>Greenwich, CT 06830 |
| Mark F. Kohler<br>Assistance Attorney General<br>Office of the Attorney General<br>55 Elm Street, Box 0120<br>Hartford, CT 06141 | Austin K. Wolfe, Esq.<br>Cohen & Wolfe, P.C.<br>1115 Broad Street, P.O. Box 1821<br>Bridgeport, CT 06604 |
| Kenneth M. Rozich<br>Law Firm of Edward D. Jacobs<br>P.O. Box 1952<br>New Haven, CT 06509 | Marcia Canavan<br>Quinnipiac College, Law School Clinic<br>275 Mount Carmel Avenue<br>Hamden, CT 06518-1946 |

By: ___/s/ Thomas A. Gugliotti___
THOMAS A. GUGLIOTTI, ESQ.
**UPDIKE, KELLY & SPELLACY, P.C.**

#438325