UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSETT TRIBE OF INDIANS, ET AL., | : : : | CIVIL ACTION NO. 2:92CV00738 |
| Plaintiffs, | : : | |
| vs. | : : : | |
| M. JODI RELL, GOVERNOR OF THE STATE OF CONNECTICUT, ET AL., | : : : | |
| Defendants. | : | JUNE 27, 2006 |

**OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT**

The undersigned defendants in the consolidated *Bachyrycz* case hereby join in, adopt and incorporate by reference as if fully set forth herein the June 19, 2006 opposition to the plaintiffs' motion to amend their complaint filed by the United Illuminating Company.

Although The United Illuminating Company is a defendant in the *Weicker* case, the proposed amendments made by the plaintiffs to the complaints and prayers for relief in each of the three consolidated actions are identical and the objections and arguments raised by the United Illuminating Company apply with equal force to the *Bachyrycz* and *Nyzio* cases.

Accordingly, this Court should deny the plaintiffs' motion to amend their complaint

the *Bachyrycz* case.

                              The Defendants*

By  _____
     Judith Mauzaka (ct05447)
     jmauzaka@wwinslaw.com
     Gerald Weiner (ct07764)
     gweiner@aol.com
     Weinstein, Weiner, Ignal, Napolitano & Shapiro, P.C.
     350 Fairfield Avenue
     Bridgeport, CT 06604
     203-333-1177
     203-384-9832 fax

\*	John C. D'Amato
    Louis J. D'Amato
    Bohdan Antonyshyn
    Mary Antonyshyn
    John J Bachrycz, Jr.
    Janet E. Bachrycz
    Walter Bespuda
    Beth Israel Synagogue Center, Inc
    Sonia Bilinsk
    Lester M. Brooks
    Catholic Cemetaries Association of the Archdiocese of Hartford
    Pasquale A. Centore
    Raffaelina A. Centore
    Lois Chadwick
    John D. Ciola
    James G. Cochlin
    Ellen S. Cochlin
    Jeanette W. Cook
    Robert W. Cook
    Joseph D. Cozza
    Lilian E. Cozza

| | |
|---|---|
| William J. Davis | Diane A. Rosner |
| Julia Dinan | Henry Salzberg |
| David W. Gilbert | Rita Lisa Salzberg |
| Grace G. Gilbert | Helen R. Selmon |
| Betty I. Goldberg | David G. Sharnoff |
| Stephen A. Horling | Susan B. Sharnoff |
| Sandra C. Horling | David A. Siefer |
| Barton E. Harrison | Kathleen M. Siefer |
| Marcia A. Harrison | Eugene Simon |
| Ofelia Hodge | Marilyn Simon |
| Taube Gurland | Gerald B. Smith |
| Pamela Katz | Judith R. Smith |
| Bertha Kopec | Bruce J. Spiewak |
| Robert E. Lebson | Lauren N. Spiewak |
| Ellen S. Lebson | William H. Stoddard, JR. |
| Kenneth E. Lenz | Morris N. Teller |
| Patricia A. Lenz | Irene Teller |
| Wallace P. Loman | Frances M Turecek |
| Douglas F. McDermott | Eugene Simon |
| Karen J. McDermott | Marilyn Simon |
| David Mitchelson | Gerald B. Smith |
| Marylee Mitchelson | Judith R. Smith |
| Anthony P. Moccia | Bruce J. Spiewak |
| Pearl F. Moccia | Lauren N. Spiewak |
| Howard Novitch | Paul C. Weisman |
| Beryl Novitch | Esther T. Weisman |
| Eric A. Olson | Dorothy Yankus |
| Marion C. Olson | |
| Irma Ostrowsky | |
| William Ostrowsky | |
| Paul J. Peterson | |
| Janice A. Peterson | |
| Robert W. Petronzi | |
| Rose Marie Petronzi | |
| Robert D. Prior | |
| Evon Prior | |
| Remo Redente | |
| Aniko Richheimer | |
| Robert M Riskin | |
| Roxann Riskin | |

**Certification**

I hereby certify that on this 26th day of June, 2006, the foregoing was sent, via first class mail, to:

Bernard Wishnia
204 Eagle Rock Avenue
Roseland, N.J. 07068

Mark C. Anastasi
Office of the City Attorney
999 Broad Street- 2nd Floor
Bridgeport, CT 06604

Jeffrey Babbin
Noel Hanf
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, Ct 06508-1832

Austin Wolfe
Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Susan Quinn Cobb
Mark Kohler
Daniel R. Schaefer, AAG
P.O. Box 120
Hartford, Ct 06141-0120

John Pirina
Law Offices of Arnaldo Sierra
215 Washington Street
Hartford, CT 06106

Robert Berchum
Richard Buturla
Berchum, Moses & Devlin
75 Broad Street
Milford, CT 06460

Michael O'Connell,
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103-3598

Anthony Feeherty
Goodwin, Proctor & Hoar
Exchange Place
Boston, MA 02109-2881

Andrew M. Eschen
U.S. Department of Justice
Environment & Natural Resource
P.O. Box 663
Washington, D.C. 20044-0663

Howard Wolfe
Goldman, Gruder & Woods
125 Mason Street
Greenwich, CT 06830

William Weschler
Bailey & Weschler
583 Old Slocum Road
Hartford, CT 06141-0120

Henry Winiarski
941 Wethersfield Avenue
Hartford, CT 06114-3137

James Trowbridge
Quinnipiac University
Law School Clinic
275 Mount Carmel Avenue
Hamden, CT 06518-1946

Gerald Garlick
Linda Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Geoffrey A. Hecht
Caplan, Hecht & Mendel LLC
20 Trumbull Street
P.O. Box 9505
New Haven, CT 06534

Janet Janczewski,
Southern Connecticut Gas Company
855 Main Street
Bridgeport, CT 06605

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, Ct 06510

Stuart A. Margolis
132 Temple Street
New Haven, Ct 06510

Alexander H. Schwartz
3695 Post Road
P.O. Box 701
Southport, CT 06490

Howard R. Wolfe
Albert Pastore & Ward
125 Mason Street
P.O. Box 1668
Greenwich, Ct 06830

Kimbel Hunt
Hunt Liebert Chester & Jaconson
50 Weston Street
Hartford, Ct 06120-4626

Paul Ruszczyk
418 Highland Avenue
Cheshire, Ct 06410

Thomas Behuniak
44 Greenwood Circle
Seymour, CT 06483

Kenneth Lenz
982 Rainbow Trail
Orange, Ct 06477

John Kelly
Cantor Floman et al
378 Boston Post Road
P.O. Box 966
Orange, CT 06477

Kenneth Rozich
Law Firm of Edward Jacobs
P.O. Box 1952
New Haven, CT 06509

John Hughes
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, CT 06508-1824

_____
Judith Mauzaka

Case 2:92-cv-00738-JBA    Document 314    Filed 06/28/2006    Page 6 of 7