UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSETT TRIBE<br>OF INDIANS, ET AL., | : <br> : <br> : | CIVIL ACTION NO.<br>2:92CV00738 |
| Plaintiffs, | : <br> : | |
| vs.<br>M. JODI RELL, GOVERNOR OF THE<br>STATE OF CONNECTICUT, ET AL., | : <br> : <br> : <br> : | |
| Defendants | : | JUNE 30, 2006 |

**MOTION TO WITHDRAW APPEARANCE**

The undersigned moves that his appearance be withdrawn on behalf of the following parties:

 Merrill Lynch Interfunding, Inc.,

 Alfred Marini, Sr.,

 Alfred Marini, Jr.,

 Luigi Constantini,

 Fernando Constantini ,

 Kanuel F. Ferreia,

 Costal Pallet Corp.,

 Peter G. Standish

 Christine M. Smilee.

1

The undersigned filed his appearance for the above-named parties when he was a member of Cohen & Wolf, P.C. He is no longer associated with that firm or with the above-named defendants. Other members of Cohen & Wolf, P.C. have appearances on file on behalf of the parties and continue to date to represent them in this matter.

                                                RESPECTFULLY SUBMITTED,

-Alexander H. Schwartz-
Alexander H. Schwartz, Esq.  ct 05773
3695 Post Road, Suite 203
P.O. Box 701
Southport, CT   06480-0701
203.255.9829
203.255.9839 (fax)
alex@ahschwartz.com

## CERTIFICATION

I hereby certify that on June 30, 2006 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

-Alexander H. Schwartz-
Alexander H. Schwartz