UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

GOLDEN HILL PAUGUSSETT TRIBE
OF INDIANS, et al

    Plaintiffs,

vs.	CASE NO. 2:92-cv-00738 (JBA)

M. JODI RELL, Governor of the State of
Connecticut, et al

    Defendants	JULY 19, 2006

---

### NOTICE OF FILING

Pursuant to the order of the court (Arterton, J.) dated July 13, 2006, the Plaintiff, Golden Hill Paugussett Tribe of Indians, hereby files its Amended Complaint. The Amended Complaint identifies the current Mayor of the defendant City of Bridgeport, Mayor John. M. Fabrizi, as a party defendant, since it is the City of Bridgeport that is a defendant, and not any official sued in an individual capacity. This is consistent with the reference to the current Governor of the State of Connecticut as a party.

THE PLAINTIFF,

By: _____
Michael D. O'Connell
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103
Federal Bar. No. CT05299
(860) 548-1300
(860) 548-0023 (facsimile)
mailto:moconnell@ofalaw.com

2

## CERTIFICATION

     I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal rules of Civil Procedure on this 19th day of July, 2006 to:

Bernard Wishnia
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ 07068

William A. Wechsler
Bailey & Wechsler
583 Old Slocum Road
Hebron, CT 06248

David G. Chabot
Gerald L. Garlick
Linda Clifford Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Noel E. Hanf
Wiggin & Dana
One Century Tower
265 Church St., P.O. Box 1832
New Haven, CT 06508-1832

Thomas Gugliotti
Updike, Kelly & Spellacy, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277

Susan Quinn Cobb
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141

Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad Street, P.O. Box 1821
Bridgeport CT 06604

Henry C. Winiarski, Jr.
941 Wethersfield Avenue
Hartford, CT 06114-3137

John J. Kelly, Jr.
Cantor, Floman, Gross, Kelly
  Amendola & Sacramone
378 Boston Post Road
P.O. Box 966
Orange, CT 06477

Kenneth Lenz
35 Old Tavern Road
Orange, CT 06477-3433

Austin K. Wolf
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Geoffrey A. Hecht
Caplan, Hecht, Scanlon & Mendel
20 Trumbull Street, P.O. Box 9505
New Haven, CT 06534

Janet L. Janczewiski
The Southern Connecticut Gas Co.
885 Main Street
Bridgeport, CT 06604

Robert L. Berchem
Richard J. Buturla
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Andrew M. Eschen
U.S. Department of Justice
Ben Franklin Station, PO Box 663
Washington, DC 20044-6208

Judith A. Mauzaka
Gerald T. Weiner
Weinstein, Weiner, Ignal, Vogel & Shapiro
350 Fairfield Avenue, P.O. Box 9177
Bridgeport, CT 06601

Stuart A. Margolis
132 Temple Street
New Haven, CT 06510

Howard R. Wolfe
Goldman, Gruder & Woods
125 Mason Street
Greenwich, CT 06830

John Pirina, Jr.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

John B. Hughes
U.S. Atty's Office of the Atty. General
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

James A. Trowbridge
Quinnipiac College
Law School Clinic
275 Mount Carmel Avenue
Hamden, CT 06518-1946

Kimball Haines Hunt
Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT 06120-4626

Mark T. Anastasi
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Thomas E. Behuniak
44 Greenwood Circle
Seymour, CT 06483

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Kenneth M. Rozich
Law Firm of Edward D. Jacobs
P.O. Box 1952
New Haven, CT 06509

4

Anthony M. Feeherry
Goodwin, Proctor & Hoar
Exchange Place, 2nd Floor
Boston, MA 02109-2881

Paul Ruszczyk
Highland Professional Center
408 Highland Avenue
Cheshire, CT 06410

Jeffrey R. Babbin
Wiggin & Dana
One Century Tower
265 Church St., P.O. Box 1832
New Haven, CT 06508-1832

Mark F. Kohler
Assistant Attorney General
Office of the Attorney General
55 Elm Street, P.O. Box 0120
Hartford, CT 06141-0120

Michael D. O'Connell
Commissioner of the Superior Court