97. Defendants, JACOB IMMER and DANIEL ZIMMER are in possession of lands or claim title to or have an interest in lands commonly known as 171 Golden Hill Street, Bridgeport, Connecticut, also being Block 915, Lot 10 violation of the Proclamation and the common law.

98. Defendant, ROSARIO N. DEBRIZZI is in possession of lands or claims title to or has an interest in lands commonly known as 213 – 231 Golden Hill Street, Bridgeport, Connecticut, also being Block 915, Lot 14 in violation of the Proclamation and the common law.

99. Defendants, CHARLES L. DESIENA and JOHN D. GUMAN are in possession of lands or claim title to or have an interest in lands commonly known as 239 Golden Hill Street, Bridgeport, Connecticut, also being Block 915, Lot 1 in violation of the Proclamation and the common law.

100. Defendant, DEBRIZZI ASSOCIATES is in possession of lands or claims title to or has an interest in lands commonly known as 258 and 285 Golden Hill Street, Bridgeport, Connecticut, also being Block 908, Lot 7 and Block 917, Lot 5 in violation of the Proclamation and the common law.

101. Defendant, UNION TRUST is in possession of lands or claims title to or has an interest in lands commonly known as 258 Golden Hill Street, Bridgeport, Connecticut, also being Block 9108, Lot 7 in violation of the Proclamation and the common law.

102. Defendant, DERBY SAVINGS BANK of lands or claims title to or has an interest in lands commonly known as 285 Golden Hill Street, Bridgeport, Connecticut, also being Block 908, Lot 7 in violation of the Proclamation and the common law.

103. Defendant, GOLDEN HILL UNITED METHODIST CHURCH TRUSTEES is in possession of lands or claims title to or has an interest in lands commonly known as 341 Golden Hill Street, Bridgeport, Connecticut, also being Block 917, Lot 1-2 in violation of the Proclamation and the common law.

104. Defendant, HARRY W. CONGDON ASSOCIATES, INC. is in possession of lands or claims title to or has an interest in lands commonly known as 307 Golden Hill Street, Bridgeport, Connecticut, also being Block 917, Lot 9 in violation of the Proclamation and the common law.

105. Defendant, ROBERT D. SCINTO is in possession of lands or claims title to or has an interest in lands commonly known as 1000 Lafayette Boulevard, Bridgeport, Connecticut, also being Block 925, Lot 1 in violation of the Proclamation and the common law.

106.  Defendants, BILL GOUVERIA and MARIA J. GOUVERIA are in possession of lands or claim title to or have an interest in lands commonly known as 44 Lyon Terrace, Bridgeport, Connecticut, also being Block 908, Lot 5 in violation of the Proclamation and the common law.

107.  Defendant, SALVATORE C. DEPIANO is in possession of lands or claims title to or has an interest in lands commonly known as 60 Lyon Terrace, Bridgeport, Connecticut, also being Block 908, Lot 4 in violation of the Proclamation and the common law.

108.  Defendant, PAUL T. TREMONT is in possession of lands or claims title to or has an interest in lands commonly known as 64 Lyon Terrace, Bridgeport, Connecticut, also being Block 908, Lot 3 in violation of the Proclamation and the common law.

109.  Defendants, LAWRENCE J. MERLY and RICHARD T. MEEHAN, JR. are in possession of lands or claim title to or have an interest in lands commonly known as 76 Lyon Terrace, Bridgeport, Connecticut, also being Block 908, Lot 2 in violation of the Proclamation and the common law.

110.  Defendant, UNITY HEIGHTS CO-OP is in possession of lands or claims title to or has an interest in lands commonly known as 200 – 436 Lyon Terrace, Bridgeport, Connecticut, also being Block 903, Lot 1X in violation of the Proclamation and the common law.

33

111.   Defendant, MAIN AND FAIRFIELD ASSOCIATES is in possession of lands or claims title to or has an interest in lands commonly known as 1085 – 1095 Main Street, Bridgeport, Connecticut, also being Block 916, Lot 12 in violation of the Proclamation and the common law.

112.   Defendant, KENNETH F. ZARRILLI, TRUSTEE is in possession of lands or claims title to or has an interest in lands commonly known as 1103 1107, 1115, 1135 and 1214 – 1218 Main Street, 208 Middle Street and 797 Water Street, Bridgeport, Connecticut, also being Block 916, Lots 13, 14 and 15, Block 912, Lot 2 and Block 911, Lots 1 and 6 in violation of the Proclamation and the common law.

113.   Defendant, ASSEMBLAGE GROUP LTD. is in possession of lands or claims title to or has an interest in lands commonly known as 1120 – 1124 Main Street, Bridgeport, Connecticut, also being Block 914, Lot 7 in violation of the Proclamation and the common law.

114.   Defendant, RUDOLPH LAZINGER is in possession of lands or claims title to or has an interest in lands commonly known as 1126 Main Street, Bridgeport, Connecticut, also being Block 914, Lot 6 in violation of the Proclamation and the common law.

115.   Defendants, HAROLD SHAW, REBECCA BARNES and SANDRA ENGELMAN are in possession of lands or claim title to or have an interest in lands commonly

34

known as 1136 Main Street, Bridgeport, Connecticut, also being Block 914, Lot 5 in violation of the Proclamation and the common law.

116. Defendants, EDITH L. GRAHM, SELMA L. GERLER and WENDY GRAHAM are in possession of lands or claims title to or have an interest in lands commonly known as 1144 Main Street, Bridgeport, Connecticut, also being Block 914, Lot 4 in violation of the Proclamation and the common law.

117. Defendants, PAUL MARINO and DANIEL M. VERRILLI are in possession of lands or claims title to or have an interest in lands commonly known as 1148 – 1150 Main Street, Bridgeport, Connecticut, also being Block 914, Lot 3 in violation of the Proclamation and the common law.

118. Defendant, KWAN O. KUN and RAUL LARA are in possession of lands or claims title to or have an interest in lands commonly known as 1149 – 1153 Main Street, Bridgeport, Connecticut, also being Block 915, Lot 39A in violation of the Proclamation and the common law.

119. Defendant, W. & F REALTY INC. is in possession of lands or claims title to or has an interest in lands commonly known as 1154 and 1160 – 1162 Main Street, Bridgeport, Connecticut, also being Block 914, Lots 1 and 2 in violation of the Proclamation and the common law.

35

120. Defendant, GENE CAPOZIELLO, JR. and GUS V. CURCIO are in possession of lands or claims title to or have an interest in lands commonly known as 1184 Main Street, Bridgeport, Connecticut, also being Block 912, Lot 7 in violation of the Proclamation and the common law.

121. Defendant, 1192 ASSOCIATES is in possession of lands or claims title to or has an interest in lands commonly known as 1192 – 1194 Main Street, Bridgeport, Connecticut, also being Block 912, Lot 6 in violation of the Proclamation and the common law.

122. Defendant, GEORGE R. KOTEAS is in possession of lands or claims title to or has an interest in lands commonly known as 1198 Main Street, Bridgeport, Connecticut, also being Block 912, Lot 5 in violation of the Proclamation and the common law.

123. Defendant, 1200 MAIN STREET ASSOCIATES is in possession of lands or claims title to or has an interest in lands commonly known as 1200 – 1210 Main Street, Bridgeport, Connecticut, also being Block 912, Lot 4A in violation of the Proclamation and the common law.

124. Defendant, 1 PARK CITY REALTY is in possession of lands or claims title to or has an interest in lands commonly known as 1218 Main Street, Bridgeport, Connecticut, also being Block 912, Lot 1 in violation of the Proclamation and the common law.

125. Defendant, MARSHALL LEWIS is in possession of lands or claims title to or has an interest in lands commonly known as 1238 – 1240 Main Street, Bridgeport, Connecticut, also being Block 909, Lot 3 in violation of the Proclamation and the common law.

126. Defendant, SIDNEY GREENSPAN is in possession of lands or claims title to or has an interest in lands commonly known as 1270 Main Street, Bridgeport, Connecticut, also being Block 909, Lot 1B in violation of the Proclamation and the common law.

127. Defendant, BARBARA ZANESKY, TRUSTEE is in possession of lands or claims title to or has an interest in lands commonly known as 1312 – 1357 Main Street, Bridgeport, Connecticut, also being Block 905, Lot 13 in violation of the Proclamation and the common law.

128. Defendant, OCEAN FISH COMPANY is in possession of lands or claims title to or has an interest in lands commonly known as 1330 – 1334 and 1336 – 1338 Main Street, Bridgeport, Connecticut, also being Block 1500, Lots 11 and 10 in violation of the Proclamation and the common law.

129. Defendant, KAPETAN ASSOCIATES is in possession of lands or claims title to or has an interest in lands commonly known as 1450 Main Street, Bridgeport, Connecticut, also being Block 1500, Lots 1A in violation of the Proclamation and the common law.

130.  Defendant, CARDINAL SHEHAN CENTER, INC. is in possession of lands or claims title to or has an interest in lands commonly known as 1494 Main Street, Bridgeport, Connecticut, also being Block 1501, Lot 06 in violation of the Proclamation and the common law.

131.  Defendants, EDWARD J. IULO & L. HERMAN LAVIT, TRUSTEES are in possession of lands or claims title to or have an interest in lands commonly known as 179 – 205 Middle Street, Bridgeport, Connecticut, also being Block 912, Lot 8 in violation of the Proclamation and the common law.

132.  Defendant, ANTHONY C. NERI is in possession of lands or claims title to or has an interest in lands commonly known as 190 Middle Street, Bridgeport, Connecticut, also being Block 911, Lot 2 in violation of the Proclamation and the common law.

133.  Defendants, FRANK AUGUST and JON A. AUGUST are in possession of lands or claims title to or have an interest in lands commonly known as 196 Middle Street, Bridgeport, Connecticut, also being Block 911, Lot 9A in violation of the Proclamation and the common law.

134.  Defendant, RITA LIPTON is in possession of lands or claims title to or has an interest in lands commonly known as 207 – 213 Middle Street, Bridgeport, Connecticut, also being Block 912, Lot 9 in violation of the Proclamation and the common law.

135. Defendant, 227 MIDDLE STREET CORP. is in possession of lands or claims title to or has an interest in lands commonly known as 227 Middle Street, Bridgeport, Connecticut, also being Block 909, Lot 4 in violation of the Proclamation and the common law.

136. Defendant, MICHAEL W. LICAMELE is in possession of lands or claims title to or has an interest in lands commonly known as 230 – 236 and 240 – 252 Middle Street, Bridgeport, Connecticut, also being Block 910, Lots 4 and 3 in violation of the Proclamation and the common law.

137. Defendant, 256 MIDDLE CORPORATION is in possession of lands or claims title to or has an interest in lands commonly known as 254 – 260 Middle Street, Bridgeport, Connecticut, also being Block 910, Lot 2 in violation of the Proclamation and the common law.

138. Defendant, HBM REALTY ASSOCIATES is in possession of lands or claims title to or has an interest in lands commonly known as 269 – 275 Middle Street, Bridgeport, Connecticut, also being Block 909, Lot 6 in violation of the Proclamation and the common law.

139. Defendant, F.J. FOLESAIC, JR. is in possession of lands or claims title to or has an interest in lands commonly known as 281 and 295 Middle Street, Bridgeport, Connecticut, also being Block 909, Lot 8 in violation of the Proclamation and the common law.

140. Defendant, GLORIA PRYDE is in possession of lands or claims title to or has an interest in lands commonly known as 31 Stratford Avenue, Bridgeport, Connecticut, also being Block 962, Lot 1A in violation of the Proclamation and the common law.

141. Defendant, ST. AUGUSTINE CHURCH is in possession of lands or claims title to or has an interest in lands commonly known as 329 – 399 Washington Avenue, Bridgeport, Connecticut, also being Block 1053, Lot 2 in violation of the Proclamation and the common law.

142. Defendant, HAWKHURST, LTD. is in possession of lands or claims title to or has an interest in lands commonly known as 431 – 449 Washington Avenue, Bridgeport, in violation of the Proclamation and the common law.

143. Defendants, EILEEN M. GORMAN, KATHLEEN A. WELLS and PATRICIA O. COLUM are in possession of lands or claims title to or have an interest in lands commonly known as 517 Washington Avenue, Bridgeport, Connecticut, also being Block 1051, Lot 16 in violation of the Proclamation and the common law.

144. Defendants, BEATRICE M. LAURO and MICHAEL J. PARENTE are in possession of lands or claims title to or have an interest in lands commonly known as 541, 551 and 559 Washington Avenue, Bridgeport, Connecticut, also being Block 91050, Lots 15, 16 and 17 in violation of the Proclamation and the common law.

145. Defendants, DENNIS A. COOPER and CATHERINE L. COOPER are in possession of lands or claims title to or have an interest in lands commonly known as 589 Washington Avenue, Bridgeport, Connecticut, also being Block 1049, Lot 14A in violation of the Proclamation and the common law.

146. Defendants, DENNIS SCINTO and JOHN R. SAVINO are in possession of lands or claims title to or have an interest in lands commonly known as 599 Washington Avenue, Bridgeport, Connecticut, also being Block 1049, Lot 14 in of the Proclamation and the common law.

147. Defendant, JOHN PLUCHINO is in possession of lands or claims title to or has an interest in lands commonly known as 621 Washington Avenue, Bridgeport, Connecticut, also being Block 1049, Lot 27 in violation of the Proclamation and the common law.

148. Defendants, PEDRO VAZUEZ and EVELYN VAZUEZ are in possession of lands or claims title to or have an interest in lands commonly known as 707 Washington Avenue, Bridgeport, Connecticut, also being Block 1047, Lot 20 in violation of the Proclamation and the common law.

149. Defendants, JOSEPH A. FRANCO and GENY FRANCO are in possession of lands or claims title to or have an interest in lands commonly known as 719 Washington

41

Avenue, Bridgeport, Connecticut, also being Block 1047, Lot 21 in violation of the Proclamation and the common law.

150. Defendants, EVERTON S. PALMER and MORDALIA PALMER are in possession of lands or claims title to or have an interest in lands commonly known as 743 Washington Avenue, Bridgeport, Connecticut, also being Block 1046, Lot 13 in violation of the Proclamation and the common law.

151. Defendants, ELOI BENTO and ZELIA BENTO are in possession of lands or claims title to or have an interest in lands commonly known as 755 Washington Avenue, Bridgeport, Connecticut, also being Block 1046, Lot 30 in violation of the Proclamation and the common law.

152. Defendants, JOSEPH OPPEDISANO and KENNETH OPPEDISANO are in possession of lands or claims title to or have an interest in lands commonly known as 775 Washington Avenue, Bridgeport, Connecticut, also being Block 1046, Lot 14 in violation of the Proclamation and the common law.

153. Defendants, SARAH J. DELVENTO and BETTY CELONE are in possession of lands or claims title to or have an interest in lands commonly known as 797 Washington Avenue, Bridgeport, Connecticut, also being Block 1045, Lot 12 in violation of the Proclamation and the common law.

154. Defendants, EVELYN L. SPADACCINO and ESTATE OF SALVATORE SPADACCINO are in possession of lands or claim title to or have an interest in lands commonly known as 84 and 90 – 94 Elm Street, Bridgeport, Connecticut, also being Block 1051, Lot 14 in violation of the Proclamation and the common law.

155. Defendant, S. KENNETH DINARDO, TRUSTEE is in possession of lands or claims title to or has an interest in lands commonly known as 809 Washington Avenue, Bridgeport, Connecticut, also being Block 1045, Lot 13 in violation of the Proclamation and the common law.

156. Defendant, SOUTH GATE ASSOCIATES, LIMITED PARTNERSHIP is in possession of lands or claims title to or has an interest in lands commonly known as 225 – 267 Water Street, Bridgeport, Connecticut, also being Block 961, Lot 9 in violation of the Proclamation and the common law.

157. Defendant, POST AUTO is in possession of lands or claims title to or has an interest in lands commonly known as 771 Water Street, Bridgeport, Connecticut, also being Block 911, Lot 7 in violation of the Proclamation and the common law.

158. Defendant, CHASE MANHATTAN BANK is in possession of lands or claims title to or has an interest in lands commonly known as 999 Broad Street, Bridgeport, Connecticut, also being Block 925, Lot 2 in violation of the Proclamation and the common law.

**CLAIM FOR RELIEF**

159. The lands described in paragraphs 27 through 158 of this complaint are in the possession of the defendants claiming title to or other interests in such land as described herein. If the said defendants, or any of them, are not in possession of the land in which they claim an interest as alleged herein, then those lands are vacant and unoccupied.

160. Defendants keep plaintiff out of possession of the said land, all to plaintiff's great damage, in violation of the federal restriction against extinguishment of Indian title, except by action of the United States, Article I, §8 of the Constitution of the United States and 25 U.S.C. §177 and in violation of the Proclamation of 1763 and of the common law.

161. As a result of the defendants' unlawful possession, the plaintiff has been denied the use and enjoyment of any rental income and profits rightfully due to it from said land for the entire period of its dispossession.

162. As a further result of the defendants' unlawful possession, the plaintiff has been denied the use and enjoyment of the fair market value of the land for the entire period of its dispossession.

**WHEREFORE**, the plaintiff respectfully requests:

1. That the Court decree, declare, and adjudge that the plaintiff is the owner of and have the legal and equitable title and right of possession to such land, and restore plaintiff to immediate possession;

2. An accounting of all tax funds paid by possessors of the said land;

3. Money damages representing the fair market value of the said land for the entire period of its dispossession;

4. Money damages representing the fair rental value and profits of the said land for the entire period of its dispossession;

5. Attorney's fees and costs of this action; and

6. Such other and further equitable relief as the court may deem appropriate.

THE PLAINTIFF,

By: _____
Michael D. O'Connell
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103
Federal Bar. No. CT05299
(860) 548-1300
(860) 548-0023 (facsimile)
mailto:moconnell@ofalaw.com

45

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal rules of Civil Procedure on this 19th day of July, 2006 to:

Bernard Wishnia
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ 07068

William A. Wechsler
Bailey & Wechsler
583 Old Slocum Road
Hebron, CT 06248

David G. Chabot
Gerald L. Garlick
Linda Clifford Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Noel E. Hanf
Wiggin & Dana
One Century Tower
265 Church St., P.O. Box 1832
New Haven, CT 06508-1832

Thomas Gugliotti
Updike, Kelly & Spellacy, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277

Susan Quinn Cobb
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141

Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad Street, P.O. Box 1821
Bridgeport CT 06604

Henry C. Winiarski, Jr.
941 Wethersfield Avenue
Hartford, CT 06114-3137

John J. Kelly, Jr.
Cantor, Floman, Gross, Kelly
  Amendola & Sacramone
378 Boston Post Road
P.O. Box 966
Orange, CT 06477

Kenneth Lenz
35 Old Tavern Road
Orange, CT 06477-3433

Austin K. Wolf
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Geoffrey A. Hecht
Caplan, Hecht, Scanlon & Mendel
20 Trumbull Street, P.O. Box 9505
New Haven, CT 06534

46

Janet L. Janczewiski
The Southern Connecticut Gas Co.
885 Main Street
Bridgeport, CT 06604

Robert L. Berchem
Richard J. Buturla
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Andrew M. Eschen
U.S. Department of Justice
Ben Franklin Station, PO Box 663
Washington, DC 20044-6208

Judith A. Mauzaka
Gerald T. Weiner
Weinstein, Weiner, Ignal, Vogel & Shapiro
350 Fairfield Avenue, P.O. Box 9177
Bridgeport, CT 06601

Stuart A. Margolis
132 Temple Street
New Haven, CT 06510

Howard R. Wolfe
Goldman, Gruder & Woods
125 Mason Street
Greenwich, CT 06830

John Pirina, Jr.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

John B. Hughes
U.S. Atty's Office of the Atty. General
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

James A. Trowbridge
Quinnipiac College
Law School Clinic
275 Mount Carmel Avenue
Hamden, CT 06518-1946

Kimball Haines Hunt
Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT 06120-4626

Mark T. Anastasi
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Thomas E. Behuniak
44 Greenwood Circle
Seymour, CT 06483

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Kenneth M. Rozich
Law Firm of Edward D. Jacobs
P.O. Box 1952
New Haven, CT 06509

Anthony M. Feeherry
Goodwin, Procter & Hoar
Exchange Place, 2nd Floor
Boston, MA 02109-2881

Paul Ruszczyk
Highland Professional Center
408 Highland Avenue
Cheshire, CT 06410

Jeffrey R. Babbin
Wiggin & Dana
One Century Tower
265 Church St., P.O. Box 1832
New Haven, CT 06508-1832

Mark F. Kohler
Assistant Attorney General
Office of the Attorney General
55 Elm Street, P.O. Box 0120
Hartford, CT 06141-0120

                                                          _____
                                                          Michael D. O'Connell
                                                          Commissioner of the Superior Court

W:\EArcesi\GHT\Land Claims\Amended Complaint.doc
AE 07-20-06