UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS, | : | CIVIL ACTION NO. 2:92CV00738 (JBA) |
| Plaintiff, | : : : | |
| vs. | : : | |
| M. JODI RELL, GOVERNOR OF THE STATE OF CONNECTICUT, ET AL., | : : : | |
| Defendants. | : | AUGUST 2, 2006 |

## MOTION TO MODIFY SCHEDULING ORDER AND FOR EXTENSION OF TIME

Defendants, The United Illuminating Company ("UI") and The Southern Connecticut Gas Company ("SCG"), jointly move for an order modifying the current scheduling order for the filing of pretrial motions for judgment. They seek to postpone the filing deadline for all defendants by three weeks from August 3, 2006 to August 24, 2006. In the alternative, they seek to extend their own filing deadline to August 24, 2006.

The plaintiff consents to the granting of this motion. Although the co-defendants are too numerous to contact them all, the undersigned counsel has contacted two defendants who have signaled their intention to move for judgment—the State of Connecticut and the United States—and they, too, consent to the granting of this motion.

As the Court is aware, this action was largely dormant since the 1994 decision of the Second Circuit, and plaintiff has only this year begun to prosecute it anew. Despite the passage of time, the Court has just allowed plaintiff to amend the complaint to add additional forms of relief. Plaintiff has not shown or ever asserted any urgency that would caution against permitting

this first request for modification of the scheduling order, and indeed plaintiff has consented to this motion.

The State of Connecticut and the United States were both intimately involved with the Bureau of Indian Affairs ("BIA") proceedings that will be one of the focuses of motions for judgment. By contrast, most if not all of the private landowner defendants (including UI and SCG) did not participate before the BIA. They need additional time to evaluate what occurred during those lengthy and detailed proceedings, and to evaluate the legal impact on their rights and those of plaintiff. Moreover, many of the private defendants are just now able to conclude how they want to be represented after the long 12-year hiatus. For example, the undersigned counsel has just today filed his appearance for SCG, which until now had not used outside counsel in this case. Counsel must now familiarize himself with SCG's prior pleadings in the case, which are largely in SCG's archived storage. It also makes sense for all concerned for there to be further collaboration and discussion among the many private defendants, and additional time would facilitate that goal. For example, many of the defendants in the *Nyzio* consolidated action, involving land in Orange, Connecticut, are homeowners without title insurance and, to the undersigned's knowledge, have not yet fully regrouped in the manner they had back in the 1992-94 time period. Neither the State of Connecticut nor the United States is a defendant in that action.

While UI and SCG do not intend to burden the Court with a motion that duplicates the forthcoming motion for judgment by the State of Connecticut, they need additional time to evaluate their position as private landowners in the region affected by this lawsuit and draft their motion for judgment. Undersigned counsel also has had numerous filing deadlines and court arguments in other matters in the last month, making it difficult to have completed all the necessary work to take the next step in this complex land dispute. Three more weeks are needed.

Wherefore, for good cause shown, it is respectfully requested that the Court grant this motion and modify the current scheduling order's deadline for the filing of motions for judgment by three weeks, from August 3 to August 24, 2006, or to extend the moving defendants' deadline by the same three weeks.

DEFENDANTS
THE UNITED ILLUMINATING COMPANY and
THE SOUTHERN CONNECTICUT GAS
COMPANY

By: /s/ Jeffrey R. Babbin
Jeffrey R. Babbin (ct10859)
jbabbin@wiggin.com
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 (fax)
Attorney for Defendants

## **CERTIFICATION**

I hereby certify that on this 2nd day of August, 2006, the foregoing was electronically filed, with notice of this filing served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. The service list is as follows:

| | |
|---|---|
| Michael D. O'Connell, Esq.<br>O'Connell, Flaherty & Attmore<br>280 Trumbull Street<br>Hartford, CT 06103-3598 | Bernard Wishnia, Esq.<br>204 Eagle Rock Avenue<br>Roseland, NJ 07068 |
| William A. Wechsler, Esq.<br>Bailey & Wechsler<br>583 Old Slocum Road<br>Hebron, CT 06248 | Susan Quinn Cobb, Esq.<br>Mark F. Kohler, Esq.<br>Daniel R. Schaefer, Esq.<br>P.O. Box 120<br>Hartford, CT 06141-0120 |
| Mark T. Anastasi, Esq.<br>Office of the City Attorney<br>City of Bridgeport<br>999 Broad Street, 2nd floor<br>Bridgeport, CT 06604-4328 | Anthony M. Feeherry, Esq.<br>Goodwin, Proctor & Hoar<br>Exchange Place<br>Boston, MA 02109-2881 |
| Henry C. Winiarski, Jr., Esq.<br>941 Wethersfield Avenue<br>Hartford, CT 06114-3137 | David Michael Tilles<br>Law Offices of Scott B. Clendaniel<br>300 Windsor Street<br>P.O. Box 2138<br>Hartford, CT 06145-2138 |
| Richard L. Albrecht, Esq.<br>Austin K. Wolf, Esq.<br>Cohen & Wolf, P.C.<br>1115 Broad Street<br>P.O. Box 1821<br>Bridgeport, CT 06604 | Thomas A. Gugliotti, Esq.<br>Updike, Kelly & Spellacy, P.C.<br>One State Street<br>P.O. Box 231277<br>Hartford, CT 06123-1277 |
| Geoffrey A. Hecht, Esq.<br>Caplan, Hecht & Mendel, LLC<br>20 Trumbull Street<br>P.O. Box 9505<br>New Haven, CT 06534 | John Pirina, Jr., Esq.<br>Law Offices of Arnaldo J. Sierra<br>215 Washington Street<br>Hartford, CT 06106 |

| | |
|---|---|
| Janet L. Janczewski, Esq.<br>Southern Connecticut Gas Co.<br>855 Main Street<br>Bridgeport, CT 06604 | Kimball H. Hunt, Esq.<br>Hunt, Leibert, Chester & Jacobson, P.C.<br>50 Weston Street<br>Hartford, CT 06120-4626 |
| Richard J. Buturla, Esq.<br>Robert L. Berchem, Esq.<br>Berchem, Moses & Devlin, P.C.<br>75 Broad Street<br>Milford, CT 06460 | Andrew M. Eschen, Esq.<br>U.S. Department of Justice<br>Environment & Natural Resource<br>P.O. Box 663<br>Washington, DC 20044-6208 |
| John J. Kelly, Jr.<br>Cantor, Floman, et al.<br>378 Boston Post Road<br>P.O. Drawer 966<br>Orange, CT 06477 | Gerald T. Weiner, Esq.<br>Judith A. Mauzaka, Esq.<br>Weinstein, Weiner, et al.<br>350 Fairfield Avenue<br>P.O. Box 9177<br>Bridgeport, CT 06601 |
| Paul Ruszczyk, Esq.<br>408 Highland Avenue<br>Cheshire, CT 06410 | Stuart A. Margolis, Esq.<br>132 Temple Street<br>New Haven, CT 06510 |
| Michael S. Hillis, Esq.<br>Dombroski, Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, CT 06510 | Gerald L. Garlick, Esq.<br>Linda C. Hadley, Esq.<br>Krasow, Garlick & Hadley<br>One State Street<br>Hartford, CT 06103 |
| Kenneth M. Rozich, Esq.<br>Law Firm of Edward D. Jacobs<br>P.O. Box 1952<br>New Haven, CT 06509 | Howard R. Wolfe, Esq.<br>Goldman, Gruder & Woods<br>125 Mason Street<br>Greenwich, CT 06830 |
| Thomas E. Behuniak, Esq.<br>44 Greenwood Circle<br>Seymour, CT 06483 | James A. Trowbridge, Esq.<br>Quinnipiac University<br>Law School Clinic<br>275 Mount Carmel Avenue<br>Hamden, CT 06518-1946 |
| John B. Hughes, Esq.<br>U.S. Attorney's Office<br>157 Church Street, 23rd floor<br>P.O. Box 1824<br>New Haven, CT 06508-1824 | |

_____
Jeffrey R. Babbin

\10705\118\606140.1