UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | Civil No. 2:92CV0738(JBA) |
| | : | CONSOLIDATED |
| | : | |
| M. JODI RELL, GOVERNOR OF THE STATE OF CONNECTICUT, ET AL., | : | |
| *Defendants.* | : | AUGUST 2, 2006 |

## MOTION FOR JUDGMENT ON THE PLEADINGS OF DEFENDANT GOVERNOR OF THE STATE OF CONNECTICUT

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, the defendant Governor of the State of Connecticut moves for judgment on the pleadings in these three consolidated cases (*Golden Hill Paugussett Tribe of Indians v. Rell,* No. 2:92cv738(JBA); *Golden Hill Paugussett Tribe of Indians v. Nyzio*, No. 3:93cv26(JBA); and *Golden Hill Paugussett Tribe of Indians v. Bachyrycz*, No. 3:93cv694(JBA)). Based on the pleadings and other matters of which the Court may take judicial notice, the plaintiff lacks tribal standing to pursue its claims, and therefore the Court lacks subject matter jurisdiction. Moreover, the relief sought by the plaintiff is barred by the equitable defenses of laches, long acquiescence and impossibility as articulated in the recent cases of *City of Sherill v. Oneida Indian Nation*, 544 U.S. 197 (2005), and *Cayuga Indian*

_____
ORAL ARGUMENT REQUESTED

*Nation of New York v. Pataki*, 413 F.3d 266 (2d Cir. 2005), *cert. denied*, 126 S.Ct. 2021, 2022 (2006).  Accordingly, the defendant is entitled to a judgment of dismissal as a matter of law.

 A memorandum of law in support of this motion is submitted herewith.

           DEFENDANT,
           M. JODI RELL,
           GOVERNOR OF THE STATE OF
           CONNECTICUT

           RICHARD BLUMENTHAL
           ATTORNEY GENERAL


           /s/ Mark F. Kohler
           Mark F. Kohler (#ct 02272)
           Assistant Attorney General
           Susan Quinn Cobb (#ct 03850)
           Assistant Attorney General
           Office of the Attorney General
           55 Elm Street, P.O. Box 120
           Hartford, CT 06141-0120
           (860)808-5270
           (860)808-5385(fax)
           mark.kohler@po.state.ct.us
           susan.cobb@po.state.ct.us

## **CERTIFICATION**

This certifies that a copy of the foregoing Motion for Judgment on the Pleadings was electronically filed on this 2nd day of August, 2006, with notice of this filing served by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

Bernard Wishnia
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ  07068

Michael D. O'Connell
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT  06103-3598

William A. Wechsler
Bailey & Wechsler
583 Slocum Road
Hebron, CT  06248

Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad St., PO Box 1821
Bridgeport, CT  06604

Mark S. Puzella
Anthony M. Feeherry
Andrea L. Studley
Goodwin, Procter & Hoar
Exchange Place, 2nd Floor
Boston, MA  02109-2881

Henry C. Winiarski, Jr.
941 Wethersfield Avenue
Hartford, CT  06114-3137

David G. Chabot
Gerald L. Garlick
Linda Clifford Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT  06103

John J. Kelly, Jr.
Cantor, Floman, Gross, Kelly,
Amendola & Sacramone
378 Boston Post Road
PO Box 966
Orange, CT  06477

Jeffrey R. Babbin
Noel E. Hanf
Wiggin & Dana
One Century Tower
265 Church St., PO Box 1832
New Haven, CT  06508-1832

Austin K. Wolf
Cohen & Wolf, P.C.
1115 Broad St., PO Box 1821
Bridgeport, CT  06604

Thomas Gugliotti
Updike, Kelly & Spellacy, P.C.
One State St., PO Box 231277
Hartford, CT  06123-1277

David Michael Tilles
Law Offices of Scott B. Clendaniel
300 Windsor St.
PO Box 2138
Hartford, CT 06145-2138

Geoffrey A. Hecht
Caplan Hecht Scanlon & Mendel
20 Trumbull St., PO Box 9505
New Haven, CT  06534

Janet L. Janczewski
The Southern Connecticut Gas Co.
885 Main Street
Bridgeport, CT  06604

Robert L. Berchem
Richard J. Buturla
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT  06460

Andrew M. Eschen
U.S. Department of Justice
Ben Franklin Station, PO Box 663
Washington, DC  20044-6208

Judith A. Mauzaka
Gerald T. Weiner
Weinstein, Weiner, Ignal, Vogel, & Shapiro
350 Fairfield Ave., PO Box 9177
Bridgeport, CT  06601

Stuart A. Margolis
1332 Temple Street
New Haven, CT  06510

Howard R. Wolfe
Goldman Gruder & Woods
125 Mason Street
Greenwich, CT  06830

John Pirina, Jr.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT  06106

John B. Hughes
U.S. Attorney's Office of the Attorney General  157 Church Street, 23rd Floor, PO Box 1824
New Haven, CT  06510

James A. Trowbridge
Quinnipiac College
Law School Clinic
275 Mount Carmel Ave.
Hamden, CT  06518-1946

Kimball Haines Hunt
Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT  06120-4626

Mark T. Anastasi
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT  06604-4328

Thomas E. Behuniak
44 Greenwood Circle
Seymore, CT  06483

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT  06510

| | |
|---|---|
| Kenneth M. Rozich | Paul Ruszczyk |
| Law Firm of Edward D. Jacobs | Highland Professional Center |
| PO Box 1952 | 408 Highland Avenue |
| New Haven, CT  06509 | Cheshire, CT  06410 |

/s/ Mark F. Kohler_____
Mark F. Kohler (#ct 02272)
Assistant Attorney General
Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
(860)808-5270
(860)808-5385(fax)
mark.kohler@po.state.ct.us

5