## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | Civil No. 2:92CV0738(JBA) |
| | : | CONSOLIDATED |
| | : | |
| M. JODI RELL, GOVERNOR OF THE STATE OF CONNECTICUT, ET AL., | : | |
| *Defendants.* | : | AUGUST 2, 2006 |

### NOTICE OF MANUAL FILING

Please take notice that the defendant, M. Jodi Rell, Governor of the State of Connecticut, has manually filed the following documents: Exhibits A, E, and F in Support of her Motion for Judgment on the Pleadings. These documents have not been filed electronically because the electronic file size of the document exceeds 1.5 mb.

The documents have been manually served on all the parties.

DEFENDANT,
M. JODI RELL,
GOVERNOR OF THE STATE OF
CONNECTICUT

RICHARD BLUMENTHAL
ATTORNEY GENERAL


/s/ Mark F. Kohler
Mark F. Kohler (#ct 02272)
Assistant Attorney General
Susan Quinn Cobb (#ct 03850)
Assistant Attorney General
Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
(860)808-5270
(860)808-5385(fax)
mark.kohler@po.state.ct.us
susan.cobb@po.state.ct.us

**CERTIFICATION**

      This certifies that a copy of the foregoing Notice of Manual Filing was electronically filed on this 2nd day of August, 2006, with notice of this filing served by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| **Bernard Wishnia**<br>**Roseland Professional Building**<br>**204 Eagle Rock Avenue**<br>**Roseland, NJ  07068** | **Michael D. O'Connell**<br>**O'Connell, Flaherty & Attmore**<br>**280 Trumbull Street**<br>**Hartford, CT  06103-3598** |
| **William A. Wechsler**<br>**Bailey & Wechsler**<br>**583 Slocum Road**<br>**Hebron, CT  06248** | **Richard L. Albrecht**<br>**Cohen & Wolf, P.C.**<br>**1115 Broad St., PO Box 1821**<br>**Bridgeport, CT  06604** |
| **Mark S. Puzella**<br>**Anthony M. Feeherry**<br>**Andrea L. Studley**<br>**Goodwin, Procter & Hoar**<br>**Exchange Place, 2nd Floor**<br>**Boston, MA  02109-2881** | **Henry C. Winiarski, Jr.**<br>**941 Wethersfield Avenue**<br>**Hartford, CT  06114-3137** |
| **David G. Chabot**<br>**Gerald L. Garlick**<br>**Linda Clifford Hadley**<br>**Krasow, Garlick & Hadley**<br>**One State Street**<br>**Hartford, CT  06103** | **John J. Kelly, Jr.**<br>**Cantor, Floman, Gross, Kelly,**<br>**Amendola & Sacramone**<br>**378 Boston Post Road**<br>**PO Box 966**<br>**Orange, CT  06477** |
| **Jeffrey R. Babbin**<br>**Noel E. Hanf**<br>**Wiggin & Dana**<br>**One Century Tower**<br>**265 Church St., PO Box 1832**<br>**New Haven, CT  06508-1832** | **Austin K. Wolf**<br>**Cohen & Wolf, P.C.**<br>**1115 Broad St., PO Box 1821**<br>**Bridgeport, CT  06604** |
| **Thomas Gugliotti**<br>**Updike, Kelly & Spellacy, P.C.**<br>**One State St., PO Box 231277**<br>**Hartford, CT  06123-1277** | **David Michael Tilles**<br>**Law Offices of Scott B.**<br>**Clendaniel**<br>**300 Windsor St.**<br>**PO Box 2138**<br>**Hartford, CT 06145-2138** |

**Geoffrey A. Hecht**
**Caplan Hecht Scanlon & Mendel**
**20 Trumbull St., PO Box 9505**
**New Haven, CT  06534**

**Janet L. Janczewski**
**The Southern Connecticut Gas Co.**
**885 Main Street**
**Bridgeport, CT  06604**

**Robert L. Berchem**
**Richard J. Buturla**
**Berchem, Moses & Devlin, P.C.**
**75 Broad Street**
**Milford, CT  06460**

**Andrew M. Eschen**
**U.S. Department of Justice**
**Ben Franklin Station, PO Box 663**
**Washington, DC  20044-6208**

**Judith A. Mauzaka**
**Gerald T. Weiner**
**Weinstein, Weiner, Ignal, Vogel, & Shapiro**
**350 Fairfield Ave., PO Box 9177**
**Bridgeport, CT  06601**

**Stuart A. Margolis**
**1332 Temple Street**
**New Haven, CT  06510**

**Howard R. Wolfe**
**Goldman Gruder & Woods**
**125 Mason Street**
**Greenwich, CT  06830**

**John Pirina, Jr.**
**Law Offices of Arnaldo J. Sierra**
**215 Washington Street**
**Hartford, CT  06106**

**John B. Hughes**
**U.S. Attorney's Office of the Attorney General  157 Church Street, 23rd Floor, PO Box 1824**
**New Haven, CT  06510**

**James A. Trowbridge**
**Quinnipiac College**
**Law School Clinic**
**275 Mount Carmel Ave.**
**Hamden, CT  06518-1946**

**Kimball Haines Hunt**
**Hunt, Leibert, Chester & Jacobson, P.C.**
**50 Weston Street**
**Hartford, CT  06120-4626**

**Mark T. Anastasi**
**City of Bridgeport**
**Office of the City Attorney**
**999 Broad Street, 2nd Floor**
**Bridgeport, CT  06604-4328**

**Thomas E. Behuniak**
**44 Greenwood Circle**
**Seymore, CT  06483**

**Michael Stanton Hillis**
**Dombroski, Knapsack & Hillis**
**129 Whitney Avenue**
**New Haven, CT  06510**

| | |
|---|---|
| Kenneth M. Rozich | Paul Ruszczyk |
| Law Firm of Edward D. Jacobs | Highland Professional Center |
| PO Box 1952 | 408 Highland Avenue |
| New Haven, CT  06509 | Cheshire, CT  06410 |

/s/ Mark F. Kohler_____
Mark F. Kohler (#ct 02272)
Assistant Attorney General
Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
(860)808-5270
(860)808-5385(fax)
mark.kohler@po.state.ct.us