UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | Civil No. 2:92CV0738(JBA) |
| | : | CONSOLIDATED |
| M. JODI RELL, GOVERNOR OF THE STATE OF CONNECTICUT, ET AL., | : | |
| *Defendants.* | : | AUGUST 2, 2006 |

## UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

The United States hereby moves for an extension of time to respond to the Amended Complaint filed by Plaintiff on July 20, 2006. By previous electronic order of the Court, the defendants were to file dispositive motions in response by August 3, 2006. The United States is requesting an additional three weeks to respond, or by August 24, 2006.

In the Amended Complaint, the interest of the United States is set forth in paragraph 46 and relates to land at 120 Middle Street, Bridgeport, Connecticut, which is the location of a United States Postal Service facility. However, in addition to this particular land interest, the United States also has an interest in this litigation due to the decision of the Department of the Interior finding that the Golden Hill Paugusett Plaintiff is not an Indian Tribe under the Federal Acknowledgment regulations at 25 C.F.R. Part 83.

The United States needs additional time to coordinate between the Department of the Interior and the Department of Justice to prepare a response. In particular, the impact of the agency's acknowledgment decision on Plaintiff's standing to pursue land claims and the impact of recent cases such as <u>City of Sherill</u> v. <u>Oneida Indian Nation of New York</u>, 544 U.S. 197

(2005) and Cayuga Indian Nation of New York v. Pataki, 413 F.3d 266 (2d Cir. 2005) concerning land claims under the Non-Intercourse Act is currently under review by DOI and DOJ.

    Counsel for Plaintiff has been contacted and has no objection to the request for a three week extension. This is the first request for an extension filed by the United States with respect to this current deadline.

                                        Respectfully submitted,

                                        KEVIN J. O'CONNOR
                                        UNITED STATES ATTORNEY

                                        /s/

                                        JOHN B. HUGHES
                                        ASSISTANT UNITED STATES ATTORNEY
                                        CHIEF, CIVIL DIVISION
                                        157 CHURCH STREET, 23RD FLOOR
                                        NEW HAVEN, CT 06510
                                        FEDERAL BAR #ct05289
                                        (203) 821-3700; fax: (203) 773-5373
                                        john.hughes@usdoj.gov

## CERTIFICATION OF SERVICE

_____ This is to certify that a copy of the within and foregoing United States Motion for Extension of Time to Respond to Amended Complaint was electronically filed on this 2d day of August, 2006, with notice of this filing served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| Bernard Wishnia<br>Roseland Professional Building<br>204 Eagle Rock Avenue<br>Roseland, NJ 07068 | Michael D. O'Connell<br>O'Connell Flaherty & Attmore<br>280 Trumbull Street<br>Hartford, CT 06103-3598 |
| William A. Wechsler<br>Bailey & Wechsler<br>583 Slocum Road<br>Hebron, CT 06248 | Richard L. Albrecht<br>Cohen & Wold, P. C.<br>1115 Broad Street, P. O. Box 1821<br>Bridgeport, CT 06604 |
| Mark S. Puzella<br>Anthony M. Feeherry<br>Andrea L. Studley<br>Goodwin, Procter & Hoar<br>Exchange Place, 2nd Floor<br>Boston, MA 02109-2881 | Mark F. Kohler<br>Susan Quinn Cobb<br>Office of the Attorney General<br>55 Elm Street, P. O. Box 120<br>Hartford, CT 06141-0120 |
| David G. Chabot<br>Gerald L. Garlick<br>Linda Clifford Hadley<br>Krasow, Garlick & Hadley<br>One State Street<br>Hartford, CT 06103 | John J. Kelly, Jr.<br>Cantor, Floman, Gross, Kelly,<br>Amendola & Sacramone<br>378 Boston Post Road<br>P. O. Box 966<br>Orange, CT 06477 |
| Jeffrey R. Babbin<br>Noel E. Hanf<br>Wiggin & Dana<br>One Century Tower<br>265 Church Street, P. O. Box 1832<br>New Haven, CT 06508-1832 | Austin K. Wolf<br>Cohen & Wolf, P. C.<br>1115 Broad Street, P. O. Box 1821<br>Bridgeport, CT 06604 |
| Thomas Gugliotti<br>Updike, Kelly & Spellacy, P. C.<br>One State Street, P. O. Box 231277<br>Hartford, CT 06123-1277 | Henry C. Winiarski, Jr.<br>941 Wethersfield Avenue<br>Hartford, CT 06114-3137 |

Geoffrey A. Hecht
Caplan, Hecht, Scanlon & Mendel
20 Trumbull Street, P. O. Box 9505
New Haven, CT 06534

Janet L. Janczewski
The Southern Connecticut Gas Co.
885 Main Street
Bridgeport, CT 06604

Robert L. Berchem
Richard J. Buturla
Berchem, Moses & Devlin, P. C.
75 Broad Street
Milford, CT 06460

Caroline Blanco
U. S. Department of Justice
Ben Franklin Station, P. O. Box 663
Washington, D.C. 20044-6208

Judith A. Mauzaka
Gerald T. Weiner
Weinstein Weiner Ignal Vogel & Shapiro
350 Fairfield Avenue, P. O. Box 9177
Bridgeport, CT 06601

Stuart A. Margolis
1332 Temple Street
New Haven, CT 06510

Howard R. Wolfe
Goldman, Gruder & Woods
125 Mason Street
Greenwich, CT 06830

Paul Ruszczyk
Highland Professional Center
408 Highland Avenue
Cheshire, CT 06410

John Pirina, Jr.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

Kimball Haines Hunt
Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT 06120-4626

James A. Trowbridge
Quinnipiac University
Law School Clinic
275 Mount Carmel Avenue
Hamden, CT 06518-1946

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Mark T. Anastasi
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Thomas E. Behuniak
44 Greenwood Circle
Seymour, CT 06483

Kenneth M. Rozich
Law Firm of Edward D. Jacobs
P. O. Box 1952
New Haven, CT 06509


____/s/_____
JOHN B. HUGHES
CHIEF, CIVIL DIVISION