UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS | : : | |
|     Plaintiff | : : | Civil No. 2:92 cv 0738 (JBA) (Consolidated) |
| v. | : : | |
| M. JODI RELL, GOVERNOR OF THE STATE OF CONNECTICUT, ET AL | : : | |
|     Defendants | : | August 3, 2006 |

DEFENDANT D'ADDARIO INDUSTRIES' MOTION TO DISMISS AND
MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P. Rule 12(b)(1) the defendant D'Addario Industries moves to dismiss this action for lack of jurisdiction over the subject matter. Said defendant further moves pursuant to Rule 12(b)(6) for failure of the amended complaint to set a claim upon which relief can be granted and for judgment on the pleadings pursuant to Rule 12(c). The grounds for this motion are that based on the pleadings and other matters of which the Court may take judicial notice, the plaintiff lacks triable standing to pursue its claims and that the claims alleged in the amended complaint are barred as a matter of law based on the recent decisions in City of Sherill v. Oneida Indian Nation, 554 U.S. 197 (2005), and Cayuga Indian Nation of New York v. Pataki, 413 F.3d 266 (2d Cir. 2005), *cert. denied*, 126 S.Ct. 2021, 2002 (2006).

In the interest of avoiding repetitious pleadings, Defendant D'Addario Industries joins in and adopts as its own the Memorandum of Law in Support of Motion for Judgment on the pleadings of defendant Governor Rell of the State of Connecticut
ORAL ARGUMENT REQUESTED

{00087156.DOC}

dated August 2, 2006 in support of its motions to dismiss and for judgment on the pleadings.

                              THE DEFENDANT
                              D'Addario Industries

                              ___//s//_____
                              Warren L. Holcomb, Esq.
                              Berchem, Moses & Devlin, P.C.
                              75 Broad Street
                              Milford, CT  06460
                              (203) 783-1200
                              Fed. ID #13127
                              wholcomb@bmdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2006, a copy of the foregoing Defendant D'Addario Industries' Motion to Dismiss and Motion for Judgment oh the Pleadings was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          ___//s//_____
          Warren L. Holcomb

{00087156.DOC}