UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS, ET AL., *Plaintiffs,* | : : : : | |
| v. | : : : | Civil No. 2:92CV0738(JBA) CONSOLIDATED |
| LOWELL P. WEICKER, JR., GOVERNOR OF THE STATE OF CONNECTICUT, ET AL., *Defendants.* | : : : | AUGUST 3, 2006 |

## DEFENDANT HOFFMAN FUEL COMPANY'S
## MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant Hoffman Fuel Company hereby adopts and incorporates by reference the Motion for Judgment on the Pleadings and Memorandum of Law in Support of Motion for Judgment on the Pleadings of Defendant Governor of the State of Connecticut in the above-captioned action.

Respectfully Submitted,

HOFFMAN FUEL COMPANY

By its attorneys,

  /s/ Anthony M. Feeherry
Anthony M. Feeherry
Goodwin Procter LLP
53 State Street
Boston, MA 02116
(617) 570-1000

LIBA/1720484.1

**CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 3, 2006.

      /s/ Anthony M. Feeherry_____
      Anthony M. Feeherry