UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSETT TRIBE OF INDIANS, ET AL., | : : : | CIVIL ACTION NO. 2:92CV00738 |
| Plaintiffs, | : : | |
| vs. | : : | |
| M. JODI RELL, GOVERNOR OF THE STATE OF CONNECTICUT, ET AL., | : : : | |
| Defendants. | : | August 3, 2006 |

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record.

Please enter my appearance in this case for the defendants on the annexed list.

I certify that I am admitted to practice in this Court.

DATED: Bridgeport, Connecticut on August 3, 2006.

By /s/ *Roberta Napolitano*
ROBERTA NAPOLITANO ct08378
Weinstein, Weiner, Ignal,
Napolitano, & Shapiro, P.C.
P.O. Box 9177
Bridgeport, CT 06601
(203)333-1177

\*    John C. D'Amato
     Louis J. D'Amato
     Bohdan Antonyshyn
     Mary Antonyshyn
     John J Bachrycz, Jr.
     Janet E. Bachrycz
     Walter Bespuda
     Beth Israel Synagogue Center, Inc
     Sonia Bilinsk
     Lester M. Brooks
     Catholic Cemetaries Association of the Archdiocese of Hartford
     Pasquale A. Centore
     Raffaelina A. Centore
     Lois Chadwick
     John D. Ciola
     James G. Cochlin
     Ellen S. Cochlin
     Jeanette W. Cook
     Robert W. Cook
     Joseph D. Cozza
     Lilian E. Cozza

| | |
|---|---|
| William J. Davis | Pearl F. Moccia |
| Julia Dinan | Howard Novitch |
| David W. Gilbert | Beryl Novitch |
| Grace G. Gilbert | Eric A. Olson |
| Betty I. Goldberg | Marion C. Olson |
| Stephen A. Horling | Irma Ostrowsky |
| Sandra C. Horling | William Ostrowsky |
| Barton E. Harrison | Paul J. Peterson |
| Marcia A. Harrison | Janice A. Peterson |
| Ofelia Hodge | Robert W. Petronzi |
| Taube Gurland | Rose Marie Petronzi |
| Pamela Katz | Robert D. Prior |
| Bertha Kopec | Evon Prior |
| Robert E. Lebson | Remo Redente |
| Ellen S. Lebson | Aniko Richheimer |
| Kenneth E. Lenz | Robert M Riskin |
| Patricia A. Lenz | Roxann Riskin |
| Wallace P. Loman | |
| Douglas F. McDermott | Diane A. Rosner |
| Karen J. McDermott | Henry Salzberg |
| David Mitchelson | Rita Lisa Salzberg |
| Marylee Mitchelson | Helen R. Selmon |
| Anthony P. Moccia | David G. Sharnoff |

Susan B. Sharnoff
David A. Siefer
Kathleen M. Siefer
Eugene Simon
Marilyn Simon
Gerald B. Smith
Judith R. Smith
Bruce J. Spiewak
Lauren N. Spiewak
William H. Stoddard, JR.
Morris N. Teller
Irene Teller
Frances M Turecek
Eugene Simon
Marilyn Simon
Gerald B. Smith
Judith R. Smith
Bruce J. Spiewak
Lauren N. Spiewak
Paul C. Weisman
Esther T. Weisman
Dorothy Yankus

## Certification

I hereby certify that on August 3, 2006, the foregoing was electronically filed, with notice of this filing served by e-mail to all parties by operation of the Court's electronic filing system or by mail on August 4, 2006 to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System. The service list is as follows:

Bernard Wishnia
204 Eagle Rock Avenue
Roseland, N.J.  07068

Mark C. Anastasi
Office of the City Attorney
999 Broad Street- 2nd Floor
Bridgeport, CT 06604

Jeffrey Babbin
Noel Hanf
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, Ct 06508-1832

Austin Wolfe
Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Susan Quinn Cobb
Mark Kohler
Daniel R. Schaefer, AAG
P.O. Box 120
Hartford, Ct 06141-0120

John Pirina
Law Offices of Arnaldo Sierra
215 Washington Street
Hartford, CT 06106

Robert Berchem
Richard Buturla
Berchum, Moses & Devlin
75 Broad Street
Milford, CT 06460

Michael O'Connell,
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103-3598

Anthony Feeherry
Goodwin, Proctor & Hoar
Exchange Place
Boston, MA 02109-2881

Andrew M. Eschen
U.S. Department of Justice
Environment & Natural Resource
P.O. Box 663
Washington, D.C. 20044-0663

Howard Wolfe
Goldman, Gruder & Woods
125 Mason Street
Greenwich, CT 06830

William Weschler
Bailey & Weschler
583 Old Slocum Road
Hartford, CT 06141-0120

Henry Winiarski
941 Wethersfield Avenue
Hartford, CT 06114-3137

James Trowbridge
Quinnipiac University

Law School Clinic
275 Mount Carmel Avenue
Hamden, CT 06518-1946

Gerald Garlick
Linda Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Geoffrey A. Hecht
Caplan, Hecht & Mendel LLC
20 Trumbull Street
P.O. Box 9505
New Haven, CT 06534

Janet Janczewski,
Southern Connecticut Gas Company
855 Main Street
Bridgeport, CT 06605

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, Ct 06510

Stuart A. Margolis
132 Temple Street
New Haven, Ct 06510

Alexander H. Schwartz
3695 Post Road
P.O. Box 701
Southport, CT 06490

Kimbel Hunt
Hunt Liebert Chester & Jaconson
50 Weston Street
Hartford, Ct 06120-4626

Paul Ruszczyk
418 Highland Avenue
Cheshire, Ct 06410

Thomas Behuniak
44 Greenwood Circle
Seymour, CT 06483

Kenneth Lenz
982 Rainbow Trail
Orange, Ct 06477

John Kelly
Cantor Floman et al
378 Boston Post Road
P.O. Box 966
Orange, CT 06477

Kenneth Rozich
Law Firm of Edward Jacobs
P.O. Box 1952
New Haven, CT 06509

John Hughes
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, CT 06508-1824

Howard R. Wolfe
Albert Pastore & Ward
125 Mason Street
P.O. Box 1668
Greenwich, Ct 06830

/s/*Roberta Napolitano*
Roberta Napolitano

Case 2:92-cv-00738-JBA    Document 336    Filed 08/03/2006    Page 6 of 6