UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSETT TRIBE OF INDIANS, ET AL., | : : : | CIVIL ACTION NO. 2:92CV00738 |
| Plaintiffs, | : : | |
| vs. | : : | |
| M. JODI RELL, GOVERNOR OF THE STATE OF CONNECTICUT, ET AL., | : : : : | |
| Defendants. | : | August 3, 2006 |

**MOTION TO MODIFY SCHEDULING ORDER AND FOR EXTENSION OF TIME**

The undersigned defendants in the consolidated *Bachyrycz* case hereby join in, adopt and incorporate by reference as if fully set forth herein the August 2, 2006 Motion to Modify Scheduling Order and for Extension of Time filed by the Defendants the United Illuminating Company and the Southern Connecticut Gas Company. The undersigned defendants have been unable to contact the plaintiff to determine if it consents to this motion. The co-defendants are too numerous to contact. The undersigned represent numerous defendants in this case, and due to the extended time period this matter was inactive, have been unable to evaluate their positions as private landowners.

Wherefore, for good cause shown, it is respectfully requested that the Court grant this motion and modify the current scheduling order's deadline for the filing of motions for judgment by three weeks, from August 3, 2006 to August 24, 2006, or to extend the moving defendants' deadline by the same three weeks.

The Defendants*

By   /s/Roberta Napolitano
     Roberta Napolitano (ct08378)
     rnapolitano@wwinslaw.com
     Judith Mauzaka (ct05447)
     jmauzaka@wwinslaw.com
     Gerald Weiner (ct07764)
     gweiner@aol.com
     Weinstein, Weiner, Ignal, Napolitano & Shapiro, P.C.
     350 Fairfield Avenue
     Bridgeport, CT 06604
     203-333-1177
     203-384-9832 fax

*   John C. D'Amato
    Louis J. D'Amato
    Bohdan Antonyshyn
    Mary Antonyshyn
    John J Bachrycz, Jr.
    Janet E. Bachrycz
    Walter Bespuda
    Beth Israel Synagogue Center, Inc
    Sonia Bilinsk
    Lester M. Brooks
    Catholic Cemetaries Association of the Archdiocese of Hartford
    Pasquale A. Centore
    Raffaelina A. Centore
    Lois Chadwick
    John D. Ciola
    James G. Cochlin
    Ellen S. Cochlin
    Jeanette W. Cook
    Robert W. Cook
    Joseph D. Cozza
    Lilian E. Cozza

    William J. Davis                    Stephen A. Horling
    Julia Dinan                         Sandra C. Horling
    David W. Gilbert                    Barton E. Harrison
    Grace G. Gilbert                    Marcia A. Harrison
    Betty I. Goldberg                   Ofelia Hodge

<div style="columns:2">

Taube Gurland
Pamela Katz
Bertha Kopec
Robert E. Lebson
Ellen S. Lebson
Kenneth E. Lenz
Patricia A. Lenz
Wallace P. Loman
Douglas F. McDermott
Karen J. McDermott
David Mitchelson
Marylee Mitchelson
Anthony P. Moccia
Pearl F. Moccia
Howard Novitch
Beryl Novitch
Eric A. Olson
Marion C. Olson
Irma Ostrowsky
William Ostrowsky
Paul J. Peterson
Janice A. Peterson
Robert W. Petronzi
Rose Marie Petronzi
Robert D. Prior
Evon Prior
Remo Redente
Aniko Richheimer
Robert M Riskin
Roxann Riskin

Diane A. Rosner
Henry Salzberg
Rita Lisa Salzberg
Helen R. Selmon
David G. Sharnoff
Susan B. Sharnoff
David A. Siefer
Kathleen M. Siefer
Eugene Simon
Marilyn Simon
Gerald B. Smith
Judith R. Smith
Bruce J. Spiewak
Lauren N. Spiewak

William H. Stoddard, JR.
Morris N. Teller
Irene Teller
Frances M Turecek
Eugene Simon
Marilyn Simon
Gerald B. Smith
Judith R. Smith
Bruce J. Spiewak
Lauren N. Spiewak
Paul C. Weisman
Esther T. Weisman
Dorothy Yankus

</div>

**Certification**

I hereby certify that on August 3, 2006, the foregoing was electronically filed, with notice of this filing served by e-mail to all parties by operation of the Court's electronic filing system or by mail on August 4, 2006 to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System. The service list is as follows:

Bernard Wishnia
204 Eagle Rock Avenue
Roseland, N.J. 07068

Mark C. Anastasi
Office of the City Attorney
999 Broad Street- 2nd Floor
Bridgeport, CT 06604

Jeffrey Babbin
Noel Hanf
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, Ct 06508-1832

Austin Wolfe
Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Susan Quinn Cobb
Mark Kohler
Daniel R. Schaefer, AAG
P.O. Box 120
Hartford, Ct 06141-0120

John Pirina
Law Offices of Arnaldo Sierra
215 Washington Street
Hartford, CT 06106

Robert Berchem
Richard Buturla
Berchum, Moses & Devlin
75 Broad Street
Milford, CT 06460

Michael O'Connell,
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103-3598

Anthony Feeherry
Goodwin, Proctor & Hoar
Exchange Place
Boston, MA 02109-2881

Andrew M. Eschen
U.S. Department of Justice
Environment & Natural Resource
P.O. Box 663
Washington, D.C. 20044-0663

Howard Wolfe
Goldman, Gruder & Woods
125 Mason Street
Greenwich, CT 06830

William Weschler
Bailey & Weschler
583 Old Slocum Road
Hartford, CT 06141-0120

Henry Winiarski
941 Wethersfield Avenue
Hartford, CT 06114-3137

James Trowbridge
Quinnipiac University

| | |
|---|---|
| Law School Clinic<br>275 Mount Carmel Avenue<br>Hamden, CT 06518-1946 | Kimbel Hunt<br>Hunt Liebert Chester & Jaconson<br>50 Weston Street<br>Hartford, Ct 06120-4626 |
| Gerald Garlick<br>Linda Hadley<br>Krasow, Garlick & Hadley<br>One State Street<br>Hartford, CT 06103 | Paul Ruszczyk<br>418 Highland Avenue<br>Cheshire, Ct 06410 |
| Geoffrey A. Hecht<br>Caplan, Hecht & Mendel LLC<br>20 Trumbull Street<br>P.O. Box 9505<br>New Haven, CT 06534 | Thomas Behuniak<br>44 Greenwood Circle<br>Seymour, CT 06483 |
| Janet Janczewski,<br>Southern Connecticut Gas Company<br>855 Main Street<br>Bridgeport, CT 06605 | Kenneth Lenz<br>982 Rainbow Trail<br>Orange, Ct 06477 |
| Michael Stanton Hillis<br>Dombroski, Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, Ct 06510 | John Kelly<br>Cantor Floman et al<br>378 Boston Post Road<br>P.O. Box 966<br>Orange, CT 06477 |
| Stuart A. Margolis<br>132 Temple Street<br>New Haven, Ct 06510 | Kenneth Rozich<br>Law Firm of Edward Jacobs<br>P.O. Box 1952<br>New Haven, CT 06509 |
| Alexander H. Schwartz<br>3695 Post Road<br>P.O. Box 701<br>Southport, CT 06490 | John Hughes<br>U.S. Attorney's Office<br>157 Church Street<br>P.O. Box 1824<br>New Haven, CT 06508-1824 |
| Howard R. Wolfe<br>Albert Pastore & Ward<br>125 Mason Street<br>P.O. Box 1668<br>Greenwich, Ct 06830 | /s/*Roberta Napolitano*<br>Roberta Napolitano |