UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GOLDEN HILL PAUGUSSETT TRIBE  :
OF INDIANS,
    *Plaintiff*
                             :

Vs.                                :      Civil No. 2:92CV0738(JBA)
                                       CONSOLIDATED

M JODI RELL, GOVERNOR         :
OF THE STATE OF CONNECTICUT,  :
ET AL
    *Defendants*           :      August 7, 2006

**JOINDER BY DEFENDANTS, UNION TRUST COMPANY, ANTONIO M. ALMEIDA, MARIA ALMEIDA, PETER G. STANDISH, and CHRISTINA SMILLIE TO MOTION FOR JUDGMENT ON THE PLEADINGS**

      The defendants, Union Trust Company, Antonio M. Almeida, Maria Almeida, Peter G. Standish and Christina Smillie, hereby join in the Motion for Judgment on the Pleadings filed by the defendant Governor of the State of Connecticut, dated August 2, 2006.

                                       DEFENDANTS, UNION TRUST COMPANY,
                                       ANTONIO M. ALMEIDA, MARIA ALMEIDA,
                                       PETER G. STANDISH and CHRISTINA SMILLIE

                        BY: _____
                                 Geoffrey A. Hecht
                                 Their Attorney
                                 Caplan, Hecht & Mendel, LLC
                                 20 Trumbull Street, P.O. Box 9505
                                 New Haven, CT 06534
                                 Phone: (203)772-0070
                                 Fax: (203)773-0395
                                 Ct00179; ghecht@chsm-law.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 7th day of August, 2006 to:

Bernard Wishnia
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ 07068

Richard L. Albrecht, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

William A. Wechsler, Esq.
Bailey & Wechsler
583 Old Slocum Road
Hebron, CT 06248

Henry C. Winiarski, Jr.
941 Wethersfield Avenue
Hartford, CT 06114-3137

David G. Chabot
Gerald L. Garlick
Linda Clifford Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

John J. Kelly Jr., Esq.
Cantor, Floman, Gross, Kelly, Amendola & Sacramone
378 Boston Post Road
P.O. Box 966
Orange, CT 06477

Noel E. Hanf, Esq.
Wiggin & Dana
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Kenneth Lenz
35 Old Tavern Road
Orange, CT 06477-3433

Thomas Gugliotti, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Austin K. Wolf, Esq.
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Susan Quinn Cobb
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06141

Janet L. Janczewiski
The Southern Connecticut Gas Co.
885 Main Street
Bridgeport, CT 06604

Robert L. Berchem, Esq.
Richard J. Buturla, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Andrew M. Eschen
U.S. Department of Justice
Ben Franklin Station
P.O. Box 663
Washington, DC 20044-6208

Attorney Judith A. Mauzaka
Gerald T. Weiner, Esq.
Weinstein, Weiner, Ignal, Vogel & Shapiro
350 Fairfield Avenue
P.O. Box 9177
Bridgeport, CT 06601

Stuart A. Margolis, Esq.
132 Temple Street,
New Haven, CT 06510

Howard R. Wolfe, Esq.
Goldman, Gruder & Woods
125 Mason Street
Greenwich, CT 06830

John Pirina, Jr., Esq.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

John B. Hughes, Esq.
Office of the Attorney General
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

James A. Trowbridge
Quinnipiac College Law School Clinic
275 Mount Cannel Avenue
Hamden, CT 06518-1946

Attorney Kimball Haines
Hunt Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT 06120-4626

Mark T. Anastasi, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Thomas E. Behuniak
44 Greenwood Circle
Seymour, CT 06483

Michael Stanton, Esq.
Hillis Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Kenneth M. Rozich, Esq.
Law Firm of Edward D. Jacobs
P.O. Box 1952
New Haven, CT 06509

Mark S. Puzella, Esq.
Attorney Andrea L. Studley
Anthony M. Feeherry, Esq.
Goodwin, Proctor & Hoar
Exchange Place, 2nd Floor
Boston, MA 02109-2881

Paul Ruszczyk, Esq.
Highland Professional Center
408 Highland Avenue
Cheshire, CT 06410

Mark F. Kohler
Assistant Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103-3598

/s/ Geoffrey A. Hecht

Geoffrey A. Hecht
Caplan, Hecht & Mendel, LLC
20 Trumbull Street, P.O. Box 9505
New Haven, CT 06534
Phone: (203)772-0070
Fax: (203)773-0395
Ct00179
ghecht@chsm-law.com