UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS<br><br>Plaintiff,<br><br>vs.<br><br>M. JODI RELL, GOVENOR OF THE STATE OF CONNECTICUT, et al<br><br>Defendants | CASE NO.<br><br>2:92-cv-00738 (JBA)<br><br><br><br>AUGUST 4, 2006 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT

The Plaintiff, Golden Hill Paugussett Tribe of Indians, hereby moves for an extension of time to respond to the Motion for Judgment filed by the Defendant, M. Jodi Rell, Governor of the State of Connecticut, on August 2, 2006. By previous order of the Court, the Plaintiff was to file responses within ten calendar days of any dispositive motion filed by the Defendants. The Defendant United States filed a Motion for Extension of Time to Respond to the Amended Complaint, requesting an additional three weeks, or by August 24, 2006, to respond. The Defendants The Southern Connecticut Gas Company ("SCG") and The United Illuminating Company ("UI) also jointly moved for an additional three weeks, or until August 24, 2006, to

file a pretrial motion for judgment. As such, the Plaintiff is requesting that it have ten days from the date requested by Defendants United States, SCG and UI, or until September 5, 2006, to file a responsive motion to the Defendant Governor's Motion for Judgment.

It is the Plaintiff's expectation that SCG and UI, as well as other Defendants, will file pretrial motions for judgment that are comparable to the motion for judgment filed by the Defendant Governor. It is also likely that the Plaintiff's response to each of these motions for judgment will be similar to its response to the Defendant Governor's Motion for Judgment. As such, the Plaintiff is requesting additional time to respond to Defendant Governor's Motion so that it will only have to file one responsive pleading to all motions for judgment that are filed and not burden the court the multiple filings. This extension of time will also create uniformity in the pleading schedule.

Counsel for Defendant M. Jodi Rell, Governor of the State of Connecticut has been contacted and has no objection to the request for additional time.

THE PLAINTIFF

By: _____
Michael D. O'Connell
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT  06103
Federal Bar. No. CT05299
(860) 548-1300
(860) 548-0023  (facsimile)
mailto:moconnell@ofalaw.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal rules of Civil Procedure on this 4th day of August, 2006 to:

Bernard Wishnia
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ 07068

William A. Wechsler
Bailey & Wechsler
583 Old Slocum Road
Hebron, CT 06248

David G. Chabot
Gerald L. Garlick
Linda Clifford Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Noel E. Hanf
Wiggin & Dana
One Century Tower
265 Church St., P.O. Box 1832
New Haven, CT 06508-1832

Thomas Gugliotti
Updike, Kelly & Spellacy, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277

Susan Quinn Cobb
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141

Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad Street, P.O. Box 1821
Bridgeport CT 06604

Henry C. Winiarski, Jr.
941 Wethersfield Avenue
Hartford, CT 06114-3137

John J. Kelly, Jr.
Cantor, Floman, Gross, Kelly
 Amendola & Sacramone
378 Boston Post Road
P.O. Box 966
Orange, CT 06477

Kenneth Lenz
35 Old Tavern Road
Orange, CT 06477-3433

Austin K. Wolf
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Geoffrey A. Hecht
Caplan, Hecht, Scanlon & Mendel
20 Trumbull Street, P.O. Box 9505
New Haven, CT 06534

Janet L. Janczewiski
The Southern Connecticut Gas Co.
885 Main Street
Bridgeport, CT 06604

Robert L. Berchem
Richard J. Buturla
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Andrew M. Eschen
U.S. Department of Justice
Ben Franklin Station, PO Box 663
Washington, DC 20044-6208

Judith A. Mauzaka
Gerald T. Weiner
Weinstein, Weiner, Ignal, Vogel & Shapiro
350 Fairfield Avenue, P.O. Box 9177
Bridgeport, CT 06601

Stuart A. Margolis
132 Temple Street
New Haven, CT 06510

Howard R. Wolfe
Goldman, Gruder & Woods
125 Mason Street
Greenwich, CT 06830

John Pirina, Jr.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

John B. Hughes
U.S. Atty's Office of the Atty. General
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

James A. Trowbridge
Quinnipiac College
Law School Clinic
275 Mount Carmel Avenue
Hamden, CT 06518-1946

Kimball Haines Hunt
Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT 06120-4626

Mark T. Anastasi
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Thomas E. Behuniak
44 Greenwood Circle
Seymour, CT 06483

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Kenneth M. Rozich
Law Firm of Edward D. Jacobs
P.O. Box 1952
New Haven, CT 06509

Anthony M. Feeherry
Goodwin, Procter & Hoar
Exchange Place, 2nd Floor
Boston, MA 02109-2881

Paul Ruszczyk
Highland Professional Center
408 Highland Avenue
Cheshire, CT 06410

Jeffrey R. Babbin
Wiggin & Dana
One Century Tower
265 Church St., P.O. Box 1832
New Haven, CT 06508-1832

Mark F. Kohler
Assistant Attorney General
Office of the Attorney General
55 Elm Street, P.O. Box 0120
Hartford, CT 06141-0120

_____
Michael D. O'Connell
Commissioner of the Superior Court