UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GOLDEN HILL PAUGUSSETT** | : | NO.: 2:92 CV 00738 (JBA) |
| **TRIBE OF INDIANS,** | : | LEAD CASE NUMBER |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **M. JODI RELL, GOVERNOR** | : | |
| **OF THE STATE OF CONNECTICUT,** *et al.* | : | |
| Defendants, | : | AUGUST 11, 2006 |

### Answer And Defenses Of
### Defendants Joseph E. Shapiro and Marjorie Shapiro

Defendants Joseph E. Shapiro and Marjorie Shapiro (the "Shapiros") for their answer and as defenses to the Plaintiff's Amended Complaint, dated July 19, 2006, hereby adopt, restate and incorporate by reference, the Answer and Defenses of the Defendant M. Jodi Rell, Governor of the State of Connecticut (the "State"), dated July 28, 2006, as if fully set forth herein. The Shapiros are named as defendants in the consolidated case – *Golden Hill Paugussett Tribe of Indians v. Bachyrycz*, No. 3:93cv694(JBA). The Court consolidated the *Bachyrycz* case with the above-captioned lead case.

In addition to the defenses asserted in the State's Answer and Defenses, the Shapiros further assert the following:

**By Way Of Defenses:**

1. The Amended Complaint fails to state a claim against the Shapiros upon which relief can be granted.

2. The Shapiros are bona fide good faith purchasers for value of the property located at 952 Rainbow Trail, Orange, Connecticut, by virtue of the fact that, at all relevant times, they purchased said property from their predecessor in title in complete good faith, for good and valuable consideration and without any knowledge that Plaintiff claimed any rights in or to said property. Since their purchase of

said property in 1976, the Shapiros have improved and maintained said property and the improvements thereon. Therefore, the Shapiros succeeded to the good faith rights of their predecessor in title whose right to market said property cannot and should not be retroactively impaired by Plaintiff's belated claims. In addition, since 1976, the Shapiros have paid all of the real property tax assessments for said property to the Town of Orange. Sitting as a court of equity and justice, this Federal Court is charged with the responsibility of protecting the rights of innocent parties from unfair, untimely, unjust, overreaching and oppressive claims.

        Defendants JOSEPH E. SHAPIRO
          and MARJORIE SHAPIRO


By_____Howard R. Wolfe /s/_____
   Howard R. Wolfe, Esq. (Fed. Bar #ct08090)
   Goldman Gruder & Woods, LLC
   125 Mason Street
   Greenwich, CT 06830
   Tel.:(203) 983-6363
   Fax:(203) 983-6262
   Email: hwolfe@goldmangruderwoods.com

**Certification**

I hereby certify that on August 11, 2006, the foregoing was electronically filed, with notice of this filing served by e-mail to all parties by operation of the Court's electronic filing system or by first class United States Mail, postage prepaid, to anyone unable to accept electronic filing. The service list is as follows:

Mark Anastasi, Esq.  
Office of the City Attorney  
999 Broad Street, 2nd Floor  
Bridgeport, CT   06604-4328  

Bernard Wishnia, Esq.  
Roseland Professional Building  
204 Eagle Rock Avenue  
Roseland, NJ   07068  

Gerald Weiner, Esq.  
Weinstein, Weiner, Ignal, Vogel & Shapiro  
350 Fairfield Avenue  
P.O. Box 9177  
Bridgeport, CT   06601  

Richard Blumenthal, Esq.  
Susan Quinn Cobb, Esq.  
Mark F. Kohler, Esq.  
P.O. Box 120  
Hartford, CT   06141-0120  

Michael D. O'Connell, Esq.  
O'Connell, Flaherty & Attmore  
280 Trumbull Street  
Hartford, CT   06103-3598  

William A. Wechsler, Esq.  
Bailey & Wechsler  
583 Old Slocum Road  
Hebron, CT   06248  

John J. Kelly, Jr., Esq.  
Cantor, Floman, Gross, Kelly,  
Amendola & Sacramone  
378 Boston Post Road  
P.O. Box 966  
Orange, CT   06477  

Gerald L. Garlick, Esq.  
Linda Clifford Hadley, Esq.  
Krasow, Garlick & Hadley  
One State Street  
Hartford, CT   06103  

Thomas Behuniak, Esq.  
44 Greenwood Circle  
Seymour, CT   06483  

Henry C. Winiarski, Jr., Esq.  
941 Wethersfield Avenue  
Hartford, CT   06114-3137  

Anthony M. Feeherry, Esq.  
Goodwin, Proctor & Hoar  
Exchange Place, 2nd Floor  
Boston, MA   02109-2881  

Michael S. Hillis, Esq.  
Dombroski Knapsack & Hillis  
129 Whitney Avenue  
New Haven, CT   06510  

Robert L. Berchum, Esq.  
Berchum, Moses & Devlin, P.C.  
75 Broad Street  
Milford, CT   06460  

Kimball Haines Hunt, Esq.  
Hunt Leibert Chester & Jacobson  
50 Weston Street  
Hartford, CT   06120-4626

| | |
|---|---|
| Paul Ruszczyk, Esq.<br>Highland Professional Building<br>408 Highland Avenue<br>Cheshire, CT  06410 | Stuart A. Margolis, Esq.<br>Berdon, Young & Margolis, P.C.<br>132 Temple Street<br>New Haven, CT  06510-2671 |
| Andrew M. Eschen, Esq.<br>U.S. Department of Justice<br>Environment & Natural Resource<br>P.O. Box 663<br>Washington, DC  20044-6208 | James Trowbridge, Esq.<br>Quinnipiac University<br>Law School Clinic<br>275 Mount Carmel Avenue<br>Hamden, CT  06518-1946 |
| John Pirina, Esq.<br>Law Offices of Arnaldo J. Sierra<br>215 Washington, Street<br>Hartford, CT  06106 | Janet Janczewski, Esq.<br>Southern Connecticut Gas Company<br>855 Main Street<br>Bridgeport, CT  06604-4918 |
| Richard L. Albrecht, Esq.<br>Austin K. Wolf, Esq.<br>Cohen & Wolf<br>1115 Broad St., P.O. Box 1821<br>Bridgeport, CT  06604 | John B. Hughes, Esq.<br>U.S. Attorney's Office<br>157 Church Street, 23rd Floor<br>P.O. Box 1824<br>New Haven, CT  06508-1824 |
| Geoffrey A. Hecht, Esq.<br>Caplan Hecht & Mendel<br>20 Trumbull Street, P.O. Box 9505<br>New Haven, CT  06534 | Alexander H. Schwartz, Esq.<br>3695 Post Road<br>P.O. Box 701<br>Southport, CT  06490 |
| Jeffrey Babbin, Esq.<br>Wiggin & Dana<br>One Century Tower<br>265 Church St., P.O. Box 1832<br>New Haven, CT  06508-1832 | Thomas Gugliotti, Esq.<br>Updike, Kelly & Spellacy<br>One State Street<br>P.O. Box 231277<br>Hartford, CT  06123-1277 |
| Kenneth M. Rozich, Esq.<br>Law Firm of Edward D. Jacobs<br>P.O. Box 1952<br>New Haven, CT  06509 | |

                                                                              Howard R. Wolfe /s/
                                                          Howard R. Wolfe