UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS,<br>　　*Plaintiff*, | :<br>:<br>: |
| v. | :　　Civil No. 2:92CV0738(JBA)<br>　　　CONSOLIDATED |
| M. JODI RELL, GOVERNOR OF THE STATE OF CONNECTICUT, ET AL.,<br>　　*Defendants* | :<br>:<br>:　　August 1, 2006 |

## ANSWER AND DEFENSES OF DEFENDANTS ANTHONY JULIAN RAILROAD CONSTRUCTION CO. AND LAFAYETTE BANK & TRUST

The defendants Anthony Julian Railroad Construction Co. and Lafayette Bank & Trust, (hereinafter the "Defendants") for their answer to the within Amended Complaint, hereby adopt, incorporate and restate the Answer and Defenses of the defendant M. Jodi Rell, Governor of the State of Connecticut (the "Answer"), as if fully set forth.

To the extent necessary, for the purpose of textual clarity, wherever necessary or appropriate to accomplish the intent of the Defendants herein, such references to the "defendant" as found in the Answer shall be read to mean to the Defendant's herein.

　　　　　　　　　　　　　Defendants, Anthony Julian Railroad Construction Co.;
　　　　　　　　　　　　　Lafayette Bank & Trust

　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　THOMAS A. GUGLIOTTI, ESQ. (Ct05288)
　　　　　　　　　　　　　Updike, Kelly & Spellacy, P.C.
　　　　　　　　　　　　　One State Street, P.O. Box 231277
　　　　　　　　　　　　　Hartford, CT 06123-1277
　　　　　　　　　　　　　Phone: (860) 548-2661
　　　　　　　　　　　　　fax: (860) 548-2680
　　　　　tgugliotti@uks.com

442376

## CERTIFICATION

Bernard Wishnia
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ 07068

William A. Wechsler
Bailey & Wechsler
583 Slocum Road
Hebron, CT 06248

Mark S. Puzella
Anthony M. Feeherry
Andrea L. Studley
Goodwin, Procter & Hoar
Exchange Place, 2nd Floor
Boston, MA 02109-2881

David G. Chabot
Gerald L. Garlick
Linda Clifford Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Jeffrey R. Babbin
Noel E. Hanf
Wiggin & Dana
One Century Tower
265 Church St.; PO Box 1832
New Haven, CT 06508-1832

Thomas Gugliotti
Updike, Kelly & Spellacy, P.C.
One State St., PO Box 231277
Hartford, CT 06123-1277

Michael D. O'Connell
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103-3598

Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad St., PO Box 1821
Bridgeport, CT 06604

Henry C. Winiarski, Jr.
941 Wethersfield Avenue
Hartford, CT 06114-3137

John J. Kelly, Jr.
Cantor, Floman, Gross, Kelly,
Amendola & Sacramone
378 Boston Post Road
PO Box 966
Orange, CT 06477

Austin K. Wolf
Cohen & Wolf, P.C.
1115 Broad St., PO Box 1821
Bridgeport, CT 06604

Geoffrey A. Hecht
Caplan Hecht Scanlon & Mendel
20 Trumbull St., PO Box 9505
New Haven, CT 06534

Janet L. Janczewski
The Southern Connecticut Gas Co.
885 Main Street
Bridgeport, CT 06604

442376

Robert L. Berchem Richard J. Buturla
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Andrew M. Eschen
U.S. Department of Justice
Ben Franklin Station, PO Box 663
Washington, DC 20044-6208

Judith A. Mauzaka
Gerald T. Weiner
Weinstein, Weiner, Ignal, Vogel, & Shapiro
350 Fairfield Ave., PO Box 9177
Bridgeport, CT 06601

Stuart A. Margolis
1332 Temple Street
New Haven, CT 06510

Howard R. Wolfe
Goldman Gruder & Woods
125 Mason Street
Greenwich, CT 06830

John Pirina, Jr.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

John B. Hughes
U.S. Attorney's Office of the Attorney
57 Church Street, 23rd Floor, PO Box 1824
New Haven, CT 06510

James A. Trowbridge
Quinnipiac College
Law School Clinic
275 Mount Carmel Ave.
Hamden, CT 06518-1946

Kimball Haines Hunt
Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT 06120-4626

Mark T. Anastasi
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Thomas E. Behuniak
44 Greenwood Circle
Seymore, CT 06483

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Kenneth M. Rozich
Law Firm of Edward D. Jacobs
PO Box 1952
New Haven, CT 06509

Paul Ruszczyk
Highland Professional Center
408 Highland Avenue
Cheshire, CT 06410

442376

THIS IS TO CERTIFY that a copy of the foregoing has been forwarded via mailed, postage prepaid this 2nd day of August, 2006, to all counsel and pro se parties of record.

_____
THOMAS A. GUGLIOTTI, ESQ. (Ct05288)
Updike, Kelly & Spellacy, P.C.
One State Street, P.O. Box 231277
Hartford, CT 06123-1277
Phone: (860) 548-2661
fax: (860) 548-2680
tgugliotti@uks.com

442376