**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

<u>**CIVIL ACTION NUMBER:            (JBA)**</u>

<u>**ELECTRONIC FILING ORDER IN CIVIL CASES**</u>

The Court orders that the parties shall file all documents in this case electronically. The following requirements are imposed:

1.  Counsel must comply with all applicable Federal Rules of Criminal Procedure and Civil Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2.  Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

<u>Civil Cases</u>:   All pleadings (including briefs and exhibits) relating, supporting, opposing or replying to the following:

a.  Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;
b.  Dispositive motions (motions to dismiss or for summary judgment);
c.  Requested jury instructions, voir dire;
d.  Compliance with Pretrial Orders;
e.  Trial briefs, including proposed findings of fact and conclusions of law; and
f.  **<u>Any pleading that is in excess of 2 pages [change effective May 1, 2006]</u>**.

                             IT IS SO ORDERED.
                             /s/ Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut.

Rev. 5/1/06