UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS, ET AL | : | CASE NO: 2:92 CV 00738 (JBA) CONSOLIDATED |
| PLAINTIFF | : | |
| V. | : | |
| M. JODI RELL, GOVERNOR OF THE STATE OF CONNECTICUT, ET AL | : | |
| DEFENDANTS | : | AUGUST 15, 2006 |

**ANSWER AND DEFENSES OF DEFENDANTS
JOYCE KNOLL AND GREGORY KNOLL**

Defendants Joyce Knoll and Gregory Knoll ("Defendants") for their Answer to the within Amended Complaint, hereby adopt, incorporate and restate the Answer and Defenses of the defendant M. Jodi Rell, Governor of the State of Connecticut (the "Answer"), as if fully set forth herein.

To the extent necessary, for the purpose of textual clarity, wherever necessary or appropriate to accomplish the intent of the Defendants, such references to the "defendant" as found in the Answer shall be read to mean the Defendants herein.

DEFENDANTS, JOYCE KNOLL and
GREGORY KNOLL

By /s/  Gerald L. Garlick_____
    Gerald L. Garlick, Esq. of
    Krasow, Garlick & Hadley, LLC
    One State Street
    Hartford, CT 06103
    Telephone:  (860) 549-7100
    Facsimile: (860) 728-1651
    Email: ggarlick@krasowgarlick.com
    Fed Bar Number: ct05627

**CERTIFICATION OF SERVICE**

     I hereby certify that on August 15, 2006, a copy of the foregoing Answer and Defenses of Defendants Joyce Knoll and Gregory Knoll was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                  <u>Gerald L. Garlick, Esq.</u>
                                                  Gerald L. Garlick, Esq. of
                                                  Krasow, Garlick & Hadley, LLC
                                                  One State Street
                                                  Hartford, CT 06103
                                                  Telephone: (860) 549-7100
                                                  Facsimile: (860) 728-1651
                                                  Email: ggarlick@krasowgarlick.com
                                                  Fed Bar Number: ct05627

000528/00130/28201.1