UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE<br>OF INDIANS, ET AL | : | CASE NO: 2:92 CV 00738 (JBA)<br>CONSOLIDATED |
| PLAINTIFF | : | |
| V. | : | |
| M. JODI RELL, GOVERNOR OF<br>THE STATE OF CONNECTICUT, ET AL | : | |
| DEFENDANTS | : | AUGUST 15, 2006 |

### JOINDER BY DEFENDANTS JOYCE KNOLL AND GREGORY KNOLL TO MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Joyce Knoll and Gregory Knoll hereby join in the Motion for Judgment on the Pleadings filed by the defendant Governor of the State of Connecticut, dated August 2, 2006.

        DEFENDANTS, JOYCE KNOLL and
        GREGORY KNOLL

        By /s/ Gerald L. Garlick_____
           Gerald L. Garlick, Esq. of
           Krasow, Garlick & Hadley, LLC
           One State Street
           Hartford, CT 06103
           Telephone: (860) 549-7100
           Facsimile: (860) 728-1651
           Email: ggarlick@krasowgarlick.com
           Fed Bar Number: ct05627

2

## CERTIFICATION OF SERVICE

      I hereby certify that on August 15, 2006, a copy of the foregoing Joinder by Defendants Joyce Knoll and Gregory Knoll to Motion for Judgment on the Pleadings was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                            <u>Gerald L. Garlick, Esq.</u>
                                            Gerald L. Garlick, Esq. of
                                            Krasow, Garlick & Hadley, LLC
                                            One State Street
                                            Hartford, CT 06103
                                            Telephone: (860) 549-7100
                                            Facsimile: (860) 728-1651
                                            Email: ggarlick@krasowgarlick.com
                                            Fed Bar Number: ct05627

000528/00130/28199.1