UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE<br>OF INDIANS, ET AL.,<br>    *Plaintiffs,* | :<br>:<br>:<br>: |
| v. | :   Civil No. 2:92CV0738(JBA)<br>:   CONSOLIDATED |
| LOWELL P. WEICKER, JR., GOVERNOR<br>OF THE STATE OF CONNECTICUT, ET AL.,<br>    *Defendants.* | :<br>:   August 17, 2006<br>: |

### MOTION FOR ADMISSION PRO HAC VICE OF MARK S. PUZELLA

Pursuant to Local Rule 83.1(d), defendant Hoffman Fuel Company ("Hoffman"), by its undersigned attorney, hereby moves for the admission pro hac vice of its counsel Mark S. Puzella. As grounds therefore, Hoffman states:

    1.    Mark S. Puzella is an associate at the law firm Goodwin Procter LLP, Boston, Massachusetts, and is a member in good standing of the Bar of the Commonwealth of Massachusetts, and the United States District Court for the District of Massachusetts.

    2.    Hoffman submits herewith a sworn affidavit of Mark S. Puzella: (1) stating his office address, telephone and fax numbers and e-mail address; (2) identifying the courts in which he is a member of the bar; (3) stating that he is a member in good standing in the bars of each such court and has not been denied admission or disciplined by this Court or any other court; and (4) stating he has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

Respectfully submitted,

HOFFMAN FUEL COMPANY

By its attorneys,

_/s/ Mark_____
Anthony M. Feeherry - ct21207
Michael K. Murray - ct12474
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

and

Henry C. Winiarski, Jr.
941 Wethersfield Ave.
Hartford, CT 06114-3137
860.296.2127
hcwjr53@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Admission Pro Hac Vice of Mark S. Puzella and accompanying Affidavit of Mark S. Puzella Pursuant to Local Rule 83.1(D) has been forwarded by mail, postage prepaid on this 17th day of August, 2006 to all counsel and pro se parties of record indicated below:

| | |
|---|---|
| Michael D. O'Connell, Esq.<br>O'Connell, Flaherty & Attmore<br>280 Trumbull Street<br>Hartford, CT 06103-3598 | Bernard Wishnia, Esq.<br>204 Eagle Rock Avenue<br>Roseland, NJ 07068 |
| William A. Wechsler, Esq.<br>Bailey & Wechsler<br>583 Old Slocum Road<br>Hebron, CT 06248 | Susan Quinn Cobb, Esq.<br>Mark F. Kohler, Esq.<br>Daniel R. Schaefer, Esq.<br>P.O. Box 120<br>Hartford, CT 06141-0120 |
| Mark T. Anastasi, Esq.<br>Office of the City Attorney<br>City of Bridgeport<br>999 Broad Street, 2nd floor | Jeffrey R. Babbin, Esq.<br>Wiggin and Dana LLP<br>One Century Tower<br>P.O. Box 1832 |

| | |
|---|---|
| Bridgeport, CT 06604-4328 | New Haven, CT 06508=1832 |
| Henry C. Winiarski, Jr., Esq.<br>941 Wethersfield Avenue<br>Hartford, CT 06114-3137 | David Michael Tilles, Esq.<br>Law Offices of Scott B. Clendaniel<br>300 Windsor Street<br>P.O. Box 2138<br>Hartford, CT 06145-2138 |
| Richard L. Albrecht, Esq.<br>Austin K. Wolf, Esq.<br>Cohen & Wolf, P.O.<br>1115 Broad Street<br>P.O. Box 1821<br>Bridgeport, CT 06604 | Thomas A. Gugliotti, Esq.<br>Updike, Kelly & Spellacy, P.C.<br>One State Street<br>P.O. Box 231277<br>Hartford, CT 06123-1277 |
| Geoffrey A. Hecht, Esq.<br>Caplan, Hecht & Mendel, LLC<br>20 Trumbull Street<br>P.O. Box 9505<br>New Haven, CT 06534 | John Pirina, Jr., Esq.<br>Law Offices of Arnaldo J. Sierra<br>215 Washington Street<br>Hartford, CT 06106 |
| Janet L. Janczewski, Esq.<br>Southern Connecticut Gas Co.<br>855 Main Street<br>Bridgeport, CT 06604 | Kimball H. Hunt, Esq.<br>Hunt, Leibert, Chester & Jacobson, P.C.<br>50 Weston Street<br>Hartford, CT 06120-4626 |
| Richard J. Buturla, Esq.<br>Robert L. Berchem, Esq.<br>Berchem, Moses & Devlin, P.C.<br>75 Broad Street<br>Milford, CT 06460 | Andrew M. Eschen, Esq.<br>U.S. Department of Justice<br>Environment & Natural Resource<br>P.O. Box 663<br>Ben Franklin Station<br>Washington DC 20044-6208 |
| John J. Kelly, Jr., Esq.<br>Cantor, Floman, Gross, Kelly,<br>Amendola & Sacramone.<br>378 Boston Post Road<br>P.O. Drawer 966<br>Organge, CT 06477 | Gerald T. Weiner, Esq.<br>Judith A. Mauzaka, Esq.<br>Weinstein, Weiner, et al.<br>350 Fairfield Avenue<br>P.O. Box 9177<br>Bridgeport, CT 06601 |
| Paul Ruszczyk, Esq.<br>408 Highland Avenue<br>Cheschire, CT 06410 | Stuart A. Margolis, Esq.<br>132 Temple Street<br>New Haven, CT 06510 |
| Michael S. Hillis, Esq.<br>Dombroski, Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, CT 06510 | Gerald L. Garlick, Esq.<br>Linda C. Hadley, Esq.<br>Krasow, Garlick & Hadley<br>One State Street<br>Hartford, CT 06103 |
| Kenneth M. Rozich, Esq.<br>Law Firm of Edward D. Jacobs<br>P.O. Box 1952<br>New Haven, CT 06509 | Howard R. Wolfe, Esq.<br>Goldman, Gruder & Woods<br>125 Mason Street<br>Greenwich, CT 06830 |
| Thomas E. Behuniak, Esq. | James A. Trowbridge, Esq. |

| | |
|---|---|
| 44 Greenwood Circle<br>Seymour, CT 06483 | Quinnipiac University<br>Law School Clinic<br>275 Mount Carmel Avenue<br>Hamden, CT 06518-1946 |
| John B. Hughes, Esq.<br>U.S. Attorney's Office<br>157 Church Street, 23rd floor<br>P.O. Box 1824<br>New Haven, CT 06508-1824 | |

_____
Michael K. Murray

LIBA/1723438.1