UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

GOLDEN HILL PAUGUSSETT TRIBE :
OF INDIANS, ET AL., :
    *Plaintiffs*, :
     :
v. :   Civil No. 2:92CV0738(JBA)
     :   CONSOLIDATED
     :
LOWELL P. WEICKER, JR., GOVERNOR :
OF THE STATE OF CONNECTICUT, ET AL., :   August 17, 2006
    *Defendants*. :

COMMONWEALTH OF MASSACHUSETTS)
COUNTY OF SUFFOLK                 ) SS:

### **AFFIDAVIT OF MARK S. PUZELLA PURSUANT TO LOCAL RULE 83.1(D)**

Mark S. Puzella, being duly sworn, deposes and says:

1.    I am an associate at the law firm Goodwin Procter LLP, Boston, Massachusetts.

2.    I have been a member in good standing of the Bar of the Commonwealth of Massachusetts since 1999. I am also a member in good standing of the Bars of the United States Court of Appeals for the 1st and 6th Circuits, the United States District Court for the Northern District of New York, the United States District Court for the Western District of Michigan and the United States District Court for the District of Massachusetts. I have not been denied admission or disciplined by these Courts or any other court.

2

3.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

                                                Mark S. Puzella (BBO No. 644850)
                                                GOODWIN PROCTER LLP
                                                Exchange Place
                                                Boston, MA 02109-2881
                                                617.570.1000
                                                617.523.1231 (fax)
                                                mpuzella@goodwinprocter.com

Sworn to before me
this 17th day of August, 2006

_____
Notary Public
My Commission expires: August 10, 2012

LIBA/1723439.1