## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GOLDEN HILL                          :

v.                                   :   NO. 2:92cv738 (JBA)

WEICKER, ET AL                       :

### ENDORSEMENT ORDER [329, 332, 340]

Motions for Extension of time [329, 332] are GRANTED to and including 8/24/06.

Motion for Extension of Time [340] is GRANTED, absent objection, to and including 9/5/06.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: August 21, 2006