UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSETT TRIBE OF INDIANS, ET AL., | : : : | CIVIL NO. 2:92CV00738(JBA) CONSOLIDATED |
| Plaintiffs, | : : | |
| vs. | : : | |
| M. JODI RELL, GOVERNOR OF THE STATE OF CONNECTICUT, ET AL., | : : : | |
| Defendants. | : | AUGUST 22, 2006 |

**ANSWER AND DEFENSES TO AMENDED COMPLAINT**

The undersigned defendants in the consolidated *Bachyrycz* case hereby adopt, incorporate and restate the Answer and Defenses of the defendant M. Jodi Rell, Governor of the State of Connecticut, as if fully set forth herein, as their Answer and Defenses to the Amended Complaint.

To the extent necessary, for the purpose of textual clarity, wherever necessary or appropriate to accomplish the intent of the defendants herein, such references to the "Defendant" in the Rell Answer shall be ready to mean the defendants herein.

                    The Defendants*

By    _____
       Roberta Napolitano (ct08378)
       rnapolitano@wwinslaw.com
       Judith Mauzaka (ct05447)
       jmauzaka@wwinslaw.com
       Weinstein, Weiner, Ignal, Napolitano & Shapiro, P.C.
       350 Fairfield Avenue
       Bridgeport, CT 06604
       203-333-1177
       203-384-9832 fax

\*    John C. D'Amato
Louis J. D'Amato
Bohdan Antonyshyn
Mary Antonyshyn
John J Bachrycz, Jr.
Janet E. Bachrycz
Walter Bespuda
Beth Israel Synagogue Center, Inc
Sonia Bilinsk
Lester M. Brooks
Catholic Cemetaries Association of the Archdiocese of Hartford
Pasquale A. Centore
Raffaelina A. Centore
Lois Chadwick
John D. Ciola
James G. Cochlin
Ellen  S. Cochlin
Jeanette W. Cook
Robert W. Cook
Joseph D. Cozza
Lilian E. Cozza

| | |
|---|---|
| William J. Davis | Diane A. Rosner |
| Julia Dinan | Henry Salzberg |
| David W. Gilbert | Rita Lisa Salzberg |
| Grace G. Gilbert | Helen R. Selmon |
| Betty I. Goldberg | David G. Sharnoff |
| Stephen A. Horling | Susan B. Sharnoff |
| Sandra C. Horling | David A. Siefer |
| Barton E. Harrison | Kathleen M. Siefer |
| Marcia A. Harrison | Eugene Simon |
| Ofelia Hodge | Marilyn Simon |
| Taube Gurland | Gerald B. Smith |
| Pamela Katz | Judith R. Smith |
| Bertha Kopec | Bruce J. Spiewak |
| Robert E. Lebson | Lauren N. Spiewak |
| Ellen S. Lebson | William H. Stoddard, JR. |
| Kenneth E. Lenz | Morris N. Teller |
| Patricia A. Lenz | Irene Teller |
| Wallace P. Loman | Frances M Turecek |
| Douglas F. McDermott | Eugene Simon |
| Karen J. McDermott | Marilyn Simon |
| David Mitchelson | Gerald B. Smith |
| Marylee Mitchelson | Judith R. Smith |
| Anthony P. Moccia | Bruce J. Spiewak |
| Pearl F. Moccia | Lauren N. Spiewak |
| Howard Novitch | Paul C. Weisman |
| Beryl Novitch | Esther T. Weisman |
| Eric A. Olson | Dorothy Yankus |
| Marion C. Olson | |
| Irma Ostrowsky | |
| William Ostrowsky | |
| Paul J. Peterson | |
| Janice  A. Peterson | |
| Robert W. Petronzi | |
| Rose Marie Petronzi | |
| Robert D. Prior | |
| Evon Prior | |
| Remo Redente | |
| Aniko Richheimer | |
| Robert M Riskin | |
| Roxann Riskin | |

**Certification**

I hereby certify that on this 22nd day of August, 2006, the foregoing was sent, via first class mail, to:

Bernard Wishnia
204 Eagle Rock Avenue
Roseland, N.J. 07068

Mark C. Anastasi
Office of the City Attorney
999 Broad Street- 2nd Floor
Bridgeport, CT 06604

Jeffrey Babbin
Noel Hanf
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, Ct 06508-1832

Austin Wolfe
Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Susan Quinn Cobb
Mark Kohler
Daniel R. Schaefer, AAG
P.O. Box 120
Hartford, Ct 06141-0120

John Pirina
Law Offices of Arnaldo Sierra
215 Washington Street
Hartford, CT 06106

Robert Berchum
Richard Buturla
Berchum, Moses & Devlin
75 Broad Street
Milford, CT 06460

Michael O'Connell,
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103-3598

Anthony Feeherry
Goodwin, Proctor & Hoar
Exchange Place
Boston, MA 02109-2881

Andrew M. Eschen
U.S. Department of Justice
Environment & Natural Resource
P.O. Box 663
Washington, D.C. 20044-0663

Howard Wolfe
Goldman, Gruder & Woods
125 Mason Street
Greenwich, CT 06830

William Weschler
Bailey & Weschler
583 Old Slocum Road
Hartford, CT 06141-0120

Henry Winiarski
941 Wethersfield Avenue
Hartford, CT 06114-3137

James Trowbridge
Quinnipiac University
Law School Clinic
275 Mount Carmel Avenue
Hamden, CT 06518-1946

Gerald Garlick
Linda Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Geoffrey A. Hecht
Caplan, Hecht & Mendel LLC
20 Trumbull Street
P.O. Box 9505
New Haven, CT 06534

Janet Janczewski,
Southern Connecticut Gas Company
855 Main Street
Bridgeport, CT 06605

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, Ct 06510

Stuart A. Margolis
132 Temple Street
New Haven, Ct 06510

Alexander H. Schwartz
3695 Post Road
P.O. Box 701
Southport, CT 06490

Howard R. Wolfe
Albert Pastore & Ward
125 Mason Street
P.O. Box 1668
Greenwich, Ct 06830

Kimbel Hunt
Hunt Liebert Chester & Jaconson
50 Weston Street
Hartford, Ct 06120-4626

Paul Ruszczyk
418 Highland Avenue
Cheshire, Ct 06410

Thomas Behuniak
44 Greenwood Circle
Seymour, CT 06483

Kenneth Lenz
982 Rainbow Trail
Orange, Ct 06477

John Kelly
Cantor Floman et al
378 Boston Post Road
P.O. Box 966
Orange, CT 06477

Kenneth Rozich
Law Firm of Edward Jacobs
P.O. Box 1952
New Haven, CT 06509

John Hughes
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, CT 06508-1824

_____
Roberta Napolitano