UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSETT TRIBE OF INDIANS, ET AL., | : : : | CIVIL NO. 2:92CV00738(JBA) CONSOLIDATED |
| Plaintiffs, | : : | |
| vs. | : : : | |
| M. JODI RELL, GOVERNOR OF THE STATE OF CONNECTICUT, ET AL., | : : : | |
| Defendants. | : | AUGUST 22, 2006 |

**JOINDER TO MOTION FOR JUDGMENT ON THE PLEADINGS**

The undersigned defendants in the consolidated *Bachyrycz* case hereby join in the August 2, 2006 Motion for Judgment on the Pleadings filed by the defendant M. Jodi Rell, Governor of the State of Connecticut.

The Defendants*

By   _____
Roberta Napolitano (ct08378)
rnapolitano@wwinslaw.com
Judith Mauzaka (ct05447)
jmauzaka@wwinslaw.com
Weinstein, Weiner, Ignal, Napolitano & Shapiro, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
203-333-1177
203-384-9832 fax

| | | |
|---|---|---|
| * | John C. D'Amato | Pearl F. Moccia |
| | Louis J. D'Amato | Howard Novitch |
| | Bohdan Antonyshyn | Beryl Novitch |
| | Mary Antonyshyn | Eric A. Olson |
| | John J Bachrycz, Jr. | Marion C. Olson |
| | Janet E. Bachrycz | Irma Ostrowsky |
| | Walter Bespuda | William Ostrowsky |
| | Beth Israel Synagogue Center, Inc | Paul J. Peterson |
| | Sonia Bilinsk | Janice A. Peterson |
| | Lester M. Brooks | Robert W. Petronzi |
| | Catholic Cemetaries Association of the Archdiocese of Hartford | Rose Marie Petronzi |
| | | Robert D. Prior |
| | Pasquale A. Centore | Evon Prior |
| | Raffaelina A. Centore | Remo Redente |
| | Lois Chadwick | Aniko Richheimer |
| | John D. Ciola | Robert M Riskin |
| | James G. Cochlin | Roxann Riskin |
| | Ellen S. Cochlin | Diane A. Rosner |
| | Jeanette W. Cook | Henry Salzberg |
| | Robert W. Cook | Rita Lisa Salzberg |
| | Joseph D. Cozza | Helen R. Selmon |
| | Lilian E. Cozza | David G. Sharnoff |
| | William J. Davis | Susan B. Sharnoff |
| | Julia Dinan | David A. Siefer |
| | David W. Gilbert | Kathleen M. Siefer |
| | Grace G. Gilbert | Eugene Simon |
| | Betty I. Goldberg | Marilyn Simon |
| | Stephen A. Horling | Gerald B. Smith |
| | Sandra C. Horling | Judith R. Smith |
| | Barton E. Harrison | Bruce J. Spiewak |
| | Marcia A. Harrison | Lauren N. Spiewak |
| | Ofelia Hodge | William H. Stoddard, JR. |
| | Taube Gurland | Morris N. Teller |
| | Pamela Katz | Irene Teller |
| | Bertha Kopec | Frances M Turecek |
| | Robert E. Lebson | Eugene Simon |
| | Ellen S. Lebson | Marilyn Simon |
| | Kenneth E. Lenz | Gerald B. Smith |
| | Patricia A. Lenz | Judith R. Smith |
| | Wallace P. Loman | Bruce J. Spiewak |
| | Douglas F. McDermott | Lauren N. Spiewak |
| | Karen J. McDermott | Paul C. Weisman |
| | David Mitchelson | Esther T. Weisman |
| | Marylee Mitchelson | Dorothy Yankus |
| | Anthony P. Moccia | |

**Certification**

I hereby certify that on this 22nd day of August, 2006, the foregoing was sent, via first class mail, to:

Bernard Wishnia
204 Eagle Rock Avenue
Roseland, N.J. 07068

Mark C. Anastasi
Office of the City Attorney
999 Broad Street- 2nd Floor
Bridgeport, CT 06604

Jeffrey Babbin
Noel Hanf
Wiggin & Dana
One Century Tower
P.O. Box 1832
New Haven, Ct 06508-1832

Austin Wolfe
Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Susan Quinn Cobb
Mark Kohler
Daniel R. Schaefer, AAG
P.O. Box 120
Hartford, Ct 06141-0120

John Pirina
Law Offices of Arnaldo Sierra
215 Washington Street
Hartford, CT 06106

Robert Berchum
Richard Buturla
Berchum, Moses & Devlin
75 Broad Street
Milford, CT 06460

Michael O'Connell,
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103-3598

Anthony Feeherry
Goodwin, Proctor & Hoar
Exchange Place
Boston, MA 02109-2881

Andrew M. Eschen
U.S. Department of Justice
Environment & Natural Resource
P.O. Box 663
Washington, D.C. 20044-0663

Howard Wolfe
Goldman, Gruder & Woods
125 Mason Street
Greenwich, CT 06830

William Weschler
Bailey & Weschler
583 Old Slocum Road
Hartford, CT 06141-0120

Henry Winiarski
941 Wethersfield Avenue
Hartford, CT 06114-3137

James Trowbridge
Quinnipiac University
Law School Clinic
275 Mount Carmel Avenue
Hamden, CT 06518-1946

Gerald Garlick
Linda Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Geoffrey A. Hecht
Caplan, Hecht & Mendel LLC
20 Trumbull Street
P.O. Box 9505
New Haven, CT 06534

Janet Janczewski,
Southern Connecticut Gas Company
855 Main Street
Bridgeport, CT 06605

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, Ct 06510

Stuart A. Margolis
132 Temple Street
New Haven, Ct 06510

Alexander H. Schwartz
3695 Post Road
P.O. Box 701
Southport, CT 06490

Howard R. Wolfe
Albert Pastore & Ward
125 Mason Street
P.O. Box 1668
Greenwich, Ct 06830

Kimbel Hunt
Hunt Liebert Chester & Jaconson
50 Weston Street
Hartford, Ct 06120-4626

Paul Ruszczyk
418 Highland Avenue
Cheshire, Ct 06410

Thomas Behuniak
44 Greenwood Circle
Seymour, CT 06483

Kenneth Lenz
982 Rainbow Trail
Orange, Ct 06477

John Kelly
Cantor Floman et al
378 Boston Post Road
P.O. Box 966
Orange, CT 06477

Kenneth Rozich
Law Firm of Edward Jacobs
P.O. Box 1952
New Haven, CT 06509

John Hughes
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, CT 06508-1824

_____

Roberta Napolitano

Case 2:92-cv-00738-JBA    Document 357    Filed 08/22/2006    Page 5 of 5