UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS, | : <br> : <br> : |
|         *Plaintiff* | :    Civil Action No. <br> :    2:92 CV 00738 JBA <br> : |
| v. | : <br> : |
| M. JODI RELL, GOVERNOR OF THE STATE OF CONNECTICUT ET AL., | : <br> :    AUGUST 24, 2006 <br> : |
|         *Defendants* | : |

---

### UNITED STATES' MOTION TO DISMISS

The United States of America moves to dismiss the Amended Complaint for lack of subject matter jurisdiction, F.R.Civ.P. 12(b)(1), and for failure to state a claim upon which relief can be granted. F.R.Civ.P 12(b)(6). In support of this motion the United States respectfully submits its Memorandum of Law in Support of Motion to Dismiss.

                                                Respectfully Submitted,

                                                KEVIN J. O'CONNOR
                                                UNITED STATES ATTORNEY
                                                       /s/
                                                John B. Hughes
                                               Assistant United States Attorney
                                               157 Church Street, 23rd Floor
                                               New Haven, Ct 06510
                                               Federal Bar # ct05289
                                               (203) 821-3700; fax: (203) 773-5373
                                               john.hughes@usdoj.gov

                                               Caroline Blanco
                                               U.S. Department of Justice
                                               Ben Franklin Station
                                               PO Box 663
                                               Washington, D.C. 2004-6208

## CERTIFICATION OF SERVICE

_____This is to certify that a copy of the within and foregoing United States' Motion to Dismiss was electronically filed on this 24th day of August, 2006, with notice of this filing served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

Bernard Wishnia
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ 07068

William A. Wechsler
Bailey & Wechsler
583 Old Slocum Road
Hebron, CT 06248

Michael K. Murray
Anthony M. Feeherry
Andrea L. Studley
Allan van Gestel
Goodwin, Procter & Hoar
Exchange Place, 2nd Floor
53 State Street
Boston, MA 02109-2881

Gerald L. Garlick
Linda Clifford Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Jeffrey R. Babbin
Noel E. Hanf
Wiggin & Dana
One Century Tower
265 Church Street, P. O. Box 1832
New Haven, CT 06508-1832

Thomas Gugliotti
Updike, Kelly & Spellacy, P. C.
One State Street, P. O. Box 231277
Hartford, CT 06123-1277

Michael D. O'Connell
O'Connell Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103-3598

Richard Blumenthal
Mark F. Kohler
Susan Quinn Cobb
Daniel R. Schaefer
Office of the Attorney General
55 Elm Street, P. O. Box 120
Hartford, CT 06141-0120

John J. Kelly, Jr.
Cantor, Floman, Gross, Kelly,
Amendola & Sacramone
378 Boston Post Road
P. O. Drawer 966
Orange, CT 06477

Richard L. Albrecht
Austin K. Wolf
Cohen & Wolf, P. C.
1115 Broad Street, P. O. Box 1821
Bridgeport, CT 06604

Henry C. Winiarski, Jr.
941 Wethersfield Avenue
Hartford, CT 06114-3137

Geoffrey A. Hecht
Caplan, Hecht, Scanlon & Mendel
20 Trumbull Street, P. O. Box 9505
New Haven, CT 06534

Janet L. Janczewski
The Southern Connecticut Gas Co.
885 Main Street
Bridgeport, CT 06604

Robert L. Berchem
Richard J. Buturla
Warren L. Holcomb
Berchem, Moses & Devlin, P. C.
75 Broad Street
Milford, CT 06460

Caroline Blanco
U. S. Department of Justice
Ben Franklin Station, P. O. Box 663
Washington, D.C. 20044-6208

Judith A. Mauzaka
Gerald T. Weiner
Roberta Napolitano
Weinstein Weiner Ignal Vogel & Shapiro
350 Fairfield Avenue, P. O. Box 9177
Bridgeport, CT 06601

Stuart A. Margolis
132 Temple Street
New Haven, CT 06510

Howard R. Wolfe
Goldman, Gruder & Woods
125 Mason Street
Greenwich, CT 06830

Paul Ruszczyk
Highland Professional Center
408 Highland Avenue
Cheshire, CT 06410

John Pirina, Jr.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

Kimball Haines Hunt
Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT 06120-4626

James A. Trowbridge
Quinnipiac University
Law School Clinic
275 Mount Carmel Avenue
Hamden, CT 06518-1946

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Mark T. Anastasi
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Thomas E. Behuniak
44 Greenwood Circle
Seymour, CT 06483

Kenneth M. Rozich
Law Firm of Edward D. Jacobs
P. O. Box 1952
New Haven, CT 06509

_____/s/_____
JOHN B. HUGHES
CHIEF, CIVIL DIVISION