State of Connecticut,  } ss.  **Office of Town Clerk.** Bridgeport, ......Dec. 8...... A. D., 19..92
County of Fairfield,

I, ......Hector Diaz............................ Town Clerk of said Bridgeport, duly elected and qualified according to law, and having custody of the Seal of said Town of Bridgeport, hereby certify that the annexed Instrument is a true copy from the records of said Town, and that the original Instrument, from which said Copy is taken, is recorded in Volume...635..... Page...413-..... of Bridgeport Land Records.

                                                thru 422

In testimony whereof I have hereunto set my hand and affixed the Seal of said Town of Bridgeport, this ..8th.. day of ......December......, A. D., one thousand, nine hundred and ......ninety two......

                                                                            [signature] TOWN CLERK

                                                                            Form 1162-B

34

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.   No. 3403 Law.

JESSE C. HAMILTON,
MARGARET I. HAMILTON,
MARY F. HAMILTON,
GRACE I. HAMILTON,
PHILIP A. HAMILTON,
ANNA G. HAMILTON,
ESTELLE C. HAMILTON,
MARIA HAMILTON,
LEWIS STURGES and MARY STURGES and their heirs,
ISAAC STURGES, his widow and heirs,
JOHN R. HALSEY,
Executor of the Estate of Edward I. Sanford,
HARRIET S. HOTCHKISS,
HENRY T. SHELTON,
JOSEPHINE L. SHELTON,
KINGSLEY TRUST ASSOCIATION
THE PROPRIETORS OF THE NEW HAVEN CITY BURIAL GROUND,
SARAH G. HOTCHKISS,
SECOND NATIONAL BANK OF NEW HAVEN
Executor of Estate of Sarah G. Hotchkiss,
MARIE ZOEE,
MATHILDE JOHANSEN,
SANFORD L. HOTCHKISS,
GEORGE JOHNSTON BRADISH,
PRESTON WATSON,
JESSIE WATSON,
YALE UNIVERSITY,
JOSEPH FRANCKI,
THE NEW ENGLAND FAIR AND CARNIVAL COMPANY,
PLATT AND COMPANY, INC.,
JOHN LAVERY,
FIRST NATIONAL BANK OF BRIDGEPORT,
THE MIDDLE STREET REALTY COMPANY,
THE BRIDGEPORT TRUST COMPANY,
CITY OF BRIDGEPORT,

State of Connecticut, } ss. Office of Town Clerk, Bridgeport, Dec. 8, A.D., 19 92
County of Fairfield.

I, Hector Diaz, Town Clerk of said Bridgeport, duly elected and qualified according to law, and having custody of the Seal of said Town of Bridgeport, hereby certify that the annexed Instrument is a true copy from the records of said Town, and that the original Instrument, from which said Copy is taken, is recorded in Volume 635 Page 413- thru 422 of Bridgeport Land Records.

In testimony whereof I have hereunto set my hand and affixed the Seal of said Town of Bridgeport, this 8th day of December, A.D., one thousand nine hundred and ninety two

TOWN CLERK
Form 4162-B

414

MANUSCRIPT—VOL 835

THE BRIDGEPORT SAVINGS BANK,

HERBERT M. LYONS,

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,

NORTH END BANK AND TRUST COMPANY,

UNITED CIGAR STORES COMPANY OF AMERICA,

POST PUBLISHING COMPANY,

ELIZA JANE LEWIS, deceased, and her widower and heirs

LAWRENCE MURPHY, deceased, his widow MARY MURPHY, and their heirs,

JOHN HAMILTON,  )
JAMES MURPHY,   )   their widows, widowers
CATHERINE CONNORS, )  and heirs
MICHAEL MURPHY, )

NATIONAL PETROLEUM COMPANY

and all persons having or claiming to have an interest in the lands sought to be acquired by these proceedings.

## JUDGMENT

This action brought under and by virtue of an Act of Congress approved August 1, 1888 25 Stat: 941 and by virtue of subsequent acts; and by virtue of the Act of Congress approved August 1, 1888, entitled "An Act to Authorize Condemnations of Land for Sites of Public Buildings, and for other purposes" and under Sections 5176 and 5186 of the General Statutes of Connecticut, Revision of 1918, came to this Court by Bill of Complaint and Petition for condemnation of land for a public building and set forth that the Secretary of the Treasury has determined that it has become necessary and advantageous to the Government to acquire by purchase or otherwise, for use as a site upon which to erect a new Government building, to wit, a building for use as a United States Post Office and for other purposes, a certain piece or parcel of land, with the buildings thereon situated, located in the Town of Bridgeport, and State of Connecticut, and more fully described as follows:

"Lying and being in Bridgeport, Connecticut, beginning at the southeasterly intersection of Middle and Golden Hill Streets; thence Easterly along the southerly side of Golden Hill Street two hundred seven and two hundredths feet (207.02') to the southwesterly side of Water Street; thence southeastwardly along the southwesterly side of Water Street two hundred thirteen and fifty-three hundredths feet (213.53') to the Atlantic Hotel property; thence westwardly along the northerly line of the Atlantic Hotel property one hundred sixty-nine and fifty hundredths feet (169.50') to the so-called Connecting Building, (being the old warehouse formerly owned by the American Hardware Company); thence southwardly along the westerly line of said Hotel property sixty-nine and fifty-five hundredths feet (69.55') to the northeasterly corner of the present American Hardware Company property; thence westwardly along the northerly line of said American Hardware Company property thirty-three feet (33') in a westwardly

direction; thence in a northwardly direction a distance of two feet (2') thence in a westwardly direction a distance of fifty-five feet (55') thence northwardly along the easterly side of Middle Street two hundred ninety-six and thirty hundredths feet (296.30') to the place of beginning." Said parcel of land is made up and consists of seven separate and individual parcels, as follows: Parcel I. The Hamilton Parcel. Parcel II. The Shelton Parcel. Parcel III. The Sohnee Parcel. Parcel IV. The Lashar Parcel. Parcel V The Realty Parcel. Parcel VI The Second Parcel. Parcel VII The Post Parcel.

Parcel I. (Hamilton Parcel), is more fully described as follows:

Bounded on the North by Golden Hill Street 97 feet, more or less, on the East on land now or formerly of Henry Shelton, H.S.Hotchkiss and E.I.Sanford, 22 feet, more or less, on the South on land of The Post Publishing Company, 102 feet, more or less and on the West by Middle Street, 29 feet, more or less;

Parcel II. (Shelton Parcel) is more fully described as follows:

Bounded on the North by Golden Hill Street, 110.65 feet, more or less, on the East by Water Street, 112.97 feet, more or less, on the South on land of The First National Bank of Bridgeport, 94.5 feet, more or less, on the West on land of The First National Bank of Bridgeport, 7.4 feet, more or less, on the South again on land of The First National Bank of Bridgeport, 12 feet, more or less, on the West on land of the Post Publishing Company 53.35 feet, more or less, on the South again on land of the Post Publishing Company, 7 feet, more or less, and on the West again on land of the Post Publishing Company in part and in part on land of heirs of Estate of John Hamilton, 71.98 feet, more or less.

Parcel III. (Sohnee Parcel) is more fully described as follows:

Bounded on the North on land of the Post Publishing Company in part and in part of land of Henry T. Shelton, Harriett S. Hotchkiss and Estate of Edward I. Sanford, 49.59 feet, more or less, on the East on land of Henry T. Shelton, Harriet S. Hotchkiss and Estate of Edward I. Sanford, 7.17 feet, more or less, on the North again on land of Henry T. Shelton, Harriet S. Hotchkiss and Estate of Edward I. Sanford, 95.11 feet, more or less, on the East again by Water Street, 54 feet, more or less, on the South on land of The Middle Street Realty Company, 159.72 feet, more or less, on the West on land of The First National Bank of Bridgeport, 56 feet, more or less;

Parcel IV. (Lashar Parcel), is more fully described as follows:

Bounded on the East by Water Street, 46.9 feet, more or less, on the South on land of Herbert M. Lyon, Henry T. Shelton, Harriet S. Hotchkiss, and legatees of Edward I. Sanford, being known as the Atlantic Hotel property, 169.5 feet, more or less, on the West on land of The Middle Street Realty Company and land of The First National Bank of Bridgeport, in all, 44.6 feet, more or less, and on the North on land of The First National Bank of Bridgeport, 156.72 feet, more or less, together with a right of way over a strip of land 11½ feet wide along the whole southerly side of property of The First National Bank of Bridgeport adjoining on the north;

416

MANUSCRIPT – VOL 635

Parcel V. (Realty Parcel), is more fully described as follows:
Bounded on the North on land of The First National Bank of Bridgeport, 33.08 feet, more or less, on the East on land of The Middle Street Realty Company and on land of Sanford Lyon, each in part, in all, 94.32 feet, more or less, on the South on land of The Middle Street Realty Company, 33.10 feet, more or less, and on the West on land of The First National Bank of Bridgeport, 96.26 feet, more or less;

Parcel VI. (Second Lasnar Parcel), is more fully described as follows:
Bounded on the North on land of The Post Publishing Company, 67.71 feet, more or less, on the East on land of The Post Publishing Company 50.21 feet, more or less, on the North again on land of The Post Publishing Company, 21 feet, more or less, on the East again on land of The First National Bank of Bridgeport and land of The Middle Street Realty Company, in all 76 feet, more or less, on the South on land of The Middle Street Realty Company, 33.08 feet, more or less, on the East again on land of The Middle Street Realty Company 96.26 feet, more or less, on the South on land of The Middle Street Realty Company, 56.9 feet, more or less, and on the West by Middle Street, 223 feet, more or less;

Parcel VII. (Post Parcel), is more fully described as follows:
Bounded on the North on land of heirs of John Hamilton, 102.25 feet, more or less, on the East on land of Sanford, Shelton and Hotchkiss, 49.98 feet, more or less, on the North on land of Sanford, Shelton and Hotchkiss, 8.03 feet, more or less, on the East on land of Sanford, Shelton and Hotchkiss, 53.35 feet, more or less, on the South on land of The First National Bank of Bridgeport, 59.87 feet, more or less; on the West on land of The First National Bank of Bridgeport, 50.21 feet, more or less, on the South on land of The First National Bank of Bridgeport, 67.71 feet, more or less, and on the West by Middle Street, 45.95 feet, more or less;

That the United States, through its duly authorized representatives, including the Secretary of the Treasury, has attempted to secure the aforesaid land, consisting of said seven parcels, by purchase, but was unable to reach an agreement with any and all the owners of said seven parcels of land and with any and all other persons having interests in said several parcels of land constituting the tract of land aforesaid; that on the 10th day of January 1929 the Secretary of the Treasury of the United States made application to the Attorney General of the United States to commence proceedings for the condemnation of said tract of land, together with the buildings thereon, and on January 15th, 1929 the Attorney General of the United States instructed the United States Attorney for the District of Connecticut to institute these proceedings for the condemnation of said tract of land, together with the buildings thereon, described herein, pursuant to the Federal and State Acts aforesaid; that this action was thereupon brought pursuant to said orders of the Attorney General, returnable in the United States District Court for the District of Connecticut on the first Monday of February, 1930; that all the defendants mentioned in said Bill of Complaint and Petition for Condemnation have or claim to have right, title and interest to and upon said tract of land sought to

be acquired in this cause or to a portion thereof, as is set forth in said Bill of Complaint and Petition to condemn land.

Thereupon due and proper notice was given to and served upon all the defendants mentioned in and appearing in said Bill of Complaint, either by service by the United States Marshal where possible or by registered mail and notice by publication, pursuant to orders of this Court and the Federal and State Laws pertaining to Statutory continuances in such cases made and provided, — — — — — —
— — — — and the required Statutory continuances of three months and one month were duly ordered by this Court; on June 9th, 1930 a default was entered against all non-appearing defendants while all other defendants appeared by counsel and were given an opportunity to be heard; on June 9th, 1930, upon Petition of the United States, this Court appointed James E. Wheeler, Joseph P. Kennedy and H. Almon Chaffee as three disinterested persons to view the lands in question in this cause, hear the evidence, ascertain the value or values of said individual interests of the several defendants in said property and land, assess just damages to the several defendants for the same, and report their said doings to this Court; on May 11th, 1931, said committee, after being duly sworn in accordance with the order of this Court, having completed their duties as set out in said order, did duly file in this Court "REPORT OF COMMITTEE" assessing just damages to the owners and other persons interested in the property and parcels sought to be taken in this action, after having given reasonable notice to all the parties, after having viewed the property in question, and after having heard all the evidence; on May 18th, 1931 there was filed in this Court a Stipulation between the parties involved, changing the amount to be paid to the Bridgeport People's Savings Bank without, however, changing or modifying the aggregate amount originally awarded by said Committee; that the total of all awards to be made to all persons set out in said Report of Committee as amended by said Stipulation is $608,063.52; that on June 23rd, 1931, upon Petition of the United State of America and after due notice had been given to all interested parties, upon a hearing, it appearing to this Court that the Report of said Committee awarding the sum of $608,063.52 as damages in the manner set forth in said Report of Committee as amended and finding that no other persons except those to whom awards were made in said Report of Committee as amended have any interest whatever in said premises sought to be taken by these proceedings, should be accepted, this Court did, on said June 23rd, 1931, accept said Report of Committee filed on May 11th, 1931, as modified by Stipulation filed May 18th, 1931 and further directed that Judgment be entered for the United States; On June 23rd, 1931 the United States of America, plaintiff herein, duly filed in the office of the Clerk of the United States District Court a Certificate of Taking of the properties sought to be taken by these proceedings and filed with the Clerk of the United States District Court a check in the sum of $608,063.52, same being the aggregate amount of damages as set out in the Report of the Committee

418

MANUSCRIPT - VOL 635

heretofore accepted. This Court having found all the allegations in the Complaint true, it is hereby ORDERED, ADJUDGED and DECREED that the plaintiff take said land described in said Complaint for the purposes therein named and all right, title and interest of any and all defendants in this action and of any and all other persons claiming any interest whatever in said land and buildings is hereby terminated and extinguished and all such persons are hereby divested of any and all interest, right or title to any of the lands involved in these proceedings and absolute title in fee simple, free and unencumbered, is hereby vested in the plaintiff, the United States of America, and it shall be entitled to possession of said lands as of midnight, June 30th, 1931, Eastern Standard Time.

The Court further finds that the sums awarded and fixed by said committee as of June 30th, 1931 and approved by this Court this day, are as follows:

PARCEL I (HAMILTON PARCEL - total value, $52,318.)

| | |
|---|---|
| City of Bridgeport | $ 579.59 |
| Maria Hamilton, widow of John Hamilton for her life use in one-third of said parcel | 2,740.30 |
| Jesse C. Hamilton | 6,999.73 |
| Margaret E. Hamilton | 6,999.73 |
| Mary F. Hamilton | 6,999.73 |
| Grace E. Hamilton | 6,999.73 |
| Philip A. Hamilton | 6,999.73 |
| Anna G. Hamilton | 6,999.73 |
| Estelle C. Hamilton | 6,999.73 |
| Lewis Sturges, his widow Mary Sturges and their heirs | None |
| Isaac Sturges, and the widow, and the heirs of Isaac Sturges | None |

PARCEL II (SHELTON PARCEL - total value, $136,400.)

| | |
|---|---|
| City of Bridgeport | $1,785.18 |
| Joseph Franchi | 900.00 |
| New England Fair & Carnival Company | 1,050.03 |
| Platt & Company, Inc. | 1,050.03 |
| Estate of Edward I. Sanford (Equitable Trust Company, Executor and Trustee) | 32,903.69 |
| Harriet S. Hotchkiss | 32,903.69 |
| Henry T. Shelton | 65,807.38 |
| Josephine L. Shelton | None |
| John R. Halsey, Executor & Trustee | None |
| Kingsley Trust Association | None |

PARCEL II (Continued)

| | |
|---|---|
| The Proprietors of the New Haven City Burial Ground | None |
| Sarah G. Hotchkiss | None |
| The Second National Bank of New Haven, executor of Estate of Sarah G. Hotchkiss | None |

MANUSCRIPT—VOL 635

| | |
|---|---|
| Marie Zoee (Madame Marie Levi) | None |
| Mathilde Johansen | None |
| Sanford L. Hotchkiss | None |
| George Johnstone Bradish | None |
| Preston Watson | None |
| Jessie Watson | None |
| Yale University | None |
| John Lavery | None |

PARCEL III (SCHENE PARCEL - total value, $44,528.40)

| | |
|---|---|
| Bridgeport-City Trust Company | $18,153.33 |
| City of Bridgeport | 7,815.16 |
| The First National Bank of Bridgeport, now known as The First National Bank & Trust Company of Bridgeport | 18,556.91 |
| The Middle Street Realty Company, right of way. Damages for the taking of said right of way are included in damages awarded to The Middle Street Realty Company for the taking of Parcel IV in accordance with the stipulation on file | None |
| The Bridgeport Savings Bank. Damages for the taking of the mortgage interest is included in damages for the taking of the mortgage interest in Parcel VI. | None |

PARCEL IV (LASHAR PARCEL) and PARCEL V (REALTY PARCEL) Total value - $97,005.33

| | |
|---|---|
| City of Bridgeport | $2,738.92 |
| Massachusetts Mutual Life Insurance Company | 60,000.00 |
| The First National Bank & Trust Company of Bridgeport, assignee of North End Bank and Trust Company | 14,500.00 |
| The Middle Street Realty Company | 19,766.41 |
| North End Bank and Trust Company | None |
| United Cigar Stores Company of America | 4,662.48 |
| Estate of Edward I. Sanford | 1,904.10 |
| Harriett S. Hotchkiss | 1,904.10 |
| Herbert M. Lyon | 3,808.21 |
| Henry T. Shelton | 3,808.21 |

PARCEL VI (SECOND LASHAR PARCEL - total value, $150,000.)

| | |
|---|---|
| Bridgeport Peoples Savings Bank | $63,372.21 |
| City of Bridgeport | 37,081.24 |
| The First National Bank of Bridgeport, now known as The First National Bank & Trust Company of Bridgeport | 49,546.55 |
| The Post Publishing Company, right of way. Damages for the taking of this right of way are included in damages for the taking of Parcel VII in accordance with the stipulation on file | None |

490

| | |
|---|---|
| Eliza Jane Lewis and the widower and heirs of the said Eliza Jane Lewis | None |
| Lawrence Murphy his widow, Mary Murphy and the heirs of the said Lawrence Murphy and Mary Murphy | None |
| John Hamilton, James Murphy, Catherine Connors and Michael Murphy, the widow and heirs of said John Hamilton, James Murphy and Michael Murphy and the widower and heirs of said Catherine Connors | None |
| The National Petroleum Company | None |

PARCEL VII (POST PARCEL - total value, $111,724.69)

| | |
|---|---|
| City of Bridgeport | $1,608.35 |
| Post Publishing Company | 110,116.34 |
| The Bridgeport Savings Bank, now known as The Bridgeport Peoples Savings Bank | None |
| Eliza Jane Lewis and the widower and heirs of the said Eliza Jane Lewis | None |
| Lawrence Murphy, his widow Mary Murphy and the heirs of the said Lawrence Murphy, and Mary Murphy | None |
| John Hamilton, James Murphy, Catherine Connors and Michael Murphy, the widow and heirs of said John Hamilton, James Murphy and Michael Murphy and the widower and heirs of said Catherine Connors | None |

To all persons other than the persons named above having or claiming to have an interest in the lands sought to be acquired by these proceedings, damages are assessed as follows:                                                           None

And it is further ORDERED that forthwith and in any event on or before June 30, 1931 the Clerk of this Court shall without any deduction, pay to the respective defendants or to their attorneys of record the sums awarded them in said report as modified by said stipulation, said payments to be made by drafts payable as follows:

PARCEL I

| | |
|---|---|
| to City of Bridgeport, H.S.Challenger, Collector of Taxes | $579.59 |
| to John J. Cullinan Attorney for Maria Hamilton | 2,740.30 |
| to John J. Cullinan, attorney for Jesse C. Hamilton | 6,999.73 |
| to John J. Cullinan, Attorney for Margaret E. Hamilton | 6,999.73 |
| to John J. Cullinan, Attorney for Mary F. Hamilton | 6,999.73 |
| to John J. Cullinan, Attorney for Grace E. Hamilton | 6,999.73 |
| to John J. Cullinan Attorney for Philip A. Hamilton | 6,999.73 |
| to John J. Cullinan, Attorney for Anna G Hamilton | 6,999.73 |
| to John J. Cullinan, Attorney for Estelle C. Hamilton | 6,999.73 |

PARCEL II

| | |
|---|---|
| to City of Bridgeport, H.S.Challenger, Collector of Taxes | 1,785.18 |

MANUSCRIPT—VOL 635

| | |
|---|---:|
| to James E. Murphy Attorney for Joseph Franchi | 900.00 |
| to Bartlett, Keeler & Cohn, Attorneys for New England Fair and Carnival Company | 1,050.03 |
| to Omar W. Platt, Attorney for Platt and Company, Inc. | 1,050.03 |
| to Marsh, Stoddard and Day, Attorneys for Estate of Edward I. Sanford | 32,903.69 |
| to David E. Fitzgerald, Attorney for Harriett S. Hotchkiss | 32,903.69 |
| to Marsh, Stoddard and Day, Attorneys for Henry T. Shelton | 65,807.38 |

PARCEL III

| | |
|---|---:|
| to The Bridgeport-City Trust Company | 18,153.33 |
| to City of Bridgeport, H.S. Challenger, Collector of Taxes | 7,818.16 |
| to Marsh, Stoddard and Day, Attorneys for The First National Bank and Trust Company of Bridgeport | 18,556.91 |

PARCELS IV and V

| | |
|---|---:|
| to City of Bridgeport H.S. Challenger, Collector of Taxes | $2,738.92 |
| to Massachusetts Mutual Life Insurance Company, Springfield, Massachusetts | 60,000.00 |
| to Marsh Stoddard and Day, Attorneys for The First National Bank and Trust Company of Bridgeport | 14,500.00 |
| to Marsh, Stoddard and Day, Attorneys for the Middle Street Realty Company | 19,766.41 |
| to Pullman and Comley, Attorneys for United Cigar Stores Co. of America | 4,662.48 |
| to Marsh, Stoddard and Day, Attorneys for Estate of Edward I. Sanford | 1,904.10 |
| to David E. Fitzgerald, Attorney for Harriett S. Hotchkiss | 1,904.10 |
| to Marsh, Stoddard and Day, Attorneys for Herbert M. Lyon | 3,808.21 |
| to Marsh, Stoddard and Day, Attorneys for Henry T. Shelton | 3,808.21 |

PARCEL VI

| | |
|---|---:|
| To Pullman and Comley, Attorneys for Bridgeport Peoples Savings Bank | 63,372.21 |

MANUSCRIPT-VOL 635

| | |
|---|---|
| to City of Bridgeport, H.S.Challenger Collector of Taxes | 37,081.24 |
| to Marsh, Stoddard and Day, Attorneys for the First National Bank and Trust Company of Bridgeport | 49,546.55 |

PARCEL VII

| | |
|---|---|
| To City of Bridgeport, H.S.Challenger, Collector of Taxes | 1,608.35 |
| to Marsh, Stoddard and Day, Attorney for The Post Publishing Company | 110,116.34 |

Dated at Hartford, Connecticut, this 23rd day of June, 1931.

                Carroll C. Hincks
                United States District Judge

A true copy
Attest C.E.Flckett  Clerk

Rec'd for Record
June 24, 1931    8:01 A.M.
Attest:

    Philip I Brady               Asst Town Clerk

---

| | |
|---|---|
| PAUL S. CHAPMAN | COURT OF COMMON PLEAS |
| vs. | FAIRFIELD COUNTY |
| JULIA E. SHOTLAND & PAUL SHOTLAND | June 23, 1931. |

JUDGMENT LIEN.

This is to certify that Paul S.Chapman of the City of Bridgeport, County of Fairfield and State of Connecticut, did on the 12th day of June, 1931 in the Court of Common Pleas, within and for Fairfield County in session at Bridgeport within said County, obtain a Judgment in his favor against Julia E. Shotland and Paul Shotland both of the City, County and State of New York for the sum of $411.46 damages and $56.35 costs of suit, which said Judgement remains wholly unsatisfied. To secure said sum and lawful interest thereon, a Judgement Lien in favor of said Paul S.Chapman is hereby placed upon the following described real property of said Julia E. Shotland and Paul Shotland situated in the City of Bridgeport, County of Fairfield and State of Connecticut and bounded and described as follows, to wit:
NORTHERLY on land now or formerly of Euphroesyne Bowne, by a broken line;
EASTERLY on land now or formerly of Euphroesyne Bowne, Caroline L. Ealee, Matthew and Elizabeth Lyman and Minnie E.Taylor each in part;
NORTHERLY AGAIN on land now or formerly of Minnie E.Taylor;
EASTERLY AGAIN on Norman Street, 42.83 feet;
SOUTHERLY on land now or formerly of Eva Balter, Rae Horn and Amos B.Atherton each in part.
WESTERLY on land now or formerly of W.L.Lalley;
SOUTHERLY AGAIN on land now or formerly of W.L.Lalley and Bessie Goldman, each in part;
EASTERLY AGAIN on land now or formerly of Bessie Goldman;
SOUTHERLY AGAIN on Beechwood Avenue, 48.71 feet;
WESTERLY AGAIN on land now or formerly of John J. Kiernan;
SOUTHERLY AGAIN on land now or formerly of John J. Kiernan;
WESTERLY AGAIN on land now or formerly of Edward E. Zumstag.
This Lien is filed within four months after such Judgement was rendered and the same real estate herein described was attached in said action on the 16th day of January, 1931.
Dated at Bridgeport this 23rd day of June, 1931.

                PAUL S. CHAPMAN
                By John V.Donnelly
                   His Attorney

Rec'd for Record
June 24, 1931   3:43 P.M.
Attest:

    Philip I Brady               Asst Town Clerk