UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GOLDEN HILL PAUGUSSETT TRIBE,  :

                Plaintiff,  :  CIVIL NO. 2:92CV00738(PCD)

v.                              :

LOWELL P. WEICKER, ET AL.       :

                Defendants.  :  December 29, 1992

### DECLARATION OF ANDREW J. TENGERES

1.   I am currently Manager, Customer Services at the United States Post Office, 120 Middle Street, Bridgeport, Connecticut. I have held this position since March, 1984. From October 3, 1992 through December 31, 1992 I have also been Officer-in-Charge of the 120 Middle Street Post Office pending installation of a new Postmaster.

2.   I began working for the Post Office in Hartford, Connecticut, in May, 1970. In addition to my latest position as Manager, Customer Services, I also worked in the Post Office at 120 Middle Street, Bridgeport, between November, 1973 and January, 1975 as a Management Trainee and between January, 1978 and August, 1979 as Maintenance Manager.

3.   I am familiar with the history of the Post Office at 120 Middle Street, Bridgeport, based on my own work experience there, my duties and responsibilities as Manager, Customer Services and Officer-in-Charge, and my review of information from official Post Office records, and from the land records of the Bridgeport Town

EXHIBIT B

Clerk's Office.

4. The United States Post Office at 120 Middle Street, Bridgeport, came into existence and began serving the public in the early 1930's. The Post Office has remained open to the public at that location from the early 1930's to the present day. Up until 1971, the property at 120 Middle Street, Bridgeport, also contained numerous other federal offices open to the public such as military recruitment offices, Congressional offices, and the Customs Service. Since 1971, the Post Office has used the majority of the space at 120 Middle Street, Bridgeport, although the Customs Services and a federal credit union remain in the building.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed on: 12-30-92                    _Andrew J. Tengeres_
                                          ANDREW J. TENGERES