UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS, | : | CIVIL ACTION NO. 2:92CV00738 (JBA) |
| Plaintiff, | : | |
| vs. | : | |
| M. JODI RELL, GOVERNOR OF THE STATE OF CONNECTICUT, ET AL., | : | |
| Defendants. | : | AUGUST 24, 2006 |

**ANSWER AND DEFENSES OF DEFENDANT
THE UNITED ILLUMINATING COMPANY
TO THE AMENDED COMPLAINT**

Defendant The United Illuminating Company ("UI"), for its answer to plaintiff's Amended Complaint (doc. 325), adopts, incorporates by reference, and restates as if fully set forth here the Answer and Defenses of the Governor of the State of Connecticut filed on July 28, 2006 (doc. 327).

References to "defendant" in the Governor's answer and defenses should be construed to mean "UI" where necessary to give that reference its proper meaning in the context of a pleading by UI. Also, UI answers paragraphs 29 and 30 as follows, in substitution for the answers given in the Governor's Answer:

29.   UI admits that it is in possession of lands commonly known as 184 East Washington Avenue, Bridgeport, Connecticut, but denies that such possession is in violation of any Nonintercourse Act, and states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 29 of the Amended Complaint.

30. UI admits that it is in possession of lands commonly known as 46 Congress Street, Bridgeport, Connecticut, but denies that such possession is in violation of the Proclamation of 1763 and the common law, and states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 30 of the Amended Complaint.

In the Sixth Defense, UI additionally pleads that UI, its predecessor owners of the properties at issue, *and* the State of Connecticut are and were bona fide purchasers for value.

UI continues to maintain the Counterclaims it previously pleaded on January 15, 1993 (doc. 83), which plaintiff replied to on February 9, 1993 (doc. 93).

DEFENDANT
THE UNITED ILLUMINATING COMPANY

By: *[signature]*
Jeffrey R. Babbin (ct10859)
jbabbin@wiggin.com
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 (fax)
Attorney for Defendant

**CERTIFICATION**

I hereby certify that on this 24th day of August, 2006, the foregoing was electronically filed, with notice of this filing served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. The service list is as follows:

| | |
|---|---|
| Michael D. O'Connell, Esq.<br>O'Connell, Flaherty & Attmore<br>280 Trumbull Street<br>Hartford, CT 06103-3598 | Bernard Wishnia, Esq.<br>204 Eagle Rock Avenue<br>Roseland, NJ 07068 |
| William A. Wechsler, Esq.<br>Bailey & Wechsler<br>583 Old Slocum Road<br>Hebron, CT 06248 | Susan Quinn Cobb, Esq.<br>Mark F. Kohler, Esq.<br>Daniel R. Schaefer, Esq.<br>P.O. Box 120<br>Hartford, CT 06141-0120 |
| Mark T. Anastasi, Esq.<br>Office of the City Attorney<br>City of Bridgeport<br>999 Broad Street, 2nd floor<br>Bridgeport, CT 06604-4328 | Anthony M. Feeherry, Esq.<br>Mark S. Puzella, Esq.<br>Goodwin, Proctor & Hoar<br>Exchange Place<br>Boston, MA 02109-2881 |
| Henry C. Winiarski, Jr., Esq.<br>941 Wethersfield Avenue<br>Hartford, CT 06114-3137 | David Michael Tilles, Esq.<br>Law Offices of Scott B. Clendaniel<br>300 Windsor Street<br>P.O. Box 2138<br>Hartford, CT 06145-2138 |
| Richard L. Albrecht, Esq.<br>Austin K. Wolf, Esq.<br>Cohen & Wolf, P.C.<br>1115 Broad Street<br>P.O. Box 1821<br>Bridgeport, CT 06604 | Thomas A. Gugliotti, Esq.<br>Updike, Kelly & Spellacy, P.C.<br>One State Street<br>P.O. Box 231277<br>Hartford, CT 06123-1277 |
| Geoffrey A. Hecht, Esq.<br>Caplan, Hecht & Mendel, LLC<br>20 Trumbull Street<br>P.O. Box 9505<br>New Haven, CT 06534 | John Pirina, Jr., Esq.<br>Law Offices of Arnaldo J. Sierra<br>215 Washington Street<br>Hartford, CT 06106 |

| | |
|---|---|
| Janet L. Janczewski, Esq.<br>Southern Connecticut Gas Co.<br>855 Main Street<br>Bridgeport, CT 06604 | Kimball H. Hunt, Esq.<br>Hunt, Leibert, Chester & Jacobson, P.C.<br>50 Weston Street<br>Hartford, CT 06120-4626 |
| Richard J. Buturla, Esq.<br>Robert L. Berchem, Esq.<br>Berchem, Moses & Devlin, P.C.<br>75 Broad Street<br>Milford, CT 06460 | Andrew M. Eschen, Esq.<br>U.S. Department of Justice<br>Environment & Natural Resource<br>P.O. Box 663<br>Washington, DC 20044-6208 |
| John J. Kelly, Jr.<br>Cantor, Floman, et al.<br>378 Boston Post Road<br>P.O. Drawer 966<br>Orange, CT 06477 | Gerald T. Weiner, Esq.<br>Judith A. Mauzaka, Esq.<br>Weinstein, Weiner, et al.<br>350 Fairfield Avenue<br>P.O. Box 9177<br>Bridgeport, CT 06601 |
| Paul Ruszczyk, Esq.<br>408 Highland Avenue<br>Cheshire, CT 06410 | Stuart A. Margolis, Esq.<br>132 Temple Street<br>New Haven, CT 06510 |
| Michael S. Hillis, Esq.<br>Dombroski, Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, CT 06510 | Gerald L. Garlick, Esq.<br>Linda C. Hadley, Esq.<br>Krasow, Garlick & Hadley<br>One State Street<br>Hartford, CT 06103 |
| Kenneth M. Rozich, Esq.<br>Law Firm of Edward D. Jacobs<br>P.O. Box 1952<br>New Haven, CT 06509 | Howard R. Wolfe, Esq.<br>Goldman, Gruder & Woods<br>125 Mason Street<br>Greenwich, CT 06830 |
| Thomas E. Behuniak, Esq.<br>44 Greenwood Circle<br>Seymour, CT 06483 | James A. Trowbridge, Esq.<br>Quinnipiac University<br>Law School Clinic<br>275 Mount Carmel Avenue<br>Hamden, CT 06518-1946 |
| John B. Hughes, Esq.<br>U.S. Attorney's Office<br>157 Church Street, 23rd floor<br>P.O. Box 1824<br>New Haven, CT 06508-1824 | |

5

_____
Jeffrey R. Babbin

\10705\118\609851.1