UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT | : | Civil Action No.: 2:92 CV 00738 (JBA) |
| TRIBE OF INDIANS, | : | **Lead Case Number** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| M. JODI RELL, GOVERNOR | : | |
| OF THE STATE OF CONNECTICUT, *et al.* | : | |
| *Defendants*, | : | AUGUST 24, 2006 |

**Motion For Judgment
On The Pleadings By Defendants
Joseph E. Shapiro and Marjorie Shapiro**

Defendants Joseph E. Shapiro and Marjorie Shapiro (the "Shapiros") hereby join in, refer to and adopt by reference, the Motions for Judgment on the Pleadings filed by Defendant Governor of the State of Connecticut ("State"), dated August 2, 2006 (Doc. # 330), and by Defendants The United Illuminating Company ("UI") and The Southern Connecticut Gas Company ("SCG"), dated August 24, 2006 (Doc. # 362), as well as Defendant United States' ("USA") Motion To Dismiss, dated August 24, 2006 (Doc. # 358).

The Shapiros are named as defendants in the consolidated case originally captioned as *Golden Hill Paugussett Tribe of Indians v. Bachyrycz*, No. 3:93cv694 (JBA). The Court consolidated the *Bachyrycz* case with the above-captioned lead case.

Although the Plaintiff's allegations in the *Bachyrycz* case do not contain any allegations against USA, the State, UI or SCG, the motions for judgment filed by the State, UI and SCG, USA's Motion to Dismiss and the memoranda of law in support thereof are directed to all three of the consolidated cases. The Shapiros join in, refer to and adopt by reference the motions for judgment filed by the State (Doc. # 330) and by UI and SCG (Doc. # 362), as well as USA's Motion to Dismiss (Doc. # 358).

        Defendants JOSEPH E. SHAPIRO
        and MARJORIE SHAPIRO


By_____Howard R. Wolfe /s/_____
   Howard R. Wolfe, Esq. (Fed. Bar #ct08090)
   Goldman Gruder & Woods, LLC
   125 Mason Street
   Greenwich, CT 06830
   Tel.:(203) 983-6363
   Fax:(203) 983-6262
   Email: hwolfe@goldmangruderwoods.com

## Certification

      I hereby certify that on August 24, 2006, the foregoing was electronically filed, with notice of this filing served by e-mail to all parties by operation of the Court's electronic filing system or by first class United States Mail, postage prepaid, to anyone unable to accept electronic filing. The service list is as follows:

| | |
|---|---|
| Mark Anastasi, Esq.<br>Office of the City Attorney<br>999 Broad Street, 2nd Floor<br>Bridgeport, CT  06604-4328 | Bernard Wishnia, Esq.<br>Roseland Professional Building<br>204 Eagle Rock Avenue<br>Roseland, NJ  07068 |
| Gerald Weiner, Esq.<br>Weinstein, Weiner, Ignal, Vogel & Shapiro<br>350 Fairfield Avenue<br>P.O. Box 9177<br>Bridgeport, CT  06601 | Richard Blumenthal, Esq.<br>Susan Quinn Cobb, Esq.<br>Mark F. Kohler, Esq.<br>P.O. Box 120<br>Hartford, CT  06141-0120 |
| Michael D. O'Connell, Esq.<br>O'Connell, Flaherty & Attmore<br>280 Trumbull Street<br>Hartford, CT  06103-3598 | William A. Wechsler, Esq.<br>Bailey & Wechsler<br>583 Old Slocum Road<br>Hebron, CT  06248 |
| John J. Kelly, Jr., Esq.<br>Cantor, Floman, Gross, Kelly,<br>Amendola & Sacramone<br>378 Boston Post Road<br>P.O. Box 966<br>Orange, CT  06477 | Gerald L. Garlick, Esq.<br>Linda Clifford Hadley, Esq.<br>Krasow, Garlick & Hadley<br>One State Street<br>Hartford, CT  06103 |
| Thomas Behuniak, Esq.<br>44 Greenwood Circle<br>Seymour, CT  06483 | Henry C. Winiarski, Jr., Esq.<br>941 Wethersfield Avenue<br>Hartford, CT  06114-3137 |
| Michael K. Murray, Esq.<br>Anthony M. Feeherry, Esq.<br>Goodwin, Proctor & Hoar<br>53 State Street<br>Boston, MA  02116 | Michael S. Hillis, Esq.<br>Dombroski Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, CT  06510 |
| Robert L. Berchum, Esq.<br>Berchum, Moses & Devlin, P.C.<br>75 Broad Street<br>Milford, CT  06460 | Kimball Haines Hunt, Esq.<br>Hunt Leibert Chester & Jacobson<br>50 Weston Street<br>Hartford, CT  06120-4626 |

| | |
|---|---|
| Paul Ruszczyk, Esq.<br>Highland Professional Building<br>408 Highland Avenue<br>Cheshire, CT  06410 | Stuart A. Margolis, Esq.<br>Berdon, Young & Margolis, P.C.<br>132 Temple Street<br>New Haven, CT  06510-2671 |
| Andrew M. Eschen, Esq.<br>U.S. Department of Justice<br>Environment & Natural Resource<br>P.O. Box 663<br>Washington, DC  20044-6208 | James Trowbridge, Esq.<br>Quinnipiac University<br>Law School Clinic<br>275 Mount Carmel Avenue<br>Hamden, CT  06518-1946 |
| John Pirina, Esq.<br>Law Offices of Arnaldo J. Sierra<br>215 Washington, Street<br>Hartford, CT  06106 | Janet Janczewski, Esq.<br>Southern Connecticut Gas Company<br>855 Main Street<br>Bridgeport, CT  06604-4918 |
| Richard L. Albrecht, Esq.<br>Austin K. Wolf, Esq.<br>Cohen & Wolf<br>1115 Broad St., P.O. Box 1821<br>Bridgeport, CT  06604 | John B. Hughes, Esq.<br>U.S. Attorney's Office<br>157 Church Street, 23rd Floor<br>P.O. Box 1824<br>New Haven, CT  06508-1824 |
| Geoffrey A. Hecht, Esq.<br>Caplan Hecht & Mendel<br>20 Trumbull Street, P.O. Box 9505<br>New Haven, CT  06534 | Alexander H. Schwartz, Esq.<br>3695 Post Road<br>P.O. Box 701<br>Southport, CT  06490 |
| Jeffrey Babbin, Esq.<br>Wiggin & Dana<br>One Century Tower<br>265 Church St., P.O. Box 1832<br>New Haven, CT  06508-1832 | Thomas Gugliotti, Esq.<br>Updike, Kelly & Spellacy<br>One State Street<br>P.O. Box 231277<br>Hartford, CT  06123-1277 |
| Kenneth M. Rozich, Esq.<br>Law Firm of Edward D. Jacobs<br>P.O. Box 1952<br>New Haven, CT  06509 | |

                                          Howard R. Wolfe /s/
                                 Howard R. Wolfe