## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT<br>TRIBE OF INDIANS,<br>    *Plaintiff*, | :<br>:<br>:<br>: | Civil Action No.: 2:92 CV 00738 (JBA)<br>**Lead Case Number** |
|     v. | :<br>: | |
| M. JODI RELL, GOVERNOR<br>OF THE STATE OF CONNECTICUT, *et al.*<br>    *Defendants*, | :<br>:<br>: | AUGUST 24, 2006 |

**Memorandum of Law in Support of
Motion For Judgment On The Pleadings
By Defendants Joseph E. Shapiro and Marjorie Shapiro**

      Defendants Joseph E. Shapiro and Marjorie Shapiro (the "Shapiros") hereby join in and adopt by reference, the Memorandum of Law in Support of Motion for Judgment on the Pleadings of Defendant Governor of the State of Connecticut (the "State"), dated August 2, 2006 (Doc. # 330), the Memorandum in Support of Motion for Judgment on the Pleadings of Defendants The United Illuminating Company ("UI") and The Southern Connecticut Gas Company ("SCG"), dated August 24, 2006 (Doc. # 362), and Section VIII of the United States' Memorandum in Support of Motion to Dismiss Amended Complaint, dated August 24, 2006 (Doc. #359).  The Shapiros are only named as defendants in the case originally captioned as *Golden Hill Paugussett Tribe of Indians v. Bachyrycz*, No. 3:93cv694 (JBA).  By Order dated February 23, 2000, the Court consolidated the *Bachyrycz* case with the above-captioned lead case.

      Although Plaintiff's allegations in the *Bachyrycz* case do not contain any allegations against USA, the State, UI or SCG, the motions for judgment filed by the State, UI and SCG, USA's Motion to Dismiss and the supporting memoranda of law are directed to all three of the consolidated cases, and the

arguments put forth by the State, UI and SCG in their briefs and by USA in Section VIII of its brief all apply with equal force to the claims asserted by Plaintiff in the *Bachyrycz* case.

In support of this motion, the Shapiros refer the Court to, rely upon and incorporate by reference the State's Memorandum (Doc. # 331), The United Illuminating Company's and The Southern Connecticut Gas Company's Memorandum (Doc. #363), as well as Section VIII of USA's Memorandum (Doc. # 359).

In addition, as discussed below, with regard to Plaintiff's claims against the Shapiros, the equities weigh heavily in favor of the Shapiros and against Plaintiff. The Shapiros are simply the current owners of and in possession of property at 952 Rainbow Trail, in Orange, Connecticut, which Plaintiffs allege was improperly transferred to the Shapiros' distant predecessors in title about 200 years ago.

Even were Plaintiff able to prove that it is an Indian tribe which has resided in Connecticut "since time immemorial" (Plaintiff's Amended Complaint, July, 2006 [Doc. # 325], at ¶ 4) – which the Bureau of Indian Affairs ("BIA") has already found not to be the case[1] – Plaintiff should be barred from pursuing its claims in these consolidated actions, under the doctrines of laches, long acquiescence and impossibility (*See also*, State's Memorandum [Doc. #331]). Plaintiff unreasonably, and without any explanation, delayed **two centuries** before pursuing its alleged claims. This delay significantly impaired the defendants' ability to defend against Plaintiff's now-ancient claims. The passage of so much time, the remote nature of the alleged transfers and the countless conveyances, subdivision and re-subdivision of the tracts of land in question have significantly impaired and prejudiced the individual defendants' ability

---

[1] *See*, State's Memorandum (Doc. # 331 ), p. 5; *See also*, BIA *Final Determination Against Federal Acknowledgement of the Golden Hill Paugussett Tribe*, 69 Fed. Reg. 34388 (June 21, 2004), a copy of which final determination is attached to States' Memorandum (Doc. # 331) as Exhibit A.

to defend against Plaintiff's claims of tribal status and improper transfers. Plaintiff asserted no reasonable justification for its untimely assertion of it claims – in fact, it has offered no justification whatsoever.

It is simply inequitable, prejudicial and unconscionable, on the highest order, for Plaintiff to wait for two centuries and countless conveyances to have passed before asserting, what have become, ancient claims against numerous current property owners; thereby requiring parties to defend against allegedly improper transfers to their early-American predecessors in title. If Plaintiff actually is an Indian tribe which has resided in Connecticut "since time immemorial," as it alleges, then it should have pursued such claims against the original transferees – nearly 200 years ago – or within a reasonable time after the alleged improper transfers occurred.

## Conclusion

For the foregoing reasons, as well as for the reasons set forth in the State's Memorandum (Doc # 331), UI's and SCG's Memorandum (Doc # 363) and Section VIII of USA's Memorandum, the Motion for Judgment on the Pleadings By Defendants Joseph E. Shapiro and Marjorie Shapiro should be granted and Plaintiff's Amended Complaint should be dismissed as a matter of law.

Defendants JOSEPH E. SHAPIRO
and MARJORIE SHAPIRO


By_____Howard R. Wolfe /s/_____
   Howard R. Wolfe, Esq. (Fed. Bar #ct08090)
   Goldman Gruder & Woods, LLC
   125 Mason Street
   Greenwich, CT  06830
   Tel.:(203) 983-6363
   Fax:(203) 983-6262
   Email:  hwolfe@goldmangruderwoods.com

## Certification

  I hereby certify that on August 24, 2006, the foregoing was electronically filed, with notice of this filing served by e-mail to all parties by operation of the Court's electronic filing system or by first class United States Mail, postage prepaid, to anyone unable to accept electronic filing. The service list is as follows:

Mark Anastasi, Esq.  
Office of the City Attorney  
999 Broad Street, 2nd Floor  
Bridgeport, CT   06604-4328  

Bernard Wishnia, Esq.  
Roseland Professional Building  
204 Eagle Rock Avenue  
Roseland, NJ   07068  

Gerald Weiner, Esq.  
Weinstein, Weiner, Ignal, Vogel & Shapiro  
350 Fairfield Avenue  
P.O. Box 9177  
Bridgeport, CT  06601  

Richard Blumenthal, Esq.  
Susan Quinn Cobb, Esq.  
Mark F. Kohler, Esq.  
P.O. Box 120  
Hartford, CT   06141-0120  

Michael D. O'Connell, Esq.  
O'Connell, Flaherty & Attmore  
280 Trumbull Street  
Hartford, CT   06103-3598  

William A. Wechsler, Esq.  
Bailey & Wechsler  
583 Old Slocum Road  
Hebron, CT   06248  

John J. Kelly, Jr., Esq.  
Cantor, Floman, Gross, Kelly,  
Amendola & Sacramone  
378 Boston Post Road  
P.O. Box 966  
Orange, CT  06477  

Gerald L. Garlick, Esq.  
Linda Clifford Hadley, Esq.  
Krasow, Garlick & Hadley  
One State Street  
Hartford, CT   06103  

Thomas Behuniak, Esq.  
44 Greenwood Circle  
Seymour, CT   06483  

Henry C. Winiarski, Jr., Esq.  
941 Wethersfield Avenue  
Hartford, CT  06114-3137  

Michael K. Murray, Esq.  
Anthony M. Feeherry, Esq.  
Goodwin, Proctor & Hoar  
53 State Street  
Boston, MA   02116  

Michael S. Hillis, Esq.  
Dombroski Knapsack & Hillis  
129 Whitney Avenue  
New Haven, CT   06510  

Robert L. Berchum, Esq.  
Berchum, Moses & Devlin, P.C.  
75 Broad Street  
Milford, CT  06460  

Kimball Haines Hunt, Esq.  
Hunt Leibert Chester & Jacobson  
50 Weston Street  
Hartford, CT  06120-4626

| | |
|---|---|
| Paul Ruszczyk, Esq.<br>Highland Professional Building<br>408 Highland Avenue<br>Cheshire, CT  06410 | Stuart A. Margolis, Esq.<br>Berdon, Young & Margolis, P.C.<br>132 Temple Street<br>New Haven, CT  06510-2671 |
| Andrew M. Eschen, Esq.<br>U.S. Department of Justice<br>Environment & Natural Resource<br>P.O. Box 663<br>Washington, DC  20044-6208 | James Trowbridge, Esq.<br>Quinnipiac University<br>Law School Clinic<br>275 Mount Carmel Avenue<br>Hamden, CT  06518-1946 |
| John Pirina, Esq.<br>Law Offices of Arnaldo J. Sierra<br>215 Washington, Street<br>Hartford, CT  06106 | Janet Janczewski, Esq.<br>Southern Connecticut Gas Company<br>855 Main Street<br>Bridgeport, CT  06604-4918 |
| Richard L. Albrecht, Esq.<br>Austin K. Wolf, Esq.<br>Cohen & Wolf<br>1115 Broad St., P.O. Box 1821<br>Bridgeport, CT  06604 | John B. Hughes, Esq.<br>U.S. Attorney's Office<br>157 Church Street, 23rd Floor<br>P.O. Box 1824<br>New Haven, CT  06508-1824 |
| Geoffrey A. Hecht, Esq.<br>Caplan Hecht & Mendel<br>20 Trumbull Street, P.O. Box 9505<br>New Haven, CT  06534 | Alexander H. Schwartz, Esq.<br>3695 Post Road<br>P.O. Box 701<br>Southport, CT  06490 |
| Jeffrey Babbin, Esq.<br>Wiggin & Dana<br>One Century Tower<br>265 Church St., P.O. Box 1832<br>New Haven, CT  06508-1832 | Thomas Gugliotti, Esq.<br>Updike, Kelly & Spellacy<br>One State Street<br>P.O. Box 231277<br>Hartford, CT  06123-1277 |
| Kenneth M. Rozich, Esq.<br>Law Firm of Edward D. Jacobs<br>P.O. Box 1952<br>New Haven, CT  06509 | |

                                             Howard R. Wolfe /s/
                                    Howard R. Wolfe