UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE : <br> OF INDIANS, ET AL., : <br>    *Plaintiffs,* : <br> : <br> v. : <br> : <br> : <br> LOWELL P. WEICKER, JR., GOVERNOR : <br> OF THE STATE OF CONNECTICUT, ET AL., : <br>    *Defendants.* : | Civil No. 2:92CV0738(JBA) <br> CONSOLIDATED <br><br> August 25, 2006 |

### MOTION TO WITHDRAW APPEARANCE OF ALLAN VAN GESTEL

The undersigned moves that the appearance of Allan van Gestel be withdrawn on behalf of Defendant Hoffman Fuel Company ("Hoffman"). Mr. van Gestel filed his appearance for Hoffman when he was a member of the law firm Goodwin Procter LLP. He is no longer associated with that firm or with Hoffman. Anthony M. Feeherry, Michael K. Murray and Mark S. Puzella of Goodwin Procter LLP will continue their representation of Hoffman in this matter.

Dated: August 25, 2006

Rspectfully submitted,

HOFFMAN FUEL COMPANY

/s/ Michael K. Murray
Anthony M. Feeherry - ct21207
Michael K. Murray - ct12474
Mark S. Puzella
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000
617.523.1231 (fax)
afeeherry@goodwinprocter.com
mmurray@goodwinprocter.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 25th day of August 2006, the foregoing was electronically filed, with notice of this filing served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. The service list is as follows:

| | |
|---|---|
| Michael D. O'Connell, Esq.<br>O'Connell, Flaherty & Attmore<br>280 Trumbull Street<br>Hartford, CT 06103-3598 | Bernard Wishnia, Esq.<br>204 Eagle Rock Avenue<br>Roseland, NJ 07068 |
| William A. Wechsler, Esq.<br>Bailey & Wechsler<br>583 Old Slocum Road<br>Hebron, CT 06248 | Susan Quinn Cobb, Esq.<br>Mark F. Kohler, Esq.<br>Daniel R. Schaefer, Esq.<br>P.O. Box 120<br>Hartford, CT 06141-0120 |
| Mark T. Anastasi, Esq.<br>Office of the City Attorney<br>City of Bridgeport<br>999 Broad Street, 2nd floor<br>Bridgeport, CT 06604-4328 | Jeffrey R. Babbin, Esq.<br>Wiggin and Dana LLP<br>One Century Tower<br>P.O. Box 1832<br>New Haven, CT 06508=1832 |
| Henry C. Winiarski, Jr., Esq.<br>941 Wethersfield Avenue<br>Hartford, CT 06114-3137 | David Michael Tilles, Esq.<br>Law Offices of Scott B. Clendaniel<br>300 Windsor Street<br>P.O. Box 2138<br>Hartford, CT 06145-2138 |
| Richard L. Albrecht, Esq.<br>Austin K. Wolf, Esq.<br>Cohen & Wolf, P.O.<br>1115 Broad Street<br>P.O. Box 1821<br>Bridgeport, CT 06604 | Thomas A. Gugliotti, Esq.<br>Updike, Kelly & Spellacy, P.C.<br>One State Street<br>P.O. Box 231277<br>Hartford, CT 06123-1277 |
| Geoffrey A. Hecht, Esq.<br>Caplan, Hecht & Mendel, LLC<br>20 Trumbull Street<br>P.O. Box 9505<br>New Haven, CT 06534 | John Pirina, Jr., Esq.<br>Law Offices of Arnaldo J. Sierra<br>215 Washington Street<br>Hartford, CT 06106 |
| Janet L. Janczewski, Esq.<br>Southern Connecticut Gas Co.<br>855 Main Street<br>Bridgeport, CT 06604 | Kimball H. Hunt, Esq.<br>Hunt, Leibert, Chester & Jacobson, P.C.<br>50 Weston Street<br>Hartford, CT 06120-4626 |

3

| | |
|---|---|
| Richard J. Buturla, Esq.<br>Robert L. Berchem, Esq.<br>Berchem, Moses & Devlin, P.C.<br>75 Broad Street<br>Milford, CT 06460 | Andrew M. Eschen, Esq.<br>U.S. Department of Justice<br>Environment & Natural Resource<br>P.O. Box 663<br>Ben Franklin Station<br>Washington DC 20044-6208 |
| John J. Kelly, Jr., Esq.<br>Cantor, Floman, Gross, Kelly,<br>Amendola & Sacramone.<br>378 Boston Post Road<br>P.O. Drawer 966<br>Organge, CT 06477 | Gerald T. Weiner, Esq.<br>Judith A. Mauzaka, Esq.<br>Weinstein, Weiner, et al.<br>350 Fairfield Avenue<br>P.O. Box 9177<br>Bridgeport, CT 06601 |
| Paul Ruszczyk, Esq.<br>408 Highland Avenue<br>Cheschire, CT 06410 | Stuart A. Margolis, Esq.<br>132 Temple Street<br>New Haven, CT 06510 |
| Michael S. Hillis, Esq.<br>Dombroski, Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, CT 06510 | Gerald L. Garlick, Esq.<br>Linda C. Hadley, Esq.<br>Krasow, Garlick & Hadley<br>One State Street<br>Hartford, CT 06103 |
| Kenneth M. Rozich, Esq.<br>Law Firm of Edward D. Jacobs<br>P.O. Box 1952<br>New Haven, CT 06509 | Howard R. Wolfe, Esq.<br>Goldman, Gruder & Woods<br>125 Mason Street<br>Greenwich, CT 06830 |
| Thomas E. Behuniak, Esq.<br>44 Greenwood Circle<br>Seymour, CT 06483 | James A. Trowbridge, Esq.<br>Quinnipiac University<br>Law School Clinic<br>275 Mount Carmel Avenue<br>Hamden, CT 06518-1946 |
| John B. Hughes, Esq.<br>U.S. Attorney's Office<br>157 Church Street, 23rd floor<br>P.O. Box 1824<br>New Haven, CT 06508-1824 | |

/s/ Michael K. Murray

LIBA/1725253.1