**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **GOLDEN HILL** | : |
| **v.** | : NO. 2:92cv738 (JBA) |
| **WEICKER, ET AL** | : |

**ENDORSEMENT ORDER [366, 367]**

Motions to Withdraw [366, 367] are GRANTED.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: August 28, 2006**