UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

GOLDEN HILL PAUGUSSETT TRIBE
    OF INDIANS

    Plaintiff,

vs.

M. JODI RELL, GOVENOR OF THE STATE OF
CONNECTICUT, et al

    Defendants
_____

CASE NO.

2:92-cv-00738 (JBA)

AUGUST 31, 2006

## PLAINTIFF'S VOLUNTARY MOTION TO DISMISS

The Plaintiff, Golden Hill Paugussett Tribe of Indians, hereby moves pursuant to F.R.Civ.P. 41(a)(2) to dismiss the claim against the Defendants, the United States of America, Conrail, Messiah Baptist Church, Peerless Packaging Co., Eddie Rodriguez, Jr., Cheryl Rodriguez, GLF Realty Associates, Lafayette Bank & Trust, Dawar Realty Associates, Citytrust, Stratford Associates, Geza Scap, John Cotter, Jr., Amy Cotter, Erick Von Brauchitsch, MSB Realty Associates, Edward J. Iulo & John Hurley Trustees, Florence L. Jacobson, Jean Marie A. Ryan, Bank Mart, Edwin N. Antignani, Robert A. Maresca, Salvatore Maresca, 235 Congress Street Limited Partnership, Avo, Inc., Kenneth A. Janello, Bridgeport Roman Catholic Diocesan Corp., Mark E. Kelley, Norman K. Pollack, E&H Realty Company, Erin Beitman, Linda

Jacobson, Howard B. Jacobson, Muriel Novack, Carlyle Land Limited Partnership, Bank of Boston, CT, 100 Fairfield Avenue Corporation, Fidelity New York, FSB, Barnum House Associates Limited, Connecticut Housing Finance Authority, Robert D. Kisner, Philip J. Kuchma, Lafayette Bank & Trust, Connecticut National Bank, Metropolitan Bank & Trust, Salvatore Dinardo, Sr., John B. Schwerdtle, Edward Schwerdtle, Fleet Bank, 4 Lafayette Square Associates, Travelers Insurance Company, Lindquist Supply Co., Lindquist Steel, Inc., Henry J. Campolucci, John Mancini, Golden Hill Partners, Commercial Bank of New York, Central Bank, Mechanics & Farmers Savings Bank FSB, Jacob Zimmer, Daniel Zimmer, Rosario N. Debrizzi, Charles L. Desiena, John D. Guman, Debrizzi Associates, Union Trust, Derby Savings Bank, Golden Hill United Methodist Church Trustees, Harry W. Congdon Associates, Inc., Robert D. Scinto, Bill Gouveria, Maria J. Gouveria, Salvatore C. Depiano, Paul T. Tremont, Lawrence J. Merly, Richard T. Meehan, Jr., Unity Heights Co-Op, Main and Fairfield Associates, Kenneth F. Zarrilli, Trustee, Assemblage Group Ltd., Rudolph Lazinger, Harold Shaw, Rebecca Barnes, Sandra Engelman, Edith L. Graham, Selma L. Gerler, Wendy Graham, Paul Marino, Daniel M. Verrilli, Kwan O. Kun, Raul Lara, W&F Realty Inc., Gene Capoziello, Jr., Gus V. Curcio, 1192 Associates, George R. Koteas, 1200 Main Street Associates, 1 Park City Realty, Marshall Lewis, Sidney Greenspan, Barbara Zanesky, Trustee, Ocean Fish Company, Kapetan Associates, Cardinal Shehan Center, Inc., Edward J. Iulo & L. Herman Lavit, Trustees, Anthony C. Neri, Frank August, Jon A. August, Rita Lipton, 227 Middle Street Corp., Michael W. Licamele, 256

Middle Corporation, HBM Realty Associates, F.J. Folesaic, Jr., Gloria Pryde, St. Augustine Church, Hawkhust, Ltd., Eileen M. Gorman, Kathleen A. Wells, Patricia O. Colum, Beatrice M. Lauro, Michael J. Parente, Dennis A. Cooper, Catherine L. Cooper, Dennis Scinto, John R. Savino, John Pluchino, Pedro Vazquez, Evelyn Vazquez, Joseph A. Franco, Geny Franco, Everton S. Palmer, Mordalia Palmer, Eloi Bento, Zelia Bento, Joseph Oppedisano, Kenneth Oppedisano, Sarah J. Delvento, Betty Celone, Evelyn L. Spadaccino, Estate of Salvatore Spadaccino, S. Kenneth Dinardo, Trustee, South Gate Associates, Limited Partnership, Post Auto, and Chase Manhattan Bank for the reason that the Court has previously dismissed the only claim asserted against such defendant.

                THE PLAINTIFF,

                By: _____/s/_____
                    Michael D. O'Connell
                    O'Connell, Flaherty & Attmore, LLC
                    280 Trumbull Street
                    Hartford, CT  06103
                    Federal Bar. No. CT05299
                    (860) 548-1300
                    (860) 548-0023  (facsimile)
                    mailto:moconnell@ofalaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 31st day of August 2006, the foregoing Voluntary Motion Dismiss was filed with the Court electronically and served by regular first class mail, postage prepaid, upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties listed below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Michael D. O'Connell
Michael D. O'Connell, Esq.