**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**GOLDEN HILL**                :

**v.**                         :   NO. 2:92cv738 (JBA)

**WEICKER, ET AL**             :

### ENDORSEMENT ORDER [369]

Plaintiff's Voluntary Motion to dismiss [369], as to certain defendants, is GRANTED. The clerk is directed to terminate those defendants listed in plaintiffs' motion from the docket.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: September 5, 2006**