FILED
August 28, 2006

To:  Clerk's Office (ATTN: Joanne)
     U.S. District Court
     141 Church Street
     New Haven, CT 06510

From: Thomas E. Behuniak
      Juris # 301273 (CT)
      44 Greenwood Circle
      Seymour, CT 06483

RE:  Motion to Withdraw from Case # 2:92 CV 738, Golden Hill v. Weicker, ET AL, J.B. Arterton, U.S.D. J.

I request withdrawal from subject case. I have not represented a client in this case since 1995. Also, I no longer engage in the practice of law, and have not done so since 1996.

Respectfully,

*[signature]*

Thomas E. Behuniak