UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS, ET AL., *Plaintiffs,* | : : : : |
| v. | : : : : : : | Civil No. 2:92CV0738(JBA) CONSOLIDATED |
| LOWELL P. WEICKER, JR., GOVERNOR OF THE STATE OF CONNECTICUT, ET AL., *Defendants.* | : : : |

## NOTICE OF APPEARANCE OF MARK S. PUZELLA

Pursuant to Local Rule 5(a), please enter the appearance of Mark S. Puzella of Goodwin Procter LLP as counsel for defendant Hoffman Fuel Company in the above-captioned matter.

Dated: September 8, 2006     Respectfully submitted,

HOFFMAN FUEL COMPANY

By its attorneys,

/s/ Mark S. Puzella
Anthony M. Feeherry - phv21207
Michael K. Murray - ct12474
Mark S. Puzella - phv01273
Goodwin Procter LLP
53 State Street
Boston, MA 02116
(617) 570-1000
afeeherry@goodwinprocter.com
mmurray@goodwinprocter.com
mpuzella@goodwinprocter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September 2006, the foregoing was electronically filed, with notice of this filing served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. The service list is as follows:

SERVICE LIST

| | |
|---|---|
| Michael D. O'Connell, Esq.<br>O'Connell, Flaherty & Attmore<br>280 Trumbull Street<br>Hartford, CT 06103-3598 | Bernard Wishnia, Esq.<br>204 Eagle Rock Avenue<br>Roseland, NJ 07068 |
| William A. Wechsler, Esq.<br>Bailey & Wechsler<br>583 Old Slocum Road<br>Hebron, CT 06248 | Susan Quinn Cobb, Esq.<br>Mark F. Kohler, Esq.<br>Daniel R. Schaefer, Esq.<br>P.O. Box 120<br>Hartford, CT 06141-0120 |
| Mark T. Anastasi, Esq.<br>Office of the City Attorney<br>City of Bridgeport<br>999 Broad Street, 2nd floor<br>Bridgeport, CT 06604-4328 | Jeffrey R. Babbin, Esq.<br>Wiggin and Dana LLP<br>One Century Tower<br>P.O. Box 1832<br>New Haven, CT 06508=1832 |
| Henry C. Winiarski, Jr., Esq.<br>941 Wethersfield Avenue<br>Hartford, CT 06114-3137 | David Michael Tilles, Esq.<br>Law Offices of Scott B. Clendaniel<br>300 Windsor Street<br>P.O. Box 2138<br>Hartford, CT 06145-2138 |
| Richard L. Albrecht, Esq.<br>Austin K. Wolf, Esq.<br>Cohen & Wolf, P.O.<br>1115 Broad Street<br>P.O. Box 1821<br>Bridgeport, CT 06604 | Thomas A. Gugliotti, Esq.<br>Updike, Kelly & Spellacy, P.C.<br>One State Street<br>P.O. Box 231277<br>Hartford, CT 06123-1277 |
| Geoffrey A. Hecht, Esq.<br>Caplan, Hecht & Mendel, LLC<br>20 Trumbull Street<br>P.O. Box 9505<br>New Haven, CT 06534 | John Pirina, Jr., Esq.<br>Law Offices of Arnaldo J. Sierra<br>215 Washington Street<br>Hartford, CT 06106 |
| Janet L. Janczewski, Esq.<br>Southern Connecticut Gas Co.<br>855 Main Street<br>Bridgeport, CT 06604 | Kimball H. Hunt, Esq.<br>Hunt, Leibert, Chester & Jacobson, P.C.<br>50 Weston Street<br>Hartford, CT 06120-4626 |

| | |
|---|---|
| Richard J. Buturla, Esq.<br>Robert L. Berchem, Esq.<br>Berchem, Moses & Devlin, P.C.<br>75 Broad Street<br>Milford, CT 06460 | Andrew M. Eschen, Esq.<br>U.S. Department of Justice<br>Environment & Natural Resource<br>P.O. Box 663<br>Ben Franklin Station<br>Washington DC 20044-6208 |
| John J. Kelly, Jr., Esq.<br>Cantor, Floman, Gross, Kelly,<br>Amendola & Sacramone.<br>378 Boston Post Road<br>P.O. Drawer 966<br>Organge, CT 06477 | Gerald T. Weiner, Esq.<br>Judith A. Mauzaka, Esq.<br>Weinstein, Weiner, et al.<br>350 Fairfield Avenue<br>P.O. Box 9177<br>Bridgeport, CT 06601 |
| Paul Ruszczyk, Esq.<br>408 Highland Avenue<br>Cheschire, CT 06410 | Stuart A. Margolis, Esq.<br>132 Temple Street<br>New Haven, CT 06510 |
| Michael S. Hillis, Esq.<br>Dombroski, Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, CT 06510 | Gerald L. Garlick, Esq.<br>Linda C. Hadley, Esq.<br>Krasow, Garlick & Hadley<br>One State Street<br>Hartford, CT 06103 |
| Kenneth M. Rozich, Esq.<br>Law Firm of Edward D. Jacobs<br>P.O. Box 1952<br>New Haven, CT 06509 | Howard R. Wolfe, Esq.<br>Goldman, Gruder & Woods<br>125 Mason Street<br>Greenwich, CT 06830 |
| Thomas E. Behuniak, Esq.<br>44 Greenwood Circle<br>Seymour, CT 06483 | James A. Trowbridge, Esq.<br>Quinnipiac University<br>Law School Clinic<br>275 Mount Carmel Avenue<br>Hamden, CT 06518-1946 |
| John B. Hughes, Esq.<br>U.S. Attorney's Office<br>157 Church Street, 23rd floor<br>P.O. Box 1824<br>New Haven, CT 06508-1824 | |

                                                    /s/  Mark S. Puzella

LIBA/1728267.1