UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT | : | Civil Action No.: 2:92 CV 00738 (JBA) |
| TRIBE OF INDIANS, | : | **Lead Case Number** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| M. JODI RELL, GOVERNOR | : | |
| OF THE STATE OF CONNECTICUT, *et al.* | : | |
| *Defendants*, | : | SEPTEMBER 18, 2006 |

**Reply of Joseph E. Shapiro and Marjorie Shapiro
In Support of Motion For Judgment On The Pleadings**

   Defendants Joseph E. Shapiro and Marjorie Shapiro (the "Shapiros") hereby join in, refer to and adopt by reference, the reply briefs by Defendant Governor of the State of Connecticut ("State"), dated September 13, 2006 (Doc. # 375), and by Defendant Hoffman Fuel Company ("Hoffman Fuel"), dated September 15, 2006 (Doc. # 376).

   The Shapiros are named as defendants in the consolidated case originally captioned as *Golden Hill Paugussett Tribe of Indians v. Bachyrycz*, No. 3:93cv694 (JBA). The Court consolidated the *Bachyrycz* case with the above-captioned lead case.

   Although the Plaintiff's allegations in the *Bachyrycz* case do not contain any allegations against the State or Hoffman Fuel, the motions for judgment filed by the State and Hoffman Fuel, and the memoranda of law in support thereof, are directed to and apply with equal force to all three of the consolidated cases. The Shapiros join in, refer to and adopt by reference the reply briefs filed by the

State (Doc. # 375) and by Hoffman Fuel (Doc. # 376) in support of their motions for judgment on the pleadings.

        Defendants JOSEPH E. SHAPIRO
        and MARJORIE SHAPIRO

By        Howard R. Wolfe /s/
    Howard R. Wolfe, Esq. (Fed. Bar #ct08090)
    Goldman Gruder & Woods, LLC
    125 Mason Street
    Greenwich, CT 06830
    Tel.:(203) 983-6363
    Fax:(203) 983-6262
    Email: hwolfe@goldmangruderwoods.com

**Certification**

        I hereby certify that on September 18, 2006, the foregoing was electronically filed through the ECF system, with notice of this filing served by e-mail to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System. A copy of the foregoing was sent by first class United States mail, postage prepaid, to the following party(ies) which is/are unable to accept electronic filings:

John J. Kelly , Jr., Esq.
Cantor, Floman, Gross, Kelly,
   Amendola & Sacramone
378 Boston Post Rd.
P.O. Drawer 966
Orange, CT 06477

        Howard R. Wolfe /s/
    Howard R. Wolfe

2