UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSETT TRIBE OF INDIANS, ET AL., | : : : | CIVIL NO. 2:92CV00738(JBA) CONSOLIDATED |
| Plaintiffs, | : : | |
| vs. | : : | |
| M. JODI RELL, GOVERNOR OF THE STATE OF CONNECTICUT, ET AL., | : : : | |
| Defendants. | : | SEPTEMBER 22, 2006 |

**REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**

The undersigned defendants in the consolidated *Bachyrycz* case hereby join in and adopt by reference the reply briefs submitted by Governor Rell, dated September 13, 2006, and by Hoffman Fuel, dated September 15, 20, in support of the pending motion for judgment on the pleadings.

       The Defendants*

    By /s/ Roberta Napolitano
      ROBERTA NAPOLITANO (ct08378)
      Weinstein, Weiner, Ignal, Napolitano & Shapiro, P.C.
      350 Fairfield Avenue
      Bridgeport, CT 06604
      203-333-1177
      203-384-9832 fax
      jmauzaka@wwinslaw.com

| | | |
|---|---|---|
| * | John C. D'Amato | Pearl F. Moccia |
| | Louis J. D'Amato | Howard Novitch |
| | Bohdan Antonyshyn | Beryl Novitch |
| | Mary Antonyshyn | Eric A. Olson |
| | John J Bachrycz, Jr. | Marion C. Olson |
| | Janet E. Bachrycz | Irma Ostrowsky |
| | Walter Bespuda | William Ostrowsky |
| | Beth Israel Synagogue Center, Inc | Paul J. Peterson |
| | Sonia Bilinsk | Janice A. Peterson |
| | Lester M. Brooks | Robert W. Petronzi |
| | Catholic Cemetaries Association of | Rose Marie Petronzi |
| | the Archdiocese of Hartford | Robert D. Prior |
| | Pasquale A. Centore | Evon Prior |
| | Raffaelina A. Centore | Remo Redente |
| | Lois Chadwick | Aniko Richheimer |
| | John D. Ciola | Robert M Riskin |
| | James G. Cochlin | Roxann Riskin |
| | Ellen S. Cochlin | Diane A. Rosner |
| | Jeanette W. Cook | Henry Salzberg |
| | Robert W. Cook | Rita Lisa Salzberg |
| | Joseph D. Cozza | Helen R. Selmon |
| | Lilian E. Cozza | David G. Sharnoff |
| | William J. Davis | Susan B. Sharnoff |
| | Julia Dinan | David A. Siefer |
| | David W. Gilbert | Kathleen M. Siefer |
| | Grace G. Gilbert | Eugene Simon |
| | Betty I. Goldberg | Marilyn Simon |
| | Stephen A. Horling | Gerald B. Smith |
| | Sandra C. Horling | Judith R. Smith |
| | Barton E. Harrison | Bruce J. Spiewak |
| | Marcia A. Harrison | Lauren N. Spiewak |
| | Ofelia Hodge | William H. Stoddard, JR. |
| | Taube Gurland | Morris N. Teller |
| | Pamela Katz | Irene Teller |
| | Bertha Kopec | Frances M Turecek |
| | Robert E. Lebson | Eugene Simon |
| | Ellen S. Lebson | Marilyn Simon |
| | Kenneth E. Lenz | Gerald B. Smith |
| | Patricia A. Lenz | Judith R. Smith |
| | Wallace P. Loman | Bruce J. Spiewak |
| | Douglas F. McDermott | Lauren N. Spiewak |
| | Karen J. McDermott | Paul C. Weisman |
| | David Mitchelson | Esther T. Weisman |
| | Marylee Mitchelson | Dorothy Yankus |
| | Anthony P. Moccia | |

**Certification**

I hereby certify that the foregoing reply was electronically filed on this 22nd day of September, 2006 with notice of this filing served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the CM/ECF System.


/s/ Roberta Napolitano
ROBERTA NAPOLITANO (ct08378)