# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS, *et al* | : : : | **APPEARANCE** |
| V. | : : : | NO. 2:92CV00738 (JBA) CONSOLIDATED |
| **NYZIO, et al,** | : | OCTOBER 12, 2006 |

**To the Clerk of this court and all parties of record:**

   **Enter my appearance as counsel in this case for:**

CHARLOTTE NYZIO, CERRITELLI CHEVRON SERVICE INC., ROBERT DALOIA, MARGARET DALOIA(deceased), CAROL MOREAU (aka CAROL FUSCO), FREDERICK HAWIE (deceased).
*Defendants*

_____   _____
Date                              Signature

  Ct05495                          Carolyn Wilkes Kaas
Connecticut Federal Bar Number    Print or Type Name

  203 582-3238                    Quinnipiac University School of Law, Legal Clinic
Telephone Number                   Firm Name

Carolyn.Kaas@Quinnipiac.edu       275 Mount Carmel Avenue
E-mail address                     Address

   Hamden, CT  06518-1946
City            State         Zip Code

CERTIFICATE OF SERVICE

This is to certify that copies of this appearance have been mailed on October 13, 2006, postage prepaid to counsel of record as listed below:

    See Certification attached

                                                                     Signature

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this ___13th___ day of October, 2006 to:

Bernard Wishnia
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ 07068

William A. Wechsler
Bailey & Wechsler
583 Old Slocum Road
Hebron, CT 06248

Alexander H. Schwartz
3695 Post Road
P.O. Box 701
Southport, CT 06490

David G. Chabot
Gerald L. Garlick
Linda Clifford Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Noel E. Hanf
Wiggin & Dana
One Century Tower
265 Church Street., P. O. Box 1832
New Haven, CT 06508-1832

Thomas Gugliotti
Updike, Kelly & Spellacy, P.C.
One State Street, P. O. Box 231277
Hartford, CT 06123-1277

Susan Quinn Cobb/Mark F. Kohler
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141

Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad Street, P.O. Box 1821
Bridgeport, CT 06604

Henry Winiarski Jr.
941 Wethersfield Avenue
Hartford, CT 06114-3137

John J. Kelly, Jr.
Cantor, Floman, Gross, Kelly
Amendola & Sacramone
378 Boston Post Road
P. O. Box 966
Orange, CT 06477

Austin K. Wolf
Cohen & Wolf, P.C.
115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Geoffrey A. Hecht
Caplan, Hecht, Scanlon & Mendel
20 Trumbull Street, P.O. Box 9505
New Haven, CT 06534

Janet Janczewski
The Southern Connecticut Gas Co.
885 Main Street, P.O. Box 1540
Bridgeport, Ct 06604

Robert L. Berchem
Richard J. Burturla
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Andrew M. Eschen
U.S. Department of Justice
Ben Franklin Station
P.O. Box 663
Washington, DC 2004-6208

Judith A. Mauzaka
Gerald T. Weiner
Weinstein, Weiner, Ignal, Vogel
& Shapiro
350 Fairfield Ave., P.O. Box 9177
Bridgeport, CT  06601

Stuart A. Margolis
132 Temple Street
New Haven, Ct 06510

Howard R. Wolfe
Goldman, Gruder & Woods
125 Mason Street
Greenwich, CT 06830

John Pirina, Jr.
Law Offices of Arnaldo J. Sierra
214 Washington Street
Hartford, CT 06106

John B. Hughes
U.S. Atty's Office of the Attorney General
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510


Thomas E. Behuniak
44 Greenwood Circle
Seymour, CT 06483

Kimball Haines Hunt
Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT 06120-4626

Mark T. Anastasi
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Michael Stanton Hillis
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Kenneth M. Rozich
Law Firm of Edward D. Jacobs
P. O. Box 1952
New Haven, CT 06509

Anthony M. Feeherry
Goodwin, Proctor & Hoar
Exchange Place, 2nd Floor
Boston, MA 02109-2881

Paul Ruszczyk
Highland Professional Center
408 Highland Avenue
Cheshire, CT 06410

Kenneth Lenz
982 Rainbow Trail
Orange, CT 06477

Charlotte Nyzio
420 Shelton Road
Trumbull, CT 06611

Anthony Cerritelli
Cerritelli's Chevron Service Center, Inc.
9 Cold Spring Circle
Shelton, CT 06484

_____
Carolyn Wilkes Kaas