UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS, | : | |
| Plaintiff, | : | Civil No. 2:92CV00738(JBA) |
| | : | CONSOLIDATED |
| v. | : | |
| | : | |
| M. JODI RELL, GOVERNOR OF THE STATE OF CONNECTICUT, ET AL., | : | |
| Defendants. | : | October 30, 2006 |

### ANSWER

1. Defendants admit the portion of paragraph 1 claiming that the action is brought to recover land but denies that defendants land is located in Bridgeport, Connecticut or is subject to the Indian Nonintercourse Act, 25 U.S.C. sec. 177.

2. Paragraph 2 is admitted.

3. Paragraph 3 is admitted to the extent that it claims that plaintiff's claim arises under federal law but defendants deny that plaintiff's claim is based on common law.

4. Defendants have no basis at present for forming a belief as to the truth or falsity of the claim that plaintiff has resided in land composing the present State of Connecticut since time immemorial and therefore leaves plaintiff to its proof. Defendants admit that the Paugussett Indians

occupied the area of Trumbull Connecticut in the 17th Century. Defendants deny that plaintiff is an Indian tribe under federal law, or has been recognized as an Indian tribe under the laws of the State of Connecticut, or holds, as a tribe, reservations in Trumbull or Colchester, Connecticut. Defendants admit that land is held for the benefit of a group of Indians in Trumbull and Colchester under Connecticut General Statutes §47-66(h)(b).

5. Defendant Charlotte Nyzio admits that she owns land in Trumbull Connecticut but denies that the lands are portions of the reservation or aboriginal lands of the plaintiff or of an Indian tribe. Defendants Robert DaLoia, Margaret DaLoia, Frederick Hawie, Cerritelli's Chevron Service Center, Inc., and Carol Moreau (Fusco) deny that they are currently the owners of the properties claimed by the Tribe.

6. Paragraph 6 is not addressed to these defendants.

7. Paragraph 7 is admitted.

8. Defendants admit that paragraph 8 quotes a portion of 25 U.S.C sec. 177, and admit the balance of the paragraph.

9. Defendants deny paragraph 9.

10. Defendants have no information on which to form a belief as to the truth or falsity of the allegations in Paragraph 10 that the nations of Europe claimed the exclusive legal right to extinguish Indian rights of occupancy and therefore leave plaintiff to its proof. Defendants admit that Congress

assumed authority over Indian tribes with the effective date of the Constitution of the United States.

11. Defendants admit that the Paugussett Nation occupied the area now know as Trumbull, Connecticut and other areas in Southwestern Connecticut, prior to the arrival of European explorers in North America, but have no basis for admitting or denying the remaining allegations of paragraph 11 and leave plaintiff to its proof concerning these remaining allegations.

12. Defendants admit that settlers of English stock settled New Haven colony beginning in 1638 and had contact with Paugussetts soon after. The defendants have no basis for forming a belief as to when the colonists first had recorded contact with members of the Paugussett nation and therefore leave plaintiff to its proof. Defendants admit that the colony of Connecticut and the State of Connecticut reserved land for the use or benefit of Indians but deny that New Haven Colony, Connecticut Colony, or the State of Connecticut accorded plaintiff tribal status within the meaning of federal law.

13. Defendants have no knowledge as to the identity of the lands referred to in paragraph 13, or whether the lands were illegally taken from Indians, or whether the lands were returned by colonial authorities or by the State of Connecticut and therefore have no basis for forming any belief concerning the allegations and leave plaintiff to its proof. Defendants deny

that colonial authorities or the State of Connecticut conferred tribal status on plaintiff within the meaning of federal law.

14. Paragraph 14 is denied.

15. Paragraph 15 is admitted.

16. The portion of paragraph 16 describing the history and general effect of the Indian Nonintercourse Act is admitted. Defendants deny that plaintiff is a tribe within the meaning of the Act or that the Act confirmed plaintiff's rights in the defendants' land.

17. Defendants admit the allegations of paragraph 17 except for the claim that plaintiff is a tribe within the meaning of federal law which defendants deny.

18. Defendants admit that Congress did not approve the grant of Dwight Morris, but the remaining allegations of the paragraph are claims of law to which no answer is required.

19. Paragraph 19 is admitted by defendant, CHARLOTTE NYZIO.

20. Defendants, ROBERT J. DALOIA and MARGARET DALOIA, admit that they were formerly the owners of the lands commonly known as 430 Shelton Rd, Trumbull, Connecticut, also being Map No. K8, Parcel 13, Lot 2 but deny that they are currently in possession, claim title to, or have an interest in said lands. MARGARET DALOIA died on or about April 22, 1996.

21. Defendant, FREDERICK HAWIE, admits that he was formerly the owner of the lands commonly known as 450 Shelton Rd, Trumbull, Connecticut, also being Map No. K7, Parcel 43, Lot 4 but denies that he is currently in possession, claim title to, or has an interest in said lands. FREDERICK HAWIE died on or about May 27, 2000.

22. Paragraph 22 is not addressed to these defendants.

23. Defendant, CAROL M. MOREAU, admits that she was formerly the owner of the lands commonly known as 470 Shelton Rd, Trumbull, Connecticut, also being Map No. K7, Parcel 45, Lot 6 but denies that she is currently in possession, claims title to, or has an interest in said lands. Carol M. Fusco is also known as Carol M. Moreau.

24. Paragraph 24 is not addressed to these defendants.

25. Defendant, CERRITELLI'S CHEVERON SERVICE CENTER, INC., admits that it was formerly the owner of the lands commonly known as 408 Shelton Rd, Trumbull, Connecticut, also being Map No. K8, Parcel 10, but denies that it is currently in possession, claims title to, or has an interest in said lands

26. Paragraph 26 is not addressed to these defendants

27. Defendants admit paragraph 27.

28. Defendants deny paragraph 28.

29. Defendants deny paragraph 29.

30. Defendants deny paragraph 30.

## AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to an award of attorneys fees.

DEFENDANTS, CHARLOTTE NYZIO, ROBERT J. DALOIA, MARGARET DALOIA, FREDERICK HAWIE, CERRITELLI'S CHEVRON SERVICE CENTER, INC., and CAROL M. MOREAU

BY:_____
   Carolyn Wilkes Kaas
   Fed Ct No. ct 05495
   Quinnipiac University School of Law
   Legal Clinic
   275 Mount Carmel Avenue
   Hamden, CT 06518-1946
   Phone: 203 582-3238
   Fax: 203 582-3237

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal rules of Civil Procedure on this _____ day of October, 2006 to:

Bernard Wishnia  
Roseland Professional Building  
204 Eagle Rock Avenue  
Roseland, NJ 07068

William A. Wechsler  
Bailey & Wechsler  
583 Old Slocum Road  
Hebron, CT 06248

Alexander H. Schwartz  
3695 Post Road  
P.O. Box 701  
Southport, CT 064

David G. Chabot  
Gerald L. Garlick  
Linda Clifford Hadley  
Krasow, Garlick & Hadley  
One State Street  
Hartford, CT 06103

Noel E. Hanf  
Wiggin & Dana  
One Century Tower  
265 Church Street., P. O. Box 1832  
New Haven, CT 06508-1832

Thomas Gugliotti

Updike, Kelly & Spellacy, P.C.
One State Street, P. O. Box 231277
Hartford, CT 06123-1277

Geoffrey A. Hecht
Caplan, Hecht, Scanlon & Mendel
20 Trumbull Street, P.O. Box 9505
New Haven, CT 06534


Susan Quinn Cobb
Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141

Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad Street, P.O. Box 1821
Bridgeport, CT 06604

Henry Winiarski Jr.
941 Wethersfield Avenue
Hartford, CT 06114-3137

John J. Kelly, Jr.
Cantor, Floman, Gross, Kelly
Amendola & Sacramone
378 Boston Post Road
P. O. Box 966
Orange, CT 06477

Austin K. Wolf
Cohen & Wolf, P.C.
115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Janet Janczewski
The Southern Connecticut Gas Co.
885 Main Street, P.O. Box 1540
Bridgeport, CT 06604

Robert L. Berchem, Esq.
Richard J. Burturla, Esq.

Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Andrew M. Eschen
U.S. Department of Justice
Ben Franklin Station
P.O. Box 663
Washington, DC 20044-6208

Attorney Judith A. Mauzaka
Gerald T. Weiner, Esq.
Weinstein, Weiner, Ignal, Vogel & Shapiro
350 Fairfield Ave., P.O. Box 9177
Bridgeport, CT  06601

Stuart A. Margolis
132 Temple Street
New Haven, CT 06510

Howard R. Wolfe, Esq.
Goldman, Gruder & Woods
125 Mason Street
Greenwich, CT 06830

John Pirina, Jr., Esq.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

John B. Hughes, Esq.
U.S. Atty's Office of the Attorney General
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Kenneth Lenz
45 Old Tavern Road
Orange, CT 06477-3433

Thomas E. Behuniak
44 Greenwood Circle
Seymour, CT 06483

Attorney Kimball Haines Hunt
Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT 06120-4626

Mark T. Anastasi, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328
Michael Stanton, Esq.
Hillis Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Kenneth M. Rozich, Esq.
Law Firm of Edward D. Jacobs
P. O. Box 1952
New Haven, CT 06509

Mark S. Puzzella, Esq.
Attorney Andrea L. Studley
Anthony M. Feeherry
Goodwin, Proctor & Hoar
Exchange Place, 2nd Floor
Boston, MA 02109-2881

Paul Ruszczyk
Highland Professional Center
408 Highland Avenue
Cheshire, CT 06410

Mark F. Kohler
Assistant Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103-3598

David Michael Tilles
Law Offices of Scott B. Clendaniel
300 Windsor Street
PO Box 2138
Hartford, CT 06145-2138

                                              BY:_____
                                                  Carolyn Wilkes Kaas
                                                  Fed Ct No. ct 05495
                                                  Quinnipiac University School of Law
                                                  Legal Clinic
                                                  275 Mount Carmel Avenue
                                                  Hamden, CT 06518-1946
                                                  Phone: 203 582-3238
                                                  Fax: 203 582-3237