UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOLDEN HILL PAUGUSSETT<br>TRIBE OF INDIANS,<br>    Plaintiff, | :<br>:<br>:<br>: | Civil No. 2:92CV00738(JBA)<br>CONSOLIDATED |
| v. | :<br>: | |
| M. JODI RELL, GOVERNOR<br>OF THE STATE OF CONNECTICUT,<br>ET AL.,<br>    Defendants. | :<br>:<br>:<br>:<br>: | October 30, 2006 |

**JOINDER BY DEFENDANTS, CHARLOTTE NYZIO, ROBERT J. DALOIA, MARGARET DALOIA, FREDERICK HAWIE, CERRITELLI'S CHEVRON SERVICE CENTER, INC., and CAROL M. MOREAU (FUSCO) IN STATE OF CONNECTICUT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

The defendants, Charlotte Nyzio, Robert J. DaLoia, Margaret DaLoia, Frederick Hawie, Cerritelli's Chevron Service Center, Inc., and Carol M. Moreau, hereby join in the Motion for Judgment on the Pleadings filed by the defendant Governor of the State of Connecticut, dated August 2, 2006.

                                                                              DEFENDANTS, CHARLOTTE NYZIO,
                                                                              ROBERT J. DALOIA, MARGARET
                                                                              DALOIA, FREDERICK HAWIE,
                                                                              CERRITELLI'S CHEVRON SERVICE
                                                                              CENTER, INC., and CAROL M.
                                                                              MOREAU

BY:_____
    Carolyn Wilkes Kaas
    Fed Ct No. ct 05495
    Quinnipiac University School of Law
    Legal Clinic
    275 Mount Carmel Avenue
    Hamden, CT 06518-1946
    Phone: 203 582-3238
    Fax: 203 582-3237

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal rules of Civil Procedure on this _____ day of October, 2006 to:

Bernard Wishnia
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ 07068

William A. Wechsler
Bailey & Wechsler
583 Old Slocum Road
Hebron, CT 06248

Alexander H. Schwartz
3695 Post Road
P.O. Box 701
Southport, CT 064

David G. Chabot
Gerald L. Garlick
Linda Clifford Hadley
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Noel E. Hanf
Wiggin & Dana
One Century Tower
265 Church Street., P. O. Box 1832
New Haven, CT 06508-1832

Thomas Gugliotti
Updike, Kelly & Spellacy, P.C.
One State Street, P. O. Box 231277
Hartford, CT 06123-1277

Geoffrey A. Hecht
Caplan, Hecht, Scanlon & Mendel
20 Trumbull Street, P.O. Box 9505
New Haven, CT 06534


Susan Quinn Cobb

Attorney General's Office
55 Elm Street, P.O. Box 120
Hartford, CT 06141

Richard L. Albrecht
Cohen & Wolf, P.C.
1115 Broad Street, P.O. Box 1821
Bridgeport, CT 06604

Henry Winiarski Jr.
941 Wethersfield Avenue
Hartford, CT 06114-3137

John J. Kelly, Jr.
Cantor, Floman, Gross, Kelly
Amendola & Sacramone
378 Boston Post Road
P. O. Box 966
Orange, CT 06477

Austin K. Wolf
Cohen & Wolf, P.C.
115 Broad Street
P.O. Box 1821
Bridgeport, CT 06604

Janet Janczewski
The Southern Connecticut Gas Co.
885 Main Street, P.O. Box 1540
Bridgeport, CT 06604

Robert L. Berchem, Esq.
Richard J. Burturla, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Andrew M. Eschen
U.S. Department of Justice
Ben Franklin Station
P.O. Box 663
Washington, DC 20044-6208


Attorney Judith A. Mauzaka

Gerald T. Weiner, Esq.
Weinstein, Weiner, Ignal, Vogel
& Shapiro
350 Fairfield Ave., P.O. Box 9177
Bridgeport, CT  06601

Stuart A. Margolis
132 Temple Street
New Haven, CT 06510

Howard R. Wolfe, Esq.
Goldman, Gruder & Woods
125 Mason Street
Greenwich, CT 06830

John Pirina, Jr., Esq.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

John B. Hughes, Esq.
U.S. Atty's Office of the Attorney General
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Kenneth Lenz
45 Old Tavern Road
Orange, CT 06477-3433

Thomas E. Behuniak
44 Greenwood Circle
Seymour, CT 06483

Attorney Kimball Haines Hunt
Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT 06120-4626

Mark T. Anastasi, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Michael Stanton, Esq.

Hillis Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Kenneth M. Rozich, Esq.
Law Firm of Edward D. Jacobs
P. O. Box 1952
New Haven, CT 06509

Mark S. Puzzella, Esq.
Attorney Andrea L. Studley
Anthony M. Feeherry
Goodwin, Proctor & Hoar
Exchange Place, 2nd Floor
Boston, MA 02109-2881

Paul Ruszczyk
Highland Professional Center
408 Highland Avenue
Cheshire, CT 06410

Mark F. Kohler
Assistant Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103-3598

David Michael Tilles
Law Offices of Scott B. Clendaniel
300 Windsor Street
PO Box 2138
Hartford, CT 06145-2138

BY:_____
    Carolyn Wilkes Kaas
    Fed Ct No. ct 05495
    Quinnipiac University School of Law
    Legal Clinic
    275 Mount Carmel Avenue
    Hamden, CT 06518-1946
    Phone: 203 582-3238
    Fax: 203 582-3237