UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Golden Hill Paugussett Tribe of Indians,**          **Plaintiff,** | : : : : |
| **v.** | :    Case No, 2:92cv738 (JBA) :    <u>LEAD</u> |
| **M. Jodie Rell, Governor of the State of Connecticut, et al.,**          **Defendants.** | : : : |

**ENDORSEMENT ORDER ON DEFENDANT UNITED STATES' MOTION TO DISMISS [DOC. # 358]**

Defendant United States' Motion to Dismiss [Doc. # 358] is DENIED as moot as defendant United States has been voluntarily dismissed by plaintiff from the case.  <u>See</u> Pl. Voluntary Mot. to Dismiss [Doc. # 369]; Order [Doc. # 371].

IT IS SO ORDERED.

<u>    /s/                 </u>
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut this 28th day of November, 2006.**