UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x
GOLDEN HILL PAUGUSSETT
TRIBE OF INDIANS,
                  *Plaintiff*    :   Civil Action No. 2:92CV0738 (JBA)
                               :   CONSOLIDATED

VS.

M. JODI RELL, GOVERNOR OF THE   :   AUGUST 10, 2006
STATE OF CONNECTICUT, ET AL,
                  *Defendants*
------------------------------------------------x

## JOINDER BY DEFENDANTS PETER G. STANDISH, CHRISTINE M. SMILLIE, COASTAL PALLET CORP., MERRILL LYNCH INTERFUNDING INC., MANUEL F. FERREIRA, ALFRED MARINI, SR., ALFRED MARINI, JR., LUIGI CONSTANTINI *and* FERNANDO CONSTANTINI TO MOTION FOR JUDGMENT ON THE PLEADINGS

The Defendants, Peter G. Standish, Christine M. Smillie, Coastal Pallet Corp., Merrill Lynch Interfunding Inc., Manuel F. Ferreira, Alfred Marini, Sr., Alfred Marini, Jr., Luigi Constantini *and* Fernando Constantini, (hereinafter the "Defendants") hereby join in the Motion for Judgment on the Pleadings filed by the Defendant Governor of the State of Connecticut, dated August 2, 2006.

THE DEFENDANTS,

PETER G. STANDISH; CHRISTINE M. SMILLIE; COASTAL PALLET CORP.; MERRILL LYNCH INTERFUNDING INC.; MANUEL F. FERREIRA; ALFRED MARINI, SR.; ALFRED MARINI, JR.; LUIGI CONSTANTINI and FERNANDO CONSTANTINI

By _____
Richard L. Albrecht, Esq.
 *F ed. Bar No. ct05751*
COHEN AND WOLF, P.C.
1115 Broad Street
P.O. Box 1821
Bridgeport, CT  06601-1821
*Tel. No.  (203) 368-0211*
*Fax No. (203) 394-9901*
*Email:*  ralbrecht@cohenandwolf.com

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing has been forwarded via mailed, postage prepaid, this 10th day of August, 2006, to all counsel and pro se parties of record, as follows:

Mark F. Kohler, Esq.
Susan Quinn Cobb, Esq.
  Assistant Attorneys General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06141

Bernard Wishnia, Esq.
Roseland Professional Building
204 Eagle Rock Avenue
Roseland, NJ  07068

William A. Wechsler, Esq.
Bailey & Wechsler
583 Slocum Road
Hebron, CT  06248

Mark S. Puzella, Esq.
Anthony M. Feeherry, Esq.
Andrea L. Studley, Esq.
Goodwin, Procter & Hoar
Exchange Place, 2nd Floor
Boston, MA  02109-2881

David G. Chabot, Esq.
Gerald L. Garlick, Esq.
Linda Clifford Hadley, Esq.
Krasow, Garlick & Hadley
One State Street
Hartford, CT 06103

Jeffrey R. Babbin, Esq.
Noel E. Hanf, Esq.
Wiggin & Dana
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford, CT 06103-3598

Henry C. Winiarski, Jr., Esq.
941 Wethersfield Avenue
Hartford, CT 06114-3137

John J. Kelly, Jr., Esq.
Cantor, Floman, Gross, Kelly, Amendola & Sacramone
378 Boston Post Road
P.O. Box 966
Orange, CT 06477

Geoffrey A. Hecht, Esq.
Caplan Hecht Scanlon & Mendel
20 Trumbull Street
P.O. Box 9505
New Haven, CT 06534

Janet L. Janczewski, Esq.
The Southern Connecticut Gas Co.
885 Main Street
Bridgeport, CT 06604

Robert L. Berchem, Esq.
Richard J. Buturla, Esq.
Berehem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

Andrew M. Eschen, Esq.
U.S. Department of Justice
Ben Franklin Station
P.O. Box 663
Washington, D.C. 20044-6208

Judith A. Mauzaka, Esq.
Gerald T. Weiner, Esq.
Weinstein, Weiner, Ignal, Vogel, & Shapiro
350 Fairfield Avenue
P.O. Box 9177
Bridgeport, CT 06601

Stuart A. Margolis, Esq.
1332 Temple Street
New Haven, CT 06510

Howard R. Wolfe, Esq.
Goldman Grader & Woods
125 Mason Street
Greenwich, CT 06830

John Pirina, Jr., Esq.
Law Offices of Arnaldo J. Sierra
215 Washington Street
Hartford, CT 06106

John B. Hughes, Esq.
U.S. Attorney's Office of the Attorney
57 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

James A. Trowbridge, Esq.
Quinnipiac College
Law School Clinic
275 Mount Carmel Avenue
Hamden, CT 06518-1946

Kimball Haines Hunt, Esq.
Hunt, Leibert, Chester & Jacobson, P.C.
50 Weston Street
Hartford, CT 06120-4626

Mark T. Anastasi, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

Thomas E. Behuniak, Esq.
44 Greenwood Circle
Seymour, CT 06483

Michael Stanton Hillis, Esq.
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Kenneth M. Rozich, Esq.
Law Firm of Edward D. Jacobs
P.O. Box 1952
New Haven, CT 06509

Paul Ruszczyk, Esq.
Highland Professional Center
408 Highland Avenue
Cheshire, CT 06410

Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

_____
Richard L. Albrecht, Esq.
Cohen and Wolf, P.C.