UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GOLDEN HILL PAUGUSSETT TRIBE
OF INDIANS

    Vs                                                                 Civil Number 2:92cv738 JBA

M. JODI RELL, GOVERNOR ST OF CT
JOHN M. FABRIZI, MAYOR CITY
OF BRIDGEPORT, HOFFMAN FUEL CO.,
MERRILL LYNCH INTERFUNDING INC.,
UNITED ILLUMINATING CO., ALFRED
MARINI, SR., ALFRED MARINI, JR.,
LUIGI CONSTANTINI, FERNADNO
CONSTANTINI, LAFAYETTE BANK
AND TRUST CO., MANUEL F. FERREIA,
DOMINICK JULIAN, TRUSTEE,
COSTA PALLET CORP., PETER G. STANDISH,
CHRISTINE M. SMILLIE, UNION TRUST CO.,
CHARLES C. GRIGGS, CLEORA GRIGGS,
SOUTHERN CONN. GAS CO., D'ADDARIO
INDUSTRIES, UNITED STATES OF AMERICA,
CONRAIL, MESSIAH BAPTIST CHURCH,
PEERLESS PACKAGING CO., EDDIE
RODRIQUEZ, JR., CHERYL RODRIQUEZ,
G L F REALTY ASSOC., DAWAR ASSOC.,
CITYTRUST, STRATFORD ASSOC.,
GEZA SCAP., JOHN COTTER, JR.,
AMY COTTER, ERIC VON BRAUCHITSCH,
M S B REAL ESTATE CORP., EDWARD
J.IULO & JOHN HURLEY TRUSTEES,
FLORENCE L. JACOBSON, JEAN MARIE A. RYAN,
BANKMART, EDWIN N. ANTIGNANI, ROBERT A.
MARESCA, SALVATORE MARESCA;
235 CONGRESS ST. LTD PARTNERSHIP, AVO, INC.
KENNETH A . JANELLO, BRIDGEPORT ROMAN
CATHOLIC DIOCESAN CORP., MARK E. KELLEY,
NORMAN L. POLLACK, E & H REALTY COR.,
ERWIN BEITMAN, LINDA JACOBSON,
HOWARD B. JACOBSON, MURIEL NOVACK,
CARLYLE LAND LTD PARTNERSHIP,

BANK OF BOSTON CT., 100 FAIRFIELD AVE CORP.,
FIDELITY NY, FSB; BARNUM HOUSE ASSOC. LTD.,
CONN HOUSING FINANCE AUTHORITY,
 ROBERT D. KISNER, PHILIP J. KUCHMA,
 LAFAYETTE BANK AND TRUST, CONN NAT. BANK,
METROPOLITAN BANK & TRUST,
SALVATORE DINARDO, SR., JOHN B.
SCHWERDTLE, EDWARD SCHWERDTLE,
 FLEET BANK, 4 LAFAYETTE SQ.  ASSOC.,
TRAVELERS INS. CO., LINDQUIST SUPPLY CO.,
 LINDQUIST STEEL, INC., HENRY J. CAMPO-LUCCI,
 JOHN MANCINI, GOLDEN HILL PARTNERS,
COMMERCIAL BANK OF NY, CENTRAL BANK,
MECHANICS & FARMERS SAVINGS BANK FSB,
JACOB ZIMMER, DANIEL ZIMMER,
ROSARIO N. DEBRIZZI, CHARLES L. DESIENA,
 JOHN D. GUMAN, DEBRIZZI ASSOC.,
UNION TRUST, DERBY SAVINGS BANK,
GOLDEN HILL UNITED METHODIST CHURCH TRUSTEES,
HARRY W. CONGDON ASSOC, INC., ROBERT D. SCINTO,
 BILL GOUVERIA, MARIA J. GOUVERIA,
 SALVATORE C. DEPIANO, PAUL T. TREMONT,
LAWRENCE J. MERLY, RICHARD T. MEEHAN, JR.,
UNITY HEIGHTS CO-OP, MAIN & FAIRFIELD ASSOC.,
 KENNETH F. ZARRILLI, TRUSTEE, ASSEMBLAGE
 GROUP LTD., RUDOLF LAZINGER, HAROLD SHAW,
 REBECCA BARNES, SANDRA ENGLEMAN,
EDITH L. GRAHM, SELMA L. GERLER,
WENDY GRAHAM, PAUL MARINO,
DANIEL M. VERRILLI, KWAN O. KUN,
 RAUL LARA, W & F REALTY, INC.,
GENE CAPOZIELLO, JR., GUS V. CURCIO,
1192 ASSOC., GEORGE K. KOTEAS,
1200 MAIN ST. ASSOC., 1 PARK CITY REALTY,
MARSHALL LEWIS, SIDNEY GREENSPAN,
BARBARA ZANESKY, TRUSTEE, OCEAN
FISH CO., INC., KAPETAN ASSOC.,
CARDINEL SHEHAN CENTER, INC.,
EDWARD J. IULO & L. HERMAN LAVIT, TRUSTEES,
ANTHONY C. NERI, FRANK AUGUST,
JON A . AUGUST, RITA LIPTON, 227 MIDDLE ST. CORP.,
 MICHAEL W. LICAMELE, 256 MIDDLE CORP.,
 HBM REALTY ASSOC., F J. POLESAIC, JR.,

GLORIA PRYDE, ST. AUGUSTINE CHURCH,
 HAWKHURST, LTD., EVELYN L., SPADACCINO,
 ESTATE OF SALVATORE SPADACCINO,
EILEEN M. GORMAN, KATHLEEN A. WELLS,
PATRICIA O. COLUM, BEATRICE M. LAURO,
 MICHAEL J. PARENTE, DENNIS A . COOPER,
CATHERINE L. COOPER, DENNIS SCINTO,
JOHN R. SAVINO, JOHN PLUCHINO, PEDRO VAZUEZ,
 EVELYN VANZUEZ, JOSEPH A. FRANCO,
GENY FRANCO, EVERTON S. PALMER,
MORDALLA PALMER, ELOI BENTO, ZELIO BENTO,
JOSEPH OPPEDISANO, KENNETH OPPEDISANO,
SARAH J. DELVENTO, BETTY CELONE,
S. KENNETH DINARDO, TRUSTEE,
SOUTH GATE ASSOC., LTD PARTNER-POST AUTO
CHASE MANHATTAN BANK

## JUDGMENT

This matter came on for consideration on defendants' motions for judgment on the pleadings  before the Honorable Janet Bond Arterton, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motions and on November 29, 2006, a Ruling entered granting the relief as to Motions for judgment on the pleading [Doc. #330, #333, #334, #335, #339, #342, #346,#347, #350, #357, #362, #364 and #381].  On September 5, 2006, a Order entered granting the motion to dismiss as to the following defendants'; 1192 Associates; 1200 Main Street Associates; 227 Middle St. Corp.; 235 Congress Street Limited Partnership; 256 Middle Corp.; 4 Lafayette Square Associates; AVO, Inc.; Edwin N. Antignani; Assemblage Group Ltd.; Frank August; Jon A. August; Bank Mart; Bank of Boston, CT; Rebecca Barnes; Barnum House Assoc. Ltd.; Erwin Beitman; Eloi Bento; Zelia Bento; Bridgeport Roman Catholic Diocesan Corp.; Henry J. Campolucci; Gene Capoziello, Jr;

Cardinal Shehan Center; Carlyle Land Limited Partnership; Betty Celone; Central Bank; Chase Manhattan Bank; Citytrust; Patricia O. Colum; Connecticut Housing Finance Authority; Connecticut National Bank; Conrail Messiah Baptist Church; Catherine L. Cooper; Dennis A. Cooper; Amy Cotter; John Cotter, Jr; Gus V. Curcio; Dawar Associates; Rosario N. DeBrizzi; DeBrizzi Associates; Salvatore C. DePiano; Charles L. DeSiena; Sarah J. Delvento; Derby Savings Bank; S. Kenneth Dinardo; Salvatore Dinardo, Sr; E & H Realty Co.; Sandra Engelman; Fidelity New York, FSB; Fleet Bank; Geny Franco; Joseph A. Franco; GLF Realty Associates; Selma L. Gerler; Golden Hill Partners Commercial Bank of NY; Golden Hill United Methodist Church, Trustees; Eileen M. Gorman; Bill Gouveria; Maria J. Gouveria; Wendy Graham; Edith L. Grahm; Sidney Greenspan; John D. Guman; HBM Realty Assoc.; Harry W. Congdon Associates, Inc.; Hawkhurst, Ltd.; John Hurley; Edward J. Iulo; Florence L. Jacobson; Howard B. Jacobson; Linda Jacobson; Kenneth A. Janello; Kapetan Associates; Mark E. Kelley; Robert D. Kisner; George R. Koteas; Philip J. Kuchma; Kwan O. Kun; Lafayette Bank & Trust Company; Raul Lara; Beatrice M. Lauro; L. Herman Lavit; Rudolf Lazinger; Marshall Lewis; Michael W. Licamele; Lindquist Supply Co., Lindquist Steel, Inc.; Rita Lipton; MSB Real Estate Corp.; Main & Fairfield Associates; John Mancini; Robert A. Maresca; Salvatore Maresca; Paul Marino; Mechanics & Farmers Savings Bank Fsb; Richard T. Meehan, Jr; Lawrence J. Merly; Metropolitan Bank & Trust; Anthony C. Neri; Muriel Novack; Ocean Fish Co., Inc.; Joseph Oppedisano; Kenneth Oppedisano; Everton S. Palmer; Mordalia Palmer; Michael J. Parente; Peerless Packaging Co.; John Pluchino; Norman L. Pollack; Gloria Pryde; Cheryl Rodriquez; Eddie Rodriquez, Jr; Jean Marie A. Ryan; John R. Savino; Geza Scap; John B. Schwerdtle; Dennis Scinto; Robert D. Scinto; Harold Shaw; South Gate Assoc LP-Post Auto; Evelyn L. Spadaccino; Salvatore Spadaccino; St. Augustine Church; Stratford Associates; Travelers Ins Co; Paul T. Tremont; USA; Union Trust; Union Trust Co.; Unity Heights

Co-op; Evelyn Vazuez; Pedro Vazuez; Daniel M. Verrilli; Eric Von Brauchitsch; W & F Realty, Inc.; Kathleen A. Wells; Barbara Zanesky; Kenneth F. Zarrilli; Daniel Zimmer; Jacob Zimmer; 1 Park City Realty and 100 Fairfield Avenue Corp.

It is therefore ORDERED and ADJUDGED that judgment is entered for all defendants and the case is closed.

Dated at New Haven, Connecticut, this 30th day of November, 2006.

KEVIN F. ROWE, CLERK

By_____/s/_____
Betty J. Torday
Deputy Clerk

EOD_____