UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS, | CIVIL ACTION NO. 2:92CV00738 (JBA) |
| Plaintiff, | |
| vs. | |
| M. JODI RELL, GOVERNOR OF THE STATE OF CONNECTICUT, ET AL., | |
| Defendants. | JULY 2, 2007 |

## MOTION FOR WITHDRAWAL OF COUNSEL'S APPEARANCE

Defendant, The United Illuminating Company, moves the Court pursuant to Local Rule 7(e) for permission to withdraw the appearance of Noel E. Hanf of Wiggin and Dana LLP. Mr. Hanf has retired from the practice of law as of June 30, 2007. Another attorney from Wiggin and Dana already has appeared for this defendant. The undersigned counsel certifies that The United Illuminating Company has been sent notice of this motion by certified mail.

DEFENDANT
THE UNITED ILLUMINATING COMPANY

By: /s/ Jeffrey R. Babbin
Jeffrey R. Babbin (ct10859)
  jbabbin@wiggin.com
Noel E. Hanf (ct10588)
  nhanf@wiggin.com
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 (fax)

## CERTIFICATION

I hereby certify that, on this 2nd day of July, 2007, the foregoing was electronically filed, with notice of this filing served by e-mail to all appearing parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

_____
Jeffrey R. Babbin

\10705\118\658623.1