# EXHIBIT A



UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

GOLDEN HILL

v.                                    Docket No. 06-5882-CV

RELL

### STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, AND WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by __July 20, 2007__. If not thus reactivated the appeal shall be subject to dismissal with prejudice. Withdrawal of the appeal from active consideration shall NOT operate as a dismissal of the appeal under FRAP 42(b).

_____
Attorney For Appellant
Bernard Wishnia, Esq.

_____
Attorney For Appellant
Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore, LLC

_____
Attorney For Appellees, United Illuminating Co. and
Jeffrey R. Babbin                  Southern Connecticut
Wiggin and Dana LLP                Gas Co.

SO ORDERED:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Counsel: Please print
name and firm under
signature

July 5, 2007
(12 pages)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

GOLDEN HILL

v.                              Docket No. 06-5882-CV

RELL

STIPULATION WITHDRAWING APPEAL
FROM ACTIVE CONSIDERATION, WITHOUT
PREJUDICE, AND WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by __July 20, 2007__. If not thus reactivated the appeal shall be subject to dismissal with prejudice. Withdrawal of the appeal from active consideration shall NOT operate as a dismissal of the appeal under FRAP 42(b).

_____
Attorney For Appellant
Bernard Wishnia, Esq.

_____
Attorney For Appellant
Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore, LLC

_____
Attorney For Appellee
Mark Anastasi
City of Bridgeport's Attorney's Office

SO ORDERED:
FOR THE COURT
Thomas Asgreen, Acting Clerk
By: _____
Stanley A. Bass, Staff Counsel

Counsel: Please print name and firm under signature

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

GOLDEN HILL

v.                                Docket No. 06-5882-CV

RELL

STIPULATION WITHDRAWING APPEAL
FROM ACTIVE CONSIDERATION, WITHOUT
PREJUDICE, AND WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by __July 20, 2007__. If not thus reactivated the appeal shall be subject to dismissal with prejudice. Withdrawal of the appeal from active consideration shall NOT operate as a dismissal of the appeal under FRAP 42(b).

_____
Attorney For Appellant
Bernard Wishnia, Esq.

_____
Attorney For Appellant
Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore, LLC

_____
Attorney For Appellee
GEOFFREY 4 HECHT, ESQ.
CARAN. HECHT & MENDEL, LLC

Counsel: Please print
name and firm under
signature

SO ORDERED:
FOR THE COURT
Thomas Asgreen, Acting Clerk
By: _____
Stanley A. Bass, Staff Counsel

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

GOLDEN HILL

v.                                    Docket No. 06-5882-CV

RELL

### STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, AND WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by __July 20, 2007__. If not thus reactivated the appeal shall be subject to dismissal with prejudice. Withdrawal of the appeal from active consideration shall NOT operate as a dismissal of the appeal under FRAP 42(b).

_____
Attorney For Appellant
Bernard Wishnia, Esq.

_____
Attorney For Appellant
Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore, LLC

_____
Attorney For Appellees
Peter G. Standish; Christine M. Smillie; Coastal Pallet Corp.; Merrill Lynch Interfunding Inc.; Manuel F. Ferreira; Alfred Marini, Sr.; Alfred Marini, Jr; Luigi Constantini and Fernando Constantini

Counsel: Please print name and firm under signature

RICHARD L. ALBRECHT, ESQ
COHEN + WOLF PC.

SO ORDERED:
FOR THE COURT
Thomas Asgreen, Acting Clerk
By:
_____
Stanley A. Bass, Staff Counsel

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

GOLDEN HILL

v.                                   Docket No. 06-5882-CV

RELL

STIPULATION WITHDRAWING APPEAL
FROM ACTIVE CONSIDERATION, WITHOUT
PREJUDICE, AND WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by ___July 20, 2007___. If not thus reactivated the appeal shall be subject to dismissal with prejudice. Withdrawal of the appeal from active consideration shall NOT operate as a dismissal of the appeal under FRAP 42(b).

Attorney For Appellant
Bernard Wishnia, Esq.

Attorney For Appellant
Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore, LLC

Attorney For Appellee
Mark S. Puzella, Esq.
Goodwin Procter, LLP

SO ORDERED:
FOR THE COURT
Thomas Asgreen, Acting Clerk
By:
_____
Stanley A. Bass, Staff Counsel

Counsel: Please print name and firm under signature

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

GOLDEN HILL

v.                                   Docket No. 06-5882-CV

RELL

STIPULATION WITHDRAWING APPEAL
FROM ACTIVE CONSIDERATION, WITHOUT
PREJUDICE, AND WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by ___July 20, 2007___. If not thus reactivated the appeal shall be subject to dismissal with prejudice. Withdrawal of the appeal from active consideration shall NOT operate as a dismissal of the appeal under FRAP 42(b).

_____
Attorney For Appellant
Bernard Wishnia, Esq.

_____
Attorney For Appellant
Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore, LLC

_____
Attorney For Appellee

Anthony Julian RR Const. Co.
Lafayette Bank & Trust Co
Thomas A. Gugliotti, Esq.
Updike, Kelly & Spellacy, P.C.
Counsel - please print
name and firm under
signature

SO ORDERED:
FOR THE COURT
Thomas Asgreen, Acting Clerk
By: _____
Stanley A. Bass, Staff Counsel

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

GOLDEN HILL

v.                          Docket No. 06-5882-CV

RELL

STIPULATION WITHDRAWING APPEAL
FROM ACTIVE CONSIDERATION, WITHOUT
PREJUDICE, AND WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by ___July 20, 2007___. If not thus reactivated the appeal shall be subject to dismissal with prejudice. Withdrawal of the appeal from active consideration shall NOT operate as a dismissal of the appeal under FRAP 42(b).

_____
Attorney For Appellant
Bernard Wishnia, Esq.

_____
Attorney For Appellant
Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore, LLC

_____
Attorney For Appellee
Daddario Industries

WARREN L. HOLCOMB
BERCHEM, MOSES & DEVLIN

SO ORDERED:
FOR THE COURT
Thomas Asgreen, Acting Clerk
By:
_____
Stanley A. Bass, Staff Counsel

Counsel: Please print
name and firm under
signature

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

GOLDEN HILL

v.                                    Docket No. 06-5862-CV

RELL

STIPULATION WITHDRAWING APPEAL
FROM ACTIVE CONSIDERATION, WITHOUT
PREJUDICE, AND WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by ___July 20, 2007___. If not thus reactivated the appeal shall be subject to dismissal with prejudice. Withdrawal of the appeal from active consideration shall NOT operate as a dismissal of the appeal under FRAP 42(b).

_____
Attorney For Appellant
Bernard Wishnia, Esq.

_____
Attorney For Appellant
Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore, LLC

_____
Attorney For Appellees, Joseph Shapiro & Marjorie Shapiro
Howard R. Wolfe, Esq.
Goldman Gruder & Woods, LLC

SO ORDERED:
FOR THE COURT
Thomas Asgreen, Acting Clerk
By: _____
Stanley A. Bass, Staff Counsel

Counsel: Please print
name and firm under
signature

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

GOLDEN HILL

v.                                    Docket No. 06-5882-CV

RELL

### STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, AND WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by ___July 20, 2007___. If not thus reactivated the appeal shall be subject to dismissal with prejudice. Withdrawal of the appeal from active consideration shall NOT operate as a dismissal of the appeal under FRAP 42(b).

Attorney For Appellant
Bernard Wishnia, Esq.

Attorney For Appellant
Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore, LLC

Attorney For Appellees, Gregory and Joyce Knoll
Gerald L. Garlick, Esq.
Krasow, Garlick + Hadley, LLC

Counsel: Please print name and firm under signature

SO ORDERED:
FOR THE COURT
Thomas Asgreen, Acting Clerk
By: _____
Stanley A. Bass, Staff Counsel

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

GOLDEN HILL

v.

RELL

Docket No. 06-5882-CV

### STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, AND WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by __July 20, 2007__. If not thus reactivated the appeal shall be subject to dismissal with prejudice. Withdrawal of the appeal from active consideration shall NOT operate as a dismissal of the appeal under FRAP 42(b).

_____
Attorney For Appellant
Bernard Wishnia, Esq.

_____
Attorney For Appellant
Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore, LLC

_____
Attorney For Appellee
CAROLYN KAAS
QUINNIPIAC UNIV. SCHOOL OF LAW
LEGAL CLINIC

SO ORDERED:
FOR THE COURT
Thomas Asgreen, Acting Clerk
By:
_____
Stanley A. Bass, Staff Counsel

Counsel: Please print name and firm under signature

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

GOLDEN HILL

v.                                    Docket No. 06-5882-CV

RELL

STIPULATION WITHDRAWING APPEAL
FROM ACTIVE CONSIDERATION, WITHOUT
PREJUDICE, AND WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by __July 20, 2007__. If not thus reactivated the appeal shall be subject to dismissal with prejudice. Withdrawal of the appeal from active consideration shall NOT operate as a dismissal of the appeal under FRAP 42(b).

_____
Attorney For Appellant
Bernard Wishnia, Esq.

_____
Attorney For Appellant
Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore, LLC

_____
Attorney For Appellee, State of Connecticut

SO ORDERED:
FOR THE COURT
Thomas Asgreen, Acting Clerk
By:

_____
Stanley A. Bass, Staff Counsel

Counsel: Please print
name and firm under
signature

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---
GOLDEN HILL

v.                                    Docket No. 06-5882-CV

RELL
---

STIPULATION WITHDRAWING APPEAL
FROM ACTIVE CONSIDERATION, WITHOUT
PREJUDICE, AND WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by __July 20, 2007__. If not thus reactivated the appeal shall be subject to dismissal with prejudice. Withdrawal of the appeal from active consideration shall NOT operate as a dismissal of the appeal under FRAP 42(b).

_____
Attorney For Appellant
Bernard Wishnia, Esq.

_____
Attorney For Appellant
Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore, LLC

_____
Attorney For Appellee
GERALD T. WEINER
WEINSTEIN, WEINER, IGNAL, NAPOLITANO + SHAPIRO, PC.

SO ORDERED:
FOR THE COURT
Thomas Asgreen, Acting Clerk
By:
_____
Stanley A. Bass, Staff Counsel

Counsel: Please print name and firm under signature