

CTDC/HTCT
92-CV-738
ARTERTON



UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

GOLDEN HILL

v.                          Docket No. 06-5882-CV

RELL

### STIPULATION WITHDRAWING APPEAL
### FROM ACTIVE CONSIDERATION, WITHOUT
### PREJUDICE, AND WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate
that the above-captioned appeal is hereby withdrawn from
active consideration from the Court, such withdrawal to be
without prejudice to a reactivation of the appeal by
appellant's counsel so notifying the Clerk of this Court in
writing by ___July 20, 2007___. If not thus reactivated
the appeal shall be subject to dismissal with prejudice.
Withdrawal of the appeal from active consideration shall
NOT operate as a dismissal of the appeal under FRAP 42(b).

_____
Attorney For Appellant
Bernard Wishnia, Esq.

_____
Attorney For Appellant
Michael D. O'Connell, Esq.
O'Connell, Flaherty & Attmore, LLC

_____
Attorney For Appellees, United Illuminating Co. and
Jeffrey R. Babbin          Southern Connecticut
Wiggin and Dana LLP        Gas Co.

Counsel: Please print
name and firm under
signature

SO ORDERED:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

July 5, 2007
(12 pages)

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

CERTIFIED:
9-10-07